EXHIBIT A

| COMPOSITION | Copyright Registration / Renewal Numbers | Copyright Claimant 1 | Copyright Claimant 2 |
|---|---|---|---|
| Grounded | PA 1-060-492 | Appalsongs | |
| Heaven's Wake | PA 1-060-492 | Appalsongs | |
| Immigrant [Previously Unreleased] | PA 1-060-492 | Appalsongs | |
| Let's Keep It Straight | PA 1-060-492 | Appalsongs | |
| Own Backyard | PA 1-060-492 | Appalsongs | |
| Road to Bangor / Morrison's | PA 1-060-492 | Appalsongs | |
| Room At The Top Of The Stair | PA 1-060-492 | Appalsongs | |
| Si Se Puede | PA 1-060-492 | Appalsongs | |
| The Perseid | PA 1-060-492 | Appalsongs | |
| The Red Corvette | PA 1-060-492 | Appalsongs | |
| Who'll Rock The Cradle | PA 1-060-492 | Appalsongs | |
| Dad's Got That Look | PA 1-060-499 | Appalsongs | |
| Happy Adoption Day | PA 1-060-499 | Appalsongs | |
| Is My Family | PA 1-060-499 | Appalsongs | |
| Little White Star | PA 1-060-499 | Appalsongs | |
| Phobias | PA 1-060-499 | Appalsongs | |
| Traveling In The Wilderness | PA 1-060-499 | Appalsongs | |
| Watermelon | PA 1-060-499 | Appalsongs | |
| Each Season It's The Same | PA 1-100-861 | Appalsongs | |
| Half A World Away | PA 1-100-861 | Appalsongs | |
| Here On The Islands | PA 1-100-861 | Appalsongs | |
| Lefty's Bar Tonight | PA 1-100-861 | Appalsongs | |
| Mending Fences | PA 1-100-861 | Appalsongs | |
| Old Coat | PA 1-100-861 | Appalsongs | |
| Same Small Town | PA 1-100-861 | Appalsongs | |
| She | PA 1-100-861 | Appalsongs | |
| We Shall Rise | PA 1-100-861 | Appalsongs | |
| Wish You Goodnight | PA 1-100-861 | Appalsongs | |
| It's the Economy, Stupid | PA 1-130-196 | Appalsongs | |
| Starlight | PA 1-316-520 | Appalsongs | |
| Closing The Bookstore | PA 1-316-523 | Appalsongs | |
| Jericho | PA 1-316-523 | Appalsongs | |
| Claudette Colvin Goes to Work | PENDING - Registration application submitted 9/1/06 | Appalsongs | |

| Title | Registration | Owner | |
|---|---|---|---|
| Cultivo Una Rosa Blanca | PENDING - Registration application submitted 9/1/06 | Appalsongs | |
| Good Ol' Girls | PENDING - Registration application submitted 9/1/06 | Appalsongs | |
| La Mujer de Don Miguel | PENDING - Registration application submitted 9/1/06 | Appalsongs | |
| Ode to Common Things | PENDING - Registration application submitted 9/1/06 | Appalsongs | |
| Sail Away | PENDING - Registration application submitted 9/1/06 | Appalsongs | |
| Meditation (from "Dream Weaver") | EU 51961/RE 741-255 | Charles Lloyd | |
| Bird Flight | EU 51966 / RE 741-257 | Charles Lloyd | |
| Tagore | EU 51972/RE 741-259 | Charles Lloyd | |
| Love Ship aka Dwija | EU 51973/RE 741-260 | Charles Lloyd | |
| Lonesome Child | EU 775702, RE 563-308 | Charles Lloyd | |
| Passin' Thru | EU 775703, RE 563-309 | Charles Lloyd | |
| Island Blues | EU 775704/RE 563-310 | Charles Lloyd | |
| The Vulture | EU 775706, RE 563-312 | Charles Lloyd | |
| Voice In the Night | EU 775707/RE 563-313 | Charles Lloyd | |
| A Different Journey | EU 775710, RE 563-316 | Charles Lloyd | |
| Sombrero Sam | EU 955550 / RE 668-230 | Charles Lloyd | |
| Sun Yen Yen | EU 775705, RE 563-311 | Forest Farm Music | |
| Blues for O.T. | EU 842694 | Forest Farm Music | |
| Love Song to a Baby | EU 842694 | Forest Farm Music | |
| Mallett Dance | EU 842694 | Forest Farm Music | |
| Sweet Georgia Bright | EU 842694 | Forest Farm Music | |
| Tribal Dance | PA 103-576 | Forest Farm Music | |
| Lttle Anahid's Day aka Temple Bells | PA 103-577 | Forest Farm Music | |
| Love-In aka Long Time Baby | PA 103-578 | Forest Farm Music | |
| Memphis Dues Again | PA 103-579 | Forest Farm Music | |
| Karma | PA 103-580 | Forest Farm Music | |
| Manhattan Carousel | PA 103-581 | Forest Farm Music | |
| European Fantasy | PA 103-582 | Forest Farm Music | |
| Hej Da | PA 103-583 | Forest Farm Music | |
| Journey Within | PA 103-584 | Forest Farm Music | |
| Memphis Green | PA 103-586 | Forest Farm Music | |
| Pre-Dawn | PA 105-704 | Forest Farm Music | |

| Title | Registration | Publisher | Other |
|---|---|---|---|
| Forest Flower | PA 105-705 | Forest Farm Music | |
| Dervish Dance )from "Dream Weaver") aka Dervish On The Glory B | Pau 298-709/PA 1-157-178 | Forest Farm Music | |
| Goin' To Memphis | PAU 298-710 | Forest Farm Music | |
| Autumn Prelude and Autumn Echo (from the suite "Autumn Sequence") | PAU 298-714 | Forest Farm Music | |
| Your Will | PA 1-202-948 | From D's Pen | |
| Fifteen Years Ago | EU 142111, EP 285705 | Hello Darlin' Music | |
| Fifteen Years Going Up (And One Night Coming Down) a/k/a One Night Coming Down | PA 216-276 | Hello Darlin' Music | |
| When She Cries a/k/a She Needs Someone To Hold Her When She Cries | EP 304925 | Hello Darlin' Music | |
| Gone Gonna Rise Again | EU 424-245 | Joe Hill Music | |
| April Fool | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Dogs Life | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Fishin' | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Frog On A Log | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Going To The Prom | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Hope I Make It | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Junk Mail | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Snow In April | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Spring Cleaning | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Spring Fever | PA 1-013-508 | Joe Hill Music | Appalsongs |
| Summer Is a-Comin' | PA 1-013-508/PA 1-060-494 | Joe Hill Music | Appalsongs |
| Baseball On The Block | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| Family Garden | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| Family Revival | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| How Many People | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| If I Ran The World | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| Imaginary Friend | PA 607-585, PA 683-888/PA 1-060-501 | Joe Hill Music | Appalsongs |
| Dark Haired Woman | PA 735-042 | Joe Hill Music | John McCutcheon/Appalsongs |

| | | | |
|---|---|---|---|
| Happened to Me | PA 735-042 | Joe Hill Music | John McCutcheon/Appalsongs |
| S'posed to Do | PA 735-042 | Joe Hill Music | John McCutcheon/Appalsongs |
| Woman Like You | PA 735-043/PA 1-060-494 | Joe Hill Music | John McCutcheon/Appalsongs |
| Leftovers | PA 791-592 | Joe Hill Music | Appalsongs |
| Losers Like You | PA 791-592 | Joe Hill Music | Appalsongs |
| My Old Man | PA 791-592 | Joe Hill Music | Appalsongs |
| Nothing To Lose | PA 791-592 | Joe Hill Music | Appalsongs |
| Paint Me A Picture | PA 791-592 | Joe Hill Music | Appalsongs |
| The Way It's Supposed To Be | PA 791-592 | Joe Hill Music | Appalsongs |
| Walk On | PA 791-592 | Joe Hill Music | Appalsongs |
| Soup | PA 791-624 | Joe Hill Music | Appalsongs |
| Friend & Companion | PA 827-775 | Joe Hill Music | |
| Camping In The Wilderness | PA 871-170 | Joe Hill Music | Appalsongs |
| Dad & Me | PA 871-170 | Joe Hill Music | Appalsongs |
| Haircut | PA 871-170 | Joe Hill Music | Appalsongs |
| I Love Summer | PA 871-170 | Joe Hill Music | Appalsongs |
| Ice Cream Man | PA 871-170 | Joe Hill Music | Appalsongs |
| Kid Who Hates Summer | PA 871-170 | Joe Hill Music | Appalsongs |
| Meteors | PA 871-170 | Joe Hill Music | Appalsongs |
| Mud | PA 871-170 | Joe Hill Music | Appalsongs |
| Power Mower | PA 871-170 | Joe Hill Music | Appalsongs |
| Riding My Bike | PA 871-170 | Joe Hill Music | Appalsongs |
| Swimming Hole | PA 871-170 | Joe Hill Music | Appalsongs |
| Bird Dog | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Campfire | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Halloween | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| It's Fall | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Labor Day | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Natural Disaster | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| New Kid In School | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Thanksgiving Day | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| World Series '57 | PA 934-926/PA 1-060-500 | Joe Hill Music | Appalsongs |
| Bigger Than Yourself | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Friends Don't Let Friends | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Friendship | PA-1-060-496 | Joe Hill Music | Appalsongs |
| I Got A Dime | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Kids On Strike | PA-1-060-496 | Joe Hill Music | Appalsongs |

| | | | |
|---|---|---|---|
| Play Fair | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Running For President | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Safe at Home | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Sing Me | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Someone Else Decide | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Stick Together | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Still The Ones For Me | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Whatchagonnabe | PA-1-060-496 | Joe Hill Music | Appalsongs |
| Write It Down | PA-1-060-496 | Joe Hill Music | Appalsongs |
| The Principle | PA-1-060-496, PA-1-090-246 | Joe Hill Music | Appalsongs |
| Wild Rose Of The Mountain | PAU 312-457 | Joe Hill Music | |
| Babysitter | PAU 350-897 | Joe Hill Music | |
| By The Side Of The Road | PAU 615-047 | Joe Hill Music | |
| Here Is My Home | PAU 615-047 | Joe Hill Music | |
| Luray Women | PAU 615-047 | Joe Hill Music | |
| Welcome To The World | PAU 615-047 | Joe Hill Music | |
| Molly And The Whale | PA 235-756 | John McCutcheon | Appalseed Productions |
| Christmas In The Trenches | PAu 656-099 | John McCutcheon | |
| If I Were A Featherbed | PAu 656-099 | John McCutcheon | |
| Willie's Waltz | PAu 656-099 | John McCutcheon | |
| Lament | PAu 657-285 | John McCutcheon | |
| Long Way Back To Georgia | PAu 657-285 | John McCutcheon | |
| No Mas | PAu 657-285 | John McCutcheon | |
| One Strong Arm | PAu 657-285 | John McCutcheon | |
| One Thin Swimsuit | PAu 657-285 | John McCutcheon | |
| The Silver Run | PAu 657-285 | John McCutcheon | |
| Water From Another Time | PAu 657-285 | John McCutcheon | |
| Music In Your Hands | PAu 657-285/PA 360-712 | John McCutcheon | |
| Dearest Martha | PA 360-712 | John McCutcheon/Appalsongs | |
| Caught In The Crossfire | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| Pumpkin Man | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| Robbing Peter To Pay Paul | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| Santiago | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| The Farmer Is The Woman | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| The Young Ones Don't Remember | PA 360-712/PAu 1-232-993 | John McCutcheon/Appalsongs | |
| Dead Man Walking | PA 360-712/PAu 1-232-993/PA 1-316-520 | John McCutcheon/Appalsongs | |

EXHIBIT A

| Title | Registration | Owner |
|---|---|---|
| Ask Any Farmer | PA 563-100 | John McCutcheon/Appalsongs |
| Cup Of Coffee | PA 563-100 | John McCutcheon/Appalsongs |
| Know When To Move | PA 563-100 | John McCutcheon/Appalsongs |
| Leviathan | PA 563-100 | John McCutcheon/Appalsongs |
| No Turning Back Now | PA 563-100 | John McCutcheon/Appalsongs |
| One Man's Trash | PA 563-100 | John McCutcheon/Appalsongs |
| Room Here For Another | PA 563-100 | John McCutcheon/Appalsongs |
| Stone By Stone | PA 563-100 | John McCutcheon/Appalsongs |
| This Time Of Year | PA 563-100 | John McCutcheon/Appalsongs |
| What It's Like | PA 563-100 | John McCutcheon/Appalsongs |
| Black Sea | PA 563-198 | John McCutcheon/Appalsongs |
| Calling All The Children Home | PA 563-198 | John McCutcheon/Appalsongs |
| Copper River Bounce | PA 563-198 | John McCutcheon/Appalsongs |
| High Hearts | PA 563-198 | John McCutcheon/Appalsongs |
| Old Brown's Head Light | PA 563-198 | John McCutcheon/Appalsongs |
| The Hours After | PA 563-198 | John McCutcheon/Appalsongs |
| Where Were You When | PA 563-198 | John McCutcheon/Appalsongs |
| Yesterday's Fools | PA 563-198 | John McCutcheon/Appalsongs |
| Kindergarten Wall | PAu 1-232-993 | John McCutcheon/Appalsongs |
| Awful Hilly Daddy - Willie Trip | PAu 1-232-993/PA 360-712 | John McCutcheon/Appalsongs |
| Ain't Gonna Be Their Fool No More aka Creepin' | EU 418974 | Mark Farner |
| Stuck In the Middle | PA 119-378 | Mark Farner |
| Greed Of Man | PA 119-377 | Mark Farner d/b/a Cram Renraff Company |
| Destitute & Losin' | PA 1-013-477 | Cram Renraff Company |
| El Salvador | PAU 437-781 | Mark Farner d/b/a Cram Renraff Company |
| Don't Lie To Me | PAU 437-783 | Mark Farner d/b/a Cram Renraff Company |
| Innocent | PAU 512-379 | Mark Farner d/b/a Cram Renraff Company |
| Borderline | PAU 512-380 | Mark Farner d/b/a Cram Renraff Company |
| Your Baby Doesn't Love You Anymore | EU 881000 / RE 858-288 | Rhinestone Cowboy Music Co. |
| Sunburst | PA 313-957 | Seven Centers Publishing |
| Aragon Mill | EU 424-251, RE 913-519 | Si Kahn |
| Lawrence Jones | EU 522-384 | Si Kahn |

| | | | |
|---|---|---|---|
| Cotton Mill Blues | EU 621-626, RE 913-523 | Si Kahn | |
| Detroit December | EU 779-843, PAU 312-457 | Si Kahn | |
| People Like You | PA 108-153 | Si Kahn | |
| Generations | PAU 1-181-407 | Si Kahn | |
| What Will I Leave | PAU 1-181-407 | Si Kahn | |
| Rubber Blubber Whale | PAU 312-458 | Si Kahn | |
| Government On Horseback | PAU 344-367 | Si Kahn | |
| Mississippi Summer | PAU 344-367 | Si Kahn | |
| Rock Me, Roll Me | PAU 344-367 | Si Kahn | |
| Long Time Traveling, Long Time Friends | PA 300-794 | Si Kahn d/b/a Joe Hill Music | |
| Signs Of The Times | PA 300-795 | Si Kahn d/b/a Joe Hill Music | |
| Nobody's Body But Mine | PAU 1-561-130 | Si Kahn d/b/a Joe Hill Music | |
| Going Going Gone | PAU 921-869 | Si Kahn d/b/a Joe Hill Music | |
| Oh To Be Kept By Jesus | EP 306271 / RE 840-064 | Su-Ma Publishing Company | |
| Brady Bill | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| Dale Jarrett's Car | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| Father-In-Law | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| High Maintenance Woman | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| In God And Alan Greenspan We Trust | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| Smack Dab In Paradise | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| Too Stoned For Sturgis | PA 846-559 | Timothy C. Wilson Music | Danny Simpson Music |
| It Takes A Village (To Raise A Nut) | PA 942-278 | Timothy Wilson Music | |
| Skipper's Blues aka Ashes By Now | EU 722057/PA-177-880 | Visa Music | |

7

Case 3:06-cv-01197   Document 1-2   Filed 12/15/2006   Page 7 of 7