| COMPOSITION | Copyright Registration / Renewal Numbers | Copyright Claimant 1 | Copyright Claimant 2 |
|---|---|---|---|
| Big River (Ulug Hem) | PA 945-403 | Fields of Autumn Publishing | |
| Good Horses (Eki A'ttar) | PA 945-397 | Fields of Autumn Publishing | |
| Harness Your Horse And Catch The Wind (A'ttyng Derii) | PA 945-405 | Fields of Autumn Publishing | |
| Kargyraa Rap (Durgen Chugaa) | PA 945-399 | Fields of Autumn Publishing | |
| Little Yurt On The Prairie (Arty Saiyyr) | PA 945-400 | Fields of Autumn Publishing | |
| My Tuva (Meeng Tyvam) | PA 945-404 | Fields of Autumn Publishing | |
| The Other Side Of The Mountain (Kaldak Hamar) | PA 945-401 | Fields of Autumn Publishing | |
| Tuva Groove (Bolur Daa-bol, Bolbas Daa-bol) | PA 945-396 | Fields of Autumn Publishing | |
| Where Has My Country Gone? (Kongurei) | PA 945-398 | Fields of Autumn Publishing | |
| Long Wet Kiss | PA 1-016-073, PAU 2-431-702 | I-Forty Music | SLL Music |
| She Loved the Devil Out of Me | PA 1-088-689, PA 1-127-015, PAU 2-441-585, PAU 2-592-058 | SLL Music | |
| Man With A Memory | Pau 2-176-266 | Songs In Black Ink | |
| Our Flag Was Still There | PA 1-060-497 | Appalsongs | |

MCS Music America, Inc. et al v. Farner et al

Dockets.Justia.com

Doc. 1 Att. 2