**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...  No ...

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)   Died ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No ...
Pseudonymous?  Yes ...  No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**B**

**Continuation of Space 2**

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...  No ...

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)   Died ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No ...
Pseudonymous?  Yes ...  No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...  No ...

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)   Died ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No ...
Pseudonymous?  Yes ...  No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...  No ...

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)   Died ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No ...
Pseudonymous?  Yes ...  No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**CONTINUATION OF** (Check which):  ☑ Space 1  ☐ Space 4  ☐ Space 6

**C**

**Continuation of other Spaces**

MAR 0 3 1988

"The Young Ones" Collection

1) The Young Ones Don't Remember
2) Caught in the Crossfire
3) The Farmer is the Woman
4) Dearest Martha
5) Robbing Peter to Pay Paul
6) Santiago
7) Music in Your Hands
8) The Pumpkin Man
9) The Awful Hilly Daddy-Willie Trip

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG    PA 1-316-520

**EFFECTIVE DATE OF REGISTRATION**

OCT 01    2002

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"Doing Our Job", a collection of six songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

words and music

## 2

**a**

**NAME OF AUTHOR ▼**

John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
Year 1997

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September Day 1 Year 1997
Nation ___

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Appalsongs
1025 Locust Ave
Charlottesville, VA 22901

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment by author

See instructions before completing this space.

**APPLICATION RECEIVED**
OCT 01 2002
**ONE DEPOSIT RECEIVED**
OCT 01 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**

\* Various dates in notices for lyrics.
Publication date correct, confirmed by John
McCutcheon in phone call on May 15, 2006.

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

John McCutcheon
Appalsongs
1025 Locust Ave
Charlottesville, VA  22901

Area code and daytime telephone number  434 ) 977-6321    Fax number  (434 ) 977-9708

Email

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Michael McCutcheon    Date  9/19/02

Handwritten signature (X) ▼

x John michael McCutcheon

**Certificate will be mailed in window envelope to this address:**

Name ▼
John McCutcheon
Number/Street/Apt ▼
1025 Locust Ave
City/State/ZIP ▼
Charlottesville, VA  22901

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 1-316-520

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

OCT   01   2002

(Month)   (Day)   (Year)

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

CONTINUATION SHEET RECEIVED

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading 'Title of This Work' in Space 1 of the basic form.)

"Doing Our Job", a collection of five songs

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Appalsongs
John McCutcheon, 1025 Locust Ave, Charlottesville, VA 22901

## B
**Continuation of Space 2**

### d

| | |
|---|---|
| **NAME OF AUTHOR ▼** | **DATES OF BIRTH AND DEATH** Year Born▼   Year Died▼ |

Was this contribution to the work a"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e

| | |
|---|---|
| **NAME OF AUTHOR ▼** | **DATES OF BIRTH AND DEATH** Year Born▼   Year Died▼ |

Was this contribution to the work a"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

| | |
|---|---|
| **NAME OF AUTHOR ▼** | **DATES OF BIRTH AND DEATH** Year Born▼   Year Died▼ |

Was this contribution to the work a"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

CONTINUATION OF (Check which):    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Songs included in this collection:

Doing My Job
I Don't Care
Dead Man Walking
River Gonna Carry Me
Starlight
Welcome the Traveler Home

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
   money order payable to *Register
   of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**PA 563 100**

PA | PAU

EFFECTIVE DATE OF REGISTRATION

9 / 19 / 91
Month / Day / Year

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

What It's Like

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

collection of songs (lyrics & melodies)

---

**2**

**a** NAME OF AUTHOR ▼

John Michael McCutcheon

DATES OF BIRTH AND DEATH
Year Born ▼ 1952     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
all words & melodies

**NOTE**
Under the law,

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1990 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶   Year ▶ 1990   Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

John McCutcheon
Appalsongs
1025 Locust AV, Charlottesville, VA 22901

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED SEP 19 1991  FEB 05.1992
ONE DEPOSIT RECEIVED SEP 19 1991  FEB 05.1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

FORM PA

EXAMINED BY _DSH_

CHECKED BY

PA 563 100

| CORRESPONDENCE ☑ Yes | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John McCutcheon
Appalsongs
1025 Locust AV
Charlottesville, VA  22901

Area Code & Telephone Number ▶ 804/977-6321

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John McCutcheon          date ▶ 9/17/91

Handwritten signature (X) ▼

_John McC..._

**9**

| MAIL CERTIFI- CATE TO | Name ▼ John McCutcheon | • Completed all necessary spaces? |
| | Number/Street/Apartment Number ▼ 1025 Locust AV | • Signed your application in space 8? |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ Charlottesville, VA 22901 | • Enclosed check or money order for $10 payable to Register of Copyrights? • Enclosed your deposit material with the application and fee? |

Have you:

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987:181—531:60,001          August 1987—60,000

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PA 563 100 |
| PA      PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 9    19    91 |
| (Month)    (Day)    (Year) |

| CONTINUATION SHEET RECEIVED |
| --- |
| SEP 19 1991    FEB 05 1992 |
| Page __3__ of __4__ pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

What It's Like, a collection of songs

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

John McCutcheon Appalsongs, 1025 Locust AV, Charlottesville, VA 22901

## (B) Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born ...... Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... } or { Domiciled in ...............
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born ...... Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... } or { Domiciled in ...............
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born ...... Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... } or { Domiciled in ...............
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born ...... Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... } or { Domiciled in ...............
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born ...... Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... } or { Domiciled in ...............
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form PA*

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born _____ (Year) Died _____ (Year) |

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  } or {  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

**B**
Continuation of Space 2

---

**NAME OF AUTHOR:**    **DATES OF BIRTH AND DEATH:** Born _____ (Year) Died _____ (Year)

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  } or {  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**    **DATES OF BIRTH AND DEATH:** Born _____ (Year) Died _____ (Year)

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  } or {  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**    **DATES OF BIRTH AND DEATH:** Born _____ (Year) Died _____ (Year)

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  } or {  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**CONTINUATION OF** (Check which):    ☑ Space 1    ☐ Space 4    ☐ Space 6

Songs included in this collection:

What It's Like
Cup of Coffee
KnowWhen to Move
One Man's Trash
Leviathan
This Time of Year
Ask Any Farmer
Stone by Stone
Room Here for Another
No Turning Back Now

**C**
Continuation of other Spaces

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA



UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 563 195**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

| 9 | 19 | 91 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**
Wolf Trap, a collection of eight songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
words & music

**2**

**a**   **NAME OF AUTHOR ▼**
John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
words & music

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 17   Year ▶ 1991   Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
John McCutcheon
Appalsongs
1025 Locust AV, Charlottesville, VA 22901

See instructions before completing this space.

APPLICATION RECEIVED
SEP 19 1991   FEB 05 1992
ONE DEPOSIT RECEIVED
SEP 19 1991   FEB 05 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
  • See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

Page ___ of ___ pages

EXAMINED BY

CHECKED BY

PA    563 198

☑ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

John McCutcheon
Appalsongs
1025 Locust AV
Charlottesville, VA  22901

Area Code & Telephone Number ▶  804/977-6321

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John McCutcheon                                   date ▶  3/17/91

Handwritten signature (X) ▼

John McC___

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
John McCutcheon

Number/Street/Apartment Number ▼
1025 Locust AV

City/State/ZIP ▼
Charlottesville, VA  22901

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights
Library of Congress. Washington.
DC 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20.013

Nov. 1983—300,000

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PA 563 194 |
| PA PAU |
| EFFECTIVE DATE OF REGISTRATION |
| 9 19 91 |
| (Month) (Day) (Year) |
| CONTINUATION SHEET RECEIVED |
| SEP 19 1991   FEB 03 1992 |
| Page 3 of 4 pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(A)**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  Wolf Trap, a collection of eight songs
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  John McCutcheon  Appalsongs, 1025 Locust AV, Charlottesville, VA  22901

---

**(B)**
**Continuation of Space 2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country)  } or {  Domiciled in ............... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)  Died ......... (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes....  No ......
Pseudonymous?  Yes ....  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country)  } or {  Domiciled in ............... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)  Died ......... (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes....  No ......
Pseudonymous?  Yes ....  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country)  } or {  Domiciled in ............... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)  Died ......... (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes....  No ......
Pseudonymous?  Yes ....  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country)  } or {  Domiciled in ............... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)  Died ......... (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes....  No ......
Pseudonymous?  Yes ....  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country)  } or {  Domiciled in ............... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born ......... (Year)  Died ......... (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes....  No ......
Pseudonymous?  Yes ....  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form PA*

**365 195**

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born ____ (Year)  Died ____ (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes ____  No ____ | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ____ (Name of Country) } or { Domiciled in ____ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes ____  No ____ Pseudonymous?  Yes ____  No ____ |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

**B**
Continuation of Space 2

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born ____ (Year)  Died ____ (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes ____  No ____ | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ____ (Name of Country) } or { Domiciled in ____ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes ____  No ____ Pseudonymous?  Yes ____  No ____ |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born ____ (Year)  Died ____ (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes ____  No ____ | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ____ (Name of Country) } or { Domiciled in ____ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes ____  No ____ Pseudonymous?  Yes ____  No ____ |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born ____ (Year)  Died ____ (Year) |
| Was this author's contribution to the work a "work made for hire"?  Yes ____  No ____ | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ____ (Name of Country) } or { Domiciled in ____ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes ____  No ____ Pseudonymous?  Yes ____  No ____ |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

**CONTINUATION OF** (Check which):  ☑ Space 1  ☐ Space 4  ☐ Space 6

Songs included in this collection:

Calling All the Children Home
Hours After
Black Sea
Old Brown's Head Light
High Hearts
Where Were You When
Yesterday's Fools
Copper River Bounce

**C**
Continuation of other Spaces

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dhrie Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

PAu   656-099

PA | PAU

EFFECTIVE DATE OF REGISTRATION

SEP 28 1984

Month | Day | Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1
**TITLE OF THIS WORK ▼**

"If I Were a Featherbed" a collection of four songs & tunes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

DONE

words and music

## 2
**NAME OF AUTHOR ▼**

a   John McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

words and music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶   Day ▶   Year ▶   ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John McCutcheon
Route 2 Box 733
Gate City, VA 24251

See instructions before completing this space.

**APPLICATION RECEIVED** 28 SEP 1984
**ONE DEPOSIT RECEIVED** 28 SEP. 1984
**TWO DEPOSITS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**REMITTANCE NUMBER AND DATE**
334264 SEP28 84

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY _____ *SEF*

CHECKED BY _____

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PAu    656-099

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
John McCutcheon
Appalseed Productions
Route 2 Box 733
Gate City, VA  24251

Area Code & Telephone Number ▶ 703-452-4915

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John McCutcheon          date ▶ 25 Sept. 1984

_____ **Handwritten signature (X)** ▼
*John McCutcheon*

**MAIL
CERTIFI-
CATE TO**

Name ▼
John McCutcheon

Number/Street/Apartment Number ▼
Route 2 Box 733

City/State/ZIP ▼
Gate City, VA  24251

**Certificate
will be
mailed in
window
envelope**

**9**

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/508          Nov. 1983—300,000

**FORM PA/CON**
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PAu    656-099 |
| PA                           PAU |

EFFECTIVE DATE OF REGISTRATION
**SEP 28 1984**
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED
28 SEP 1984

Page _2_ of _4_ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| **A** Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work: |
| --- | --- |
| | • TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA) |
| | "If I Were a Featherbed" a collection of four songs & tunes |
| | • NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA) |
| | John McCutcheon  Route 2 Box 733  Gate City, VA  24251 |

**B** Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)         (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... (Name of Country)  } or {  Domiciled in ..................... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)         (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... (Name of Country)  } or {  Domiciled in ..................... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)         (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... (Name of Country)  } or {  Domiciled in ..................... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)         (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... (Name of Country)  } or {  Domiciled in ..................... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)         (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... (Name of Country)  } or {  Domiciled in ..................... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF** (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

Songs & Tunes in this collections

If I Were a Featherbed
Christmas in the Trenches
Willie's Waltz
New Year's Eve

**C**
Continuation
of other
Spaces

GPO : 1977-O-248-632

NOV. 1977—100,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**PAu    657-285**

PA    (PAU)

EFFECTIVE DATE OF REGISTRATION

- 3 OCT 1984

Month    Day    Year

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"Water From Another Time" a collection of 10 songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

words & music

**2**

**NAME OF AUTHOR ▼**

a   John McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

words & music

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

John McCutcheon
Route 2 Box 733
Gate City, VA  24251

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 03 1984
ONE DEPOSIT RECEIVED
OCT 03 1984
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

REMITTANCE NUMBER AND DATE

338 548 OCT 3 84

---

EXAMINED BY

CHECKED BY

**FORM PA**

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PAu    657-285

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☒ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼         **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

John McCutcheon
Appalseed Productions
Route 2 Box 733
Gate City, VA  24251

Area Code & Telephone Number ▶ 703-452-4915

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John McCutcheon                                    date ▶ 25 Sept. 1984

Ⓧ Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
John McCutcheon

Number/Street/Apartment Number ▼
Route 2 Box 733

City/State/ZIP ▼
Gate City, VA  24251

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Nov. 1983—300,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/508

Case 2:07-cv-02297-DSF-SH    Document 1-4    Filed 04/06/2007    Page 20 of 30

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PAu   PA   657-285   (PAU) |
| EFFECTIVE DATE OF REGISTRATION |
| - 3 OCT 1984 |
| (Month)          (Day)          (Year) |
| CONTINUATION SHEET RECEIVED |
| OCT 03 1984 |
| Page 3 of 4 pages |

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| **A** Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work: |
|---|---|
| | • TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.) |
| | "Water From Another Time" a collection of ten songs |
| | • NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.) |
| | John McCutcheon  Route 2 Box 733  Gate City, VA. 24251 |

| **B** Continuation of Space 2 | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|---|
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)  (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ } or { Domiciled in ................ (Name of Country)  (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)  (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ } or { Domiciled in ................ (Name of Country)  (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)  (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ } or { Domiciled in ................ (Name of Country)  (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)  (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ } or { Domiciled in ................ (Name of Country)  (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)  (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ } or { Domiciled in ................ (Name of Country)  (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form PA*

| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | |
|---|---|---|---|
| | Was this author's contribution to the work a "work made for hire"?   Yes ......   No ...... | Born ........ Died ........ (Year)        (Year) | **B**<br>Continuation<br>of Space 2 |

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF** (Check which):   ☒ Space 1   ☐ Space 4   ☐ Space 6

**C**<br>Continuation<br>of other<br>Spaces

Songs included in this collection:

Water from Another Time
Memorial Day
Lament
No Mas!
Long Way Back to Georgia
Music in Your Hands
One Strong Arm
The ███ver Run
One Thin Swimsuit
State of West Virginia

GPO : 1977—O—248-632                NOV. 1977—100,000

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFIC



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

RE  563 316

EFFECTIVE DATE OF RENEWAL REGISTRATION

18 DEC 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1   Name  Mr. Charles Lloyd
    Address  c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash,TN 37212
    Claiming as  Author
    (Use appropriate statement from instructions)

2   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

3   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

"A Different Journey"

RENEWABLE MATTER:

Music

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial, give: Vol.              No.              Issue Date

---

**③**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Mr. Charles Lloyd

---

**④**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

EU 775710

ORIGINAL COPYRIGHT CLAIMANT:

Fontelle Music Company

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION:
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:  June 21, 1963
(Month)    (Day)    (Year)

RE  563 316

CHECKED BY:

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED:
☑

DEC 18 1991

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤**
Renewal
for Group
of Works

| | | |
|---|---|---|
| 1 | Title of Contribution: .................................................... |
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 2 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 3 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 4 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 5 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 6 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

| 7 | Title of Contribution: .................................................... |
|---|---|
| | Title of Periodical: .............................. Vol. ..... No. .... Issue Date .......... |
| | Date of Publication: ........................... Registration Number: ..................... |
| | (Month)      (Day)      (Year) |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....Copyright Management, Inc.....
Account Number:........DAO...66710...........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jeffrey D. Smarr    c/o CMI
Address: 1102 17th Avenue South Suite 400
                                        (Apt.)
Nashville,          TN        37212
(City)          (State)          (ZIP)

**⑥**
Fee and
Correspond-
ence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Mr. Charles Lloyd
                                                  (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...........................
Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

**⑦**
Certification
(Application
must be
signed)

**MAIL
CERTIFICATE
TO**

............COPYRIGHT MANAGEMENT, INC.............
                        (Name)
...........1102 17th Avenue South      Suite 400........
        (Number, Street and Apartment Number)
............Nashville, Tennessee   37212..............
        (City)          (State)          (ZIP code)

(Certificate will
be mailed in
window envelope)

**⑧**
Address for
Return of
Certificate

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,019

March 1987—30,000

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made
a part of the records of the Copyright Office. In witness whereof the seal of the
Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*





CLASS | REGISTRATION NO.
E  Eu  775710
DO NOT WRITE HERE

**1. Copyright Claimant(s) and Address(es):**

Name    *Fontelle Music Company*

Address    *One Sheridan Square, New York 14, New York*

Name _____

Address _____

**2. Title:** *"A Different Journey."*
(Title of the musical composition)

**3. Authors:**

Name    *Charles Lloyd*                     Citizenship    *U.S.A.*
(Legal name followed by pseudonym if latter appears on the copies)                     (Name of country)
Domiciled in U. S. A.  ☑ Yes  ☐ No    Address    *One Sheridan Sq. N.Y. 14, N.Y.*    Author of    *music*
(State which: words, music, arrangement, etc.)

Name _____                     Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)                     (Name of country)
Domiciled in U. S. A.  ☐ Yes  ☐ No    Address _____    Author of _____
(State which: words, music, arrangement, etc.)

Name _____                     Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)                     (Name of country)
Domiciled in U. S. A.  ☐ Yes  ☐ No    Address _____    Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____

**(b) Place of Publication:**

_____
(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

_____

_____

*Complete all applicable spaces on next page*

6. Deposit account:

7. Send correspondence to:

Name _Fontelle Music Company_ Address _One Sheridan Sq, N.Y. 14 N.Y._

8. Send certificate to:

(Type or print name and address)

Name _Fontelle Music Company_

Address _One Sheridan Square_
(Number and Street)

_New York_     _14_     _New York_
(City)      (Zone)      (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song, Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, of, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received JUL 21 1963 | |
| One copy received MAR 21 1963 | |
| Two copies received | |
| Fee received 7cc447 MAR 21 1963 | |

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—556460

(June 1961—150,000)

Page 4

# FORM PA

## CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

PAu  298-714

PA    (PAU)

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:
AUTUMN PRELUDE and AUTUMN ECHO
(from the suite "Autumn Sequence")

NATURE OF THIS WORK:
(See instructions)
Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Charles Lloyd
Was this author's contribution to the work a "work made for hire"? Yes...... No... X

DATES OF BIRTH AND DEATH:
Born 1938  Died —
(Year)  (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA (Name of Country)  or  Domiciled in USA (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No. X
Pseudonymous?  Yes......  No. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

**2**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)  (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  or  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born..........  Died..........
(Year)  (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  or  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year..... 1966
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date.........
(Month)  (Day)  (Year)
Nation.........
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
FONTELLE MUSIC COMPANY
c/o George Avakian
285 Central Park West
New York NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
via composer's contract with Fontelle Music Company

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ........ pages

EXAMINED BY

CHECKED BY

| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: |
| DEPOSIT ACCOUNT FUNDS USED? ☐ | REMITTANCE NUMBER AND DATE: 250551 U.B. special |

APPLICATION RECEIVED:

DEPOSIT RECEIVED:

FOR COPYRIGHT OFFICE USE ONLY

PAu 298-714

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . No . . . . . . . .

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . Year of Registration . . . . . . . . . . . . .

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**(6)** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: FONTELLE MUSIC COMPANY
c/o George Avakian
Address: 285 Central Park West
                                                                    (Apt.)
New York          NY          10024
(City)               (State)           (ZIP)

**(7)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: Fonetelle Music Company
                                                                                                          (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . . . . . . . . . . *George Avakian*

Typed or printed name: George Avakian          Date 5/8/81

**(8)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

FONTELLE MUSIC COMPANY
(Name)
c/o George Avakian
(Number, Street and Apartment Number)
285 Central Park West
(City)          (State) NY     (ZIP code)    10024
New York

(Certificate will be mailed in window envelope)

**(9)** Address For Return of Certificate

✱ 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1977 — 1,000,000

U. S. GOVERNMENT PRINTING OFFICE: 1977 O - 248-836

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE** ★ **THE LIBRARY OF CONGRESS** ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



# FORM RE
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 741-257**

EFFECTIVE DATE OF RENEWAL REGISTRATION

| SEP 2 5 1996 | | |
|---|---|---|
| Month | Day | Year |

**FUNDS RECEIVED** SEP 2 5 1996

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼**  (See Instructions)

**1**
Name .... MR. CHARLES LLOYD
Address .. P.O. BOX 5816 SANTA BARBARA, CA 93150
Claiming as AUTHOR OF RENEWABLE MATERIAL
(Use appropriate statement from instructions)

**2**
Name ....
Address ..
Claiming as

**3**
Name ....
Address ..
Claiming as

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

~~BIRD'S~~ FLIGHT

BIRD ✻

**RENEWABLE MATTER ▼**

MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼

---

**3** **AUTHOR(S) OF RENEWABLE MATTER ▼**

CHARLES LLOYD

---

**4** **ORIGINAL REGISTRATION NUMBER ▼** **ORIGINAL COPYRIGHT CLAIMANT ▼**

EU 51966          FONTELLE MUSIC CO.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ___ (Month) ___ (Day) ___ (Year)
**OR**
If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: 05 (Month) 08 (Day) 1968 (Year)

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE

Page 1 of ____ pages

RENEWAL APPLICATION RECEIVED    FORM RE

DEC 18 1996

AUG 30 1996

CORRESPONDENCE ☑ YES

EXAMINED BY _____

CHECKED BY _____

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Amended by Copyright Office

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: .................................................................

Title of Periodical: ............................ Vol: ......... No: ......... Issue Date: .........

Date of Publication: ............................ Registration Number: ............................
(Month)    (Day)    (Year)

**2**
Title of Contribution: .................................................................

Title of Periodical: ............................ Vol: ......... No: ......... Issue Date: .........

Date of Publication: ............................ Registration Number: ............................
(Month)    (Day)    (Year)

**3**
Title of Contribution: .................................................................

Title of Periodical: ............................ Vol: ......... No: ......... Issue Date: .........

Date of Publication: ............................ Registration Number: ............................
(Month)    (Day)    (Year)

**4**
Title of Contribution: .................................................................

Title of Periodical: ............................ Vol: ......... No: ......... Issue Date: .........

Date of Publication: ............................ Registration Number: ............................
(Month)    (Day)    (Year)

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ____ DA 066710 ____

Account Number ____

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name ANNETTE T. PARKES, c/o CMI

Address 1102 17th Ave. South Suite 400 (Apt)

Nashville,    TN    37212
(City)    (State)    (ZIP)

Area Code and Telephone Number ▶ (615) 327-1517

Be sure to give your daytime phone number

**6**

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant    ☒ duly authorized agent of MR. CHARLES LLOYD d/b/a FOREST FARM MUSIC
(Name of renewal claimant) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ ANNETTE T. PARKES    Date ▶ 8-12-96

☞ Handwritten signature (X) ▼

**7**

---

**MAIL CERTIFI-CATE TO**

Name ▼ COPYRIGHT MANAGEMENT, INC.
c/o ANNETTE T. PARKES

Number/Street/Apt ▼ 1102 17th AVE SOUTH, SUITE 400

City/State/ZIP ▼ NASHVILLE, TN 37212

**Certificate will be mailed in window envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1993—40,000    ✮U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581-60,513

Page 3



# Certificate

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

FORM E

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | **Eu 51966** |
| | DO NOT WRITE HERE |

This Is To Certify that the statements set forth in this certificate have been made
a part of the records of the Copyright Office.   In witness whereof the seal of the
Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name _____ Fontelle Music Company

c/o George Avakian

Address _____ 285 Central Park West, New York 10024

Name _____

Address _____

**2. Title:** _____ Bird Flight

(Title of the musical composition)

_____

**3. Authors:**

Name _____ Charles Lloyd _____ Citizenship: U.S.A. ____ Other _____ (Name of country)
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)

Domiciled in U.S.A.  Yes _X_  No ____  Address _____ 26 West 3rd St., New York City _____ Author of _____ Music
(State which: words, music, arrangement, etc.)

Name _____ Citizenship: U.S.A. ____ Other _____ (Name of country)
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)

Domiciled in U.S.A.  Yes ____  No ____  Address _____ Author of _____
(State which: words, music, arrangement, etc.)

Name _____ Citizenship: U.S.A. ____ Other _____ (Name of country)
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)

Domiciled in U.S.A.  Yes ____  No ____  Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____ (Month)      (Day)      (Year)

**(b) Place of Publication:**

_____ (Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes _____  No _____  If your answer is "Yes," give a brief general
statement of the nature of the **NEW MATTER** in this version.

_____

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*