**6. Deposit account.**

**7. Send correspondence to:**

Name    SEE BELOW                                    Address

**8. Send certificate to:**

(Type or print name and address)

Name    Fontelle Music Company, c/o George Avakian
Address    285 Central Park West

                    (Number and street)

New York          N. Y.          10024
    (City)          (State)          (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The *name of the copyright owner (or owners).* Example: © John Doe 1966.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| MAY − 8 1968 |
| One copy received |
| MAY − 8 1968 |
| Two copies received |
| Fee received |
| 93772 MAY−8'68 |

U.S. GOVERNMENT PRINTING OFFICE :1965—O—791—325          (Dec. 1965—250,000)          *Page 4*

# FORM PA

## CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PAu    298-709

PA          PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:
DERVISH DANCE (from "Dream Weaver")

NATURE OF THIS WORK:
(See instructions)
Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Charles Lloyd

Was this author's contribution to the work a "work made for hire"? Yes...... No.. X

DATES OF BIRTH AND DEATH:
Born 1938. Died — ...
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA } or Domiciled in USA
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No.. X
Pseudonymous? Yes...... No.. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

**2**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......... } or { Domiciled in .........
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......... } or { Domiciled in .........
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1966
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ......... (Month) (Day) (Year)
Nation ......... (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
FONTELLE MUSIC COMPANY, c/o George Avakian
285 Central Park West
New York NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Via songwriter contract with Fontelle Music Company

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- Follow detailed instructions attached.

DO NOT WRITE HERE

PAu    298-709

| | |
|---|---|
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 230551 |

U.B. special

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . No . X . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.

    ☐ This is the first application submitted by this author as copyright claimant.

    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . .

**5** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: FONTELLE MUSIC COMPANY  C/o George Avakian

Address: 285 Central Park West

(Apt.)

New York          NY     10024
(City)            (State)    (ZIP)

**7** Fee and Correspondence

---

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: FONTELLE MUSIC COMPANY
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _George Avakian_

Typed or printed name . . . . . . . . George Avakian      Date 5/8/81

**8** Certification (Application must be signed)

---

FONTELLE MUSIC COMPANY
c/o George AVAKIAN
(Name)
285 Central Park West
(Number, Street and Apartment Number)
New York . . . . . . . . NY . . . . . 10024 . . . . . . . . . .
(City)          (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

---

* 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in this application for copyright registration, provided for by section 409, or in any written statement filed in connection with the application, shall be fined . . . . . . . . . . .

Nov. 1977 – 1,000,000

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–157–178**

PA0001157178

EFFECTIVE DATE OF REGISTRATION

| 4 | 26 | 02 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**

DERVISH ON THE GLORY B

**PREVIOUS OR ALTERNATIVE TITLES ▼**

DERVISH DANCE

**NATURE OF THIS WORK ▼** See instructions

MUSIC

---

**a**  **NAME OF AUTHOR ▼**

CHARLES LLOYD

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U S A
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
MUSIC

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
WORDS AND MUSIC

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼Year in all cases
1966

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ August    Day ▶ 21    Year ▶ 2001
ONLY if this work has been published     U.S.A ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FOREST FARM MUSIC c/o Copyright Management Services 1625 Broadway 4th Floor Nashville TN 37203

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
APR 26 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 26 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

Depo t conte u mu c only

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is  no  go to space 7
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This s a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

See nst ucto s
befo e complet g
th s space

**b**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                          Account Number ▼

# DA066710

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Copyright Department
Copyright Management Services  Inc
1625 Broadway  4th Floor
Nashville  TN 37203

**b**

A    od  a dd  yt met l ph    mb  ► ( 615  ) 250 4600              F    mb  ► ( 615   ) 250 4699
Ema l  info@copyright net

**CERTIFICATION**   I  the undersigned  hereby certify that I am the
                                        ☐ author
                                        ☐ other copyright claimant
Ch ck only on ►                        ☐ owner of exclusive right(s)
                                        ☑ a tho    d g nt of  FOREST FARM MUSIC
                                           N me of a tho    th  py ght l m i  w e f   ght( ) ▲
of the work identified in this application and that the statements m de by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
JANICE BANE                                                    Date ► 11/1/01

Handwritten signature (X) ▼
☞    X _____ Janice Bane _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
COPYRIGHT MANAGEMENT SERVICES  INC

N mbe /Street/Apt ▼
1625 BROADWAY  4TH FLOOR

C ty/State/ZIP ▼
NASHVILLE  TN 37203 3138

**YOU MUST.**
Complete all  ecessary spaces
S g  your appl cat o    space 8
**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1  Appl cat o   fo m
2  Non ef  ndable fl  g fee  n check o m  ey
    o d   payable to Regist  of Copyrights
3  Deposit material
**MAIL TO**
L b ary of C  g ess
Copyr ght Office
101 Independe  ce A en e  S E
Wash ngto   D C  20559-6000

As  J  ly 1 1999
h  filk g fee f
F  m PA i  $30

17 U S C  § 506(e)  Any person who k ow  gly makes a false  eprese tat o  of a mate ai fact  th  applicat o  to copy ght  eg st  t on pro  ded fo  by sectio  409  o    a y w  tte  stat  me t filed
co  ectio  w th th   pplicatio   shall be fi  ec  ot mo e tha  $2 500.     ⊕ PRINTED ON RECYCLED PAPER                    ☆U S  GOVERNMENT PRINTING OFFICE 1999 454 879/68
J    1999—200 000
WEB REV J  e 1999    Case 3:06-cv-01197    Document 1-6    Filed 12/15/2006    Page 5 of 30

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

PA    103-582

PA            PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:

EUROPEAN FANTASY

NATURE OF THIS WORK:
(See instructions)

Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Charles Lloyd

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

DATES OF BIRTH AND DEATH:
Born 1938 Died -
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA (Name of Country) or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No X
Pseudonymous? Yes..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

DATES OF BIRTH AND DEATH:
Born..... Died.....
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No.....
Pseudonymous? Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

DATES OF BIRTH AND DEATH:
Born..... Died.....
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No.....
Pseudonymous? Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1968

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date January 1 1978
(Month)    (Day)    (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

---

• Complete all applicable spaces... on reverse side of this page.
• Follow detailed instructions attached.

DO NOT WRITE HERE

*Added authority telephone call to
George Avakian on June 10, 1981.

| CHECKED BY: | MAY 14 1981 | |
|---|---|---|
| CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>MAY 14 1981 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| DEPOSIT ACCOUNT<br>FUNDS USED:<br>☐ | REMITTANCE NUMBER AND DATE: | |

PA 103-582

U.B. special

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No . . . . . . . .

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . .

**⑤** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

┌ PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
└ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

┌ MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright
│ is claimed.)
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
└ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Fontelle Music Company
c/o George Avakian
Address: 285 Central Park West      (Apt.)
New York, NY 10024
(City)         (State)         (ZIP)

**⑦** Fee and Correspondence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Fontelle Music Company
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _George Avakian_

Typed or printed name: George Avakian          Date 5-8-81

**⑧** Certification

(Application must be signed)

---

**MAIL CERTIFICATE TO**

Fontelle Music Company
c/o George Avakian
(Name)
285 Central Park West
(Number, Street and Apartment Number)
New York      (State) NY (ZIP code) 10024

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

---

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by
section 409, or in any written statement filed in connection therewith, shall . . .

Nov. 1977 — 1,000,000

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| PA  105-705 |
| (PA)                     PAU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| May  14  1981 |
| Month   Day   Year |

*This certificate, additional certificate.*

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK: FOREST FLOWER

NATURE OF THIS WORK: (See instructions) MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: CHARLES LLOYD
Was this author's contribution to the work a "work made for hire"? Yes..... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country) } or { Domiciled in (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution) MUSIC
DATES OF BIRTH AND DEATH: Born 1938 (Year) Died (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes..... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes..... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or { Domiciled in (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year... ~~1966~~ *1969
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date... JAN. 1 1978
(Month) (Day) (Year)
Nation... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
FONTELLE MUSIC COMPANY
c/o GEORGE AVAKIAN
285 CENTRAL PARK WEST
NEW YORK, N.Y. 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Via publishing contract with composer

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• Follow detailed instructions attached.
• Sign the form at line 8.

| DO NOT WRITE HERE |
|---|
| Page 1 of 2 pages |

George Avakian on June 12, 1981.

PA        105-705

| CORRESPONDENCE:  ☑ Yes | DEPOSIT RECEIVED:  14 MAY 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED:  ☐ | REMITTANCE NUMBER AND DATE:  250551  U.B. Special | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes ... X ... No

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number  EU 842694  Year of Registration  1964

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Music

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

SOME NEW MUSIC

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ................................

Account Number: ....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: FONTELLE MUSIC COMPANY.
c/o GEORGE AVAKIAN
Address: 285 CENTRAL PARK WEST
                                      (Apt.)
NEW YORK N.Y. 10024
        (City)        (State)        (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of ..... FONTELLE MUSIC COMPANY
                                                                                   (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) George Avakian

Typed or printed name: GEORGE AVAKIAN     Date June 10, 1981

**⑧ Certification**
(Application must be signed)

**MAIL CERTIFICATE TO**

FONTELLE MUSIC COMPANY
                    c/o GEORGE AVAKIAN
        (Name)
285 CENTRAL PARK WEST
(Number, Street and Apartment Number)
NEW YORK N.Y. 10024
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1977 — 1,000,000

FORM PA
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

PAu    298-710

PA          PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:  GOIN' TO MEMPHIS

NATURE OF THIS WORK: (See instructions)  Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Charles Lloyd

Was this author's contribution to the work a "work made for hire"? Yes...... No...... X

DATES OF BIRTH AND DEATH:
Born 1938 Died — (Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......USA...... or Domiciled in ...................... (Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No...... X
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

If the answer to either of these questions is "Yes," see detailed instructions attached.

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ...... (Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... or Domiciled in ...................... (Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ...... (Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... or Domiciled in ...................... (Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1966
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...................... (Month) (Day) (Year)
Nation ...................... (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
via composer's contract with Fontelle Music Company

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY: | | APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY: | | MAY 14 1981 | | |
| CORRESPONDENCE: ☐ Yes | | DEPOSIT RECEIVED: MAY 14 1981 | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: 250551    U.B. special | | |

PAu    298-710

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:  Fontelle Music Company
c/o George Avakian
Address: . . . 285 Central Park West . . . . . . . . . . . . .
(Apt.)

. . . . . New York . . . . . . . . . . NY . . . . . . . . . 10024 . . . . .
(City)          (State)              (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Fontelle Music Company
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . . *[signature]* . . . . . . . . . . . . . . . . . . .

Typed or printed name . . . . . . . George Avakian . . . . . . . . . . . . . . . . Date 5-8-81 . . . . . .

**⑧ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

. . . . . . . Fontelle Music Company . . . . . . . . . . . . . . . . . . . . . .
(Name)
c/o George Avakian
. . . . 285 Central Park West . . . . . . . . . . . . . . . . . . . . . .
(Number, Street and Apartment Number)
. . . . . . New York . . . . . . . . . . . NY . . . . . 10024 . . . . . . . . . .
(City)                (State)        (ZIP code)

**⑨ Address For Return of Certificate**

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA (PA) 103-583 PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK:

HEJ DA

NATURE OF THIS WORK:
(See Instructions)

Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:

1  Charles Lloyd

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ... X

DATES OF BIRTH AND DEATH:
Born 1938  –
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ▸ USA
(Name of Country)  } or { Domiciled in ▸ _____
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No X
Pseudonymous?  Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

Music composer

NAME OF AUTHOR:

2

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ...

DATES OF BIRTH AND DEATH:
Born ......  Died ......
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......
(Name of Country)  } or { Domiciled in ......
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

3

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ...

DATES OF BIRTH AND DEATH:
Born ......  Died ......
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......
(Name of Country)  } or { Domiciled in ......
(Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1968

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date January 1 1978
(Month)  (Day)  (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

---

• Complete all applicable spaces on reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE

*Added author
George Avakian on June 10, 1981.

CHECKED BY:

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:

DEPOSIT ACCOUNT
FUNDS USED:
☐

REMITTANCE NUMBER AND DATE:
230551      U.B. special

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    103-583

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . . . . . .

• If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . .

**⑤**
Previous
Registra-
tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥**
Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . Fontelle Music Company
. . . . c/o George Avakian . . . . . . . . . . .

Address: . . . 285 Central Park West
New York  NY  10024 . . . . . . (Apt.)

(City)          (State)          (ZIP)

**⑦**
Fee and
Correspond-
ence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: . . Fontelle Music Company
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Typed or printed name . . . . . . . . . . . George Avakian . . . . . . Date 5-8-81 . . . . . .

**⑧**
Certification
(Application
must be
signed)

---

Fontelle Music Company
c/o George Avakian
285 Central Park West
~~Number, Street and Apartment Number~~    (Street and Apartment Number)
. . . New York . . . . . . . . . . . NY . . . . . . . . . . . 10024 . . . . . . . . . . .
(City)          (State)          (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**⑨**
Address
For Return
of
Certificate

---

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1977 — 1,000,000

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 563 310 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 18 DEC 1991 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  Mr. Charles Lloyd
Address  c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash,TN 37212
Claiming as  Author
*(Use appropriate statement from instructions)*

**2**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

**3**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

"Island Blues"

**RENEWABLE MATTER:**

Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol. .......... No. .......... Issue Date ..........

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Mr. Charles Lloyd

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| EU 775704 | Fontelle Music Company |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: .......... (Month) (Day) (Year)

**OR**

• If the original registration for this work was made in unpublished form, give:  1963 *

DATE OF REGISTRATION: .... June 21, ~~1991~~ *
(Month) (Day) (Year)

Amended by Copyright Office

RE   563 310

EXAMINED BY:
CHECKED BY:
CORRESPONDENCE
☐ Yes
DEPOSIT ACCOUNT
FUNDS USED:
☑

DEC. 18. 1991
REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

APPLICATION RECEIVED

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤**
**Renewal for Group of Works**

**1**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**2**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**3**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**4**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**5**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**6**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**7**
Title of Contribution: ...........................................................................
Title of Periodical: .............................................................................
Date of Publication: ........................... Vol. ...... No. ...... Issue Date ...........
    (Month)    (Day)    (Year)    Registration Number: .........................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Copyright Management, Inc.
Account Number: DAO 66710

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jeffrey D. Smarr    c/o CMI
Address: 1102 17th Avenue South Suite 400
                                              (Apt.)
    Nashville,    TN    37212
    (City)    (State)    (ZIP)

**⑥**
**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Mr. Charles Lloyd
                                              (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

☞    Handwritten signature: (X) ...........................................
    Typed or printed name: Jeffrey D. Smarr
                            Date: December 9, 1991

**⑦**
**Certification** (Application must be signed)

COPYRIGHT MANAGEMENT, INC.
                    (Name)
1102 17th Avenue South    Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee  37212
(City)    (State)    (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**⑧**
**Address for Return of Certificate**

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,019

March 1987—30,000

Page 3

# Certificate

**FORM E**

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 775704 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name _Fontelle Music Company_

Address _One Sheridan Square, New York 14, New York_

Name _____

Address _____

**2. Title:** _"Island Blues"_
(Title of the musical composition)

**3. Authors:**

Name _Charles Lloyd_  Citizenship _U.S.A_
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☑ No ☐  Address _One Sheridan Sq., NK 14 N.Y._  Author of _music_
(State which: words, music, arrangement, etc.)

Name _____  Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐ No ☐  Address _____  Author of _____
(State which: words, music, arrangement, etc.)

Name _____  Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐ No ☐  Address _____  Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____

**(b) Place of Publication:**

_____
(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration    ☐ Previous publication

**(b) New Matter in This Version:**

_____

_____

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name Fontelle Music Company Address One Sheridan Sq. N.Y.14, N.Y.

**8. Send certificate to:**

(Type or print name and address)

Name Fontelle Music Company

Address One Sheridan Square
(Number and street)

New York 14 New York
(City) (Zone) (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUN 21 1963 | |
| One copy received<br><br>MAR 2 1 1963 | |
| Two copies received | |
| Fee received<br><br>82225 MAY - 1 1963 | |

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—556460

(June 1961—150,000)

*Page 4*

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

PA    103-584

(PA)    PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:
JOURNEY WITHIN

NATURE OF THIS WORK:
(See instructions) Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1 — NAME OF AUTHOR:
Charles Lloyd
Was this author's contribution to the work a "work made for hire"? Yes ..... No .... X

DATES OF BIRTH AND DEATH:
Born 1938 Died ..... -
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... USA ..... } or { Domiciled in .....
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No X
Pseudonymous?    Yes .....    No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

2 — NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... } or { Domiciled in .....
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No .....
Pseudonymous?    Yes .....    No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3 — NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... } or { Domiciled in .....
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No .....
Pseudonymous?    Yes .....    No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
1968
Year
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ..... January 1 1978
(Month)    (Day)    (Year)
Nation ..... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

---

• Complete all applicable spaces
• Follow detailed instructions attached

DO NOT WRITE HERE

*Added author George Avakian on June 10, 1981.

| | |
|---|---|
| APPLICATION RECEIVED: | |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: MAY 11 1981 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 250551   U.B. special |

FOR COPYRIGHT OFFICE USE ONLY

PA   103-584

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes .......... No ..........

- If your answer is "Yes" why is another registration being sought?  (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**5** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

.................................................................

.................................................................

.................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

.................................................................

.................................................................

.................................................................

**6** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..................

Account Number: ..................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: .......... Fontelle Music Company
c/o George Avakian

Address: .......... 285 Central Park West (Apt.)

New York (City)   NY (State)   10024 (ZIP)

**7** Fee and Correspondence

---

**CERTIFICATION:** ✳ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of: .......... Fontelle Music Company

(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .......... George Avakian

Typed or printed name: .......... George Avakian .......... Date 5-8-81

**8** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

.......... Fontelle Music Company .......... (Name)
c/o George Avakian
285 Central Park West .......... (Number, Street and Apartment Number)
New York (City)   NY (State)   10024 (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

---

✳ 17 U.S.C. §506 e: FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 O - 246-636

Nov. 1977 — 4, 000, 000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
| --- |
| PA 103-580 |
| PA        PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 14 MAY 1991 |
| Month     Day     Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK:
KARMA

NATURE OF THIS WORK: (See instructions)
Music

PREVIOUS OF ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Charles Lloyd
Was this author's contribution to the work a "work made for hire"? Yes...... No..... X
DATES OF BIRTH AND DEATH: Born 1938 - Died -

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .... No.. X
Pseudonymous? Yes .... No.. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .... No....
Pseudonymous? Yes .... No....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .... No....
Pseudonymous? Yes .... No....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1968
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date January 1 1978
(Month) (Day) (Year)
Nation U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Fontelle Music Company
/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
via composer's contract with Fontelle Music Company

• Complete all applicable spaces (see instructions)
• Follow detailed instructions attached.

DO NOT WRITE HERE

*Added authority telephone call to
George Avakian on June 10, 1981.

CHECKED BY:

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:

DEPOSIT ACCOUNT
FUNDS USED:
☐

REMITTANCE NUMBER AND DATE:
250551        U.B. special

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    103-580

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . . . . .

**⑤**
Previous
Registra-
tion

---

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥**
Compilation
or
Derivative
Work

---

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . Fontelle Music Company
c/o George Avakian
Address: . . . . . . 285 Central Park West . . . . . . (Apt.)
New York, NY 10024
(City)              (State)              (ZIP)

**⑦**
Fee and
Correspond-
ence

---

CERTIFICATION: ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of    Fontelle Music Company
(Name of author or other copyright claimant, or owner of exclusive rights)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

. . . . . . Handwritten signature: (X) _George Avakian_

Typed or printed name . . . . . . George Avakian . . . . . . . . . . . . . . . Date . . . . . 5-8-81

**⑧**
Certification
(Application
must be
signed)

---

MAIL
CERTIFICATE
TO

Fontelle Music Company
(Name)
c/o George Avakian
285 Central Park West
(Number, Street and Apartment Number)
New York        NY        10024
(City)        (State)        (ZIP code)

(Certificate will
be mailed in
window envelope)

**⑨**
Address
For Return
of
Certificate

---

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1977 • 4, 257, 70

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 O - 246-636

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Lada*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA    103-577

(PA)    PAU

EFFECTIVE DATE OF REGISTRATION
14 MAY 1991
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:

LITTLE ANAHID'S DAY

NATURE OF THIS WORK:
(See instructions)

Music

PREVIOUS OR ALTERNATIVE TITLES:

TEMPLE BELLS    (This is actually the same work)

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

| 1 | NAME OF AUTHOR: Charles Lloyd | DATES OF BIRTH AND DEATH: Born 1938 Died — (Year) (Year) |
|---|---|---|
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... X | |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA (Name of Country) or Domiciled in (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes.... No.. X Pseudonymous? Yes.... No.. X If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) Music composer | |

| 2 | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born........ Died........ (Year) (Year) |
|---|---|---|
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) or Domiciled in (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes.... No.... Pseudonymous? Yes.... No.... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | |

| 3 | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born........ Died........ (Year) (Year) |
|---|---|---|
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) or Domiciled in (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes.... No.... Pseudonymous? Yes.... No.... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | |

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1967; (1967 ✓)

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION: *

Date January 1 1978
(Month) (Day) (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

composer's contract with Fontelle Music Company

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

*Added authority telephone call to
George Avakian on June 10, 1981.

| EXAMINED BY: | APPLICATION RECEIVED: |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 230551  U.B. special |

PA    103-577

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No . . . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . . .

**5** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Fontelle Music Company
c/o George Avakian
Address: 285 Central Park West
New York, NY    10024   (Apt.)
          (City)          (State)          (ZIP)

**7** Fee and Correspondence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Fontelle Music Company
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *George Avakian*

Typed or printed name. . . . . . . George Avakian . . . Date . 5-8-81 . . .

**8** Certification
(Application must be signed)

---

Fontelle Music Company
c/o George Avakian
         (Name)
285 Central Park West
         (Number, Street and Apartment Number)
. . . . . . . . . New York . . . . . . . . . NY . . . . . . 10024 . . . . .
         (City)          (State)          (ZIP code)

MAIL
CERTIFICATE
TO

(Certificate will
be mailed in
window envelope)

**9** Address For Return of Certificate

---

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE   563 308 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 18. DEC. 1991 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1   Name Mr. Charles Lloyd
    Address c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash, TN 37212
    Claiming as Author
    **(Use appropriate statement from instructions)**

2   Name
    Address
    Claiming as
    **(Use appropriate statement from instructions)**

3   Name
    Address
    Claiming as
    **(Use appropriate statement from instructions)**

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

"Lonesome Child"

**RENEWABLE MATTER:**

Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol.         No.         Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Mr. Charles Lloyd

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

EU 775702

**ORIGINAL COPYRIGHT CLAIMANT:**

Fontelle Music Company

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION:         (Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: June 21, 1963
(Month)   (Day)   (Year)

RE    563 308

| EXAMINED BY: | R | TAL XPPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | | DEC. 18. 1991 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**2**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**3**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**4**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**5**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**6**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**7**
Title of Contribution: ......................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ........(Month)........(Day)........(Year)........ Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Copyright Management, Inc.

Account Number: DAO 66710

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jeffrey D. Smarr    c/o CMI

Address: 1102 17th Avenue South Suite 400 (Apt.)

Nashville,              TN        37212
(City)              (State)        (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Mr. Charles Lloyd
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature of: (X) ..................

Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

**⑦ Certification (Application must be signed)**

MAIL CERTIFICATE TO

COPYRIGHT MANAGEMENT, INC.
(Name)
1102 17th Avenue South    Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee    37212
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181–531/40,019

March 1987—30,000

Page 3

FORM E

# Certificate
## Registration of a Claim to Copyright



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **E** | **Eu   775702** |
| DO NOT WRITE HERE | |

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office.   In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name .... *Fontelle Music Company* ....

Address .... *One Sheridan Square, New York 14, New York* ....

Name ....

Address ....

**2. Title:** *"Lonesome Child"*
(Title of the musical composition)

**3. Authors:**

Name .... *Charles Lloyd* .... Citizenship .... *U.S.A.*
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☑  No ☐  Address *One Sheridan Sq. N.Y.14 N.Y.*  Author of *music*
(State which: words, music, arrangement, etc.)

Name ....
(Legal name followed by pseudonym if latter appears on the copies)  Citizenship ....
(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address ....  Author of ....
(State which: words, music, arrangement, etc.)

Name ....
(Legal name followed by pseudonym if latter appears on the copies)  Citizenship ....
(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address ....  Author of ....
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**(b) Place of Publication:**

(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration    ☐ Previous publication

**(b) New Matter in This Version:**

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name *Fontelle Music Company*    Address *One Sheridan Sq N.Y 14, N.Y*

**8. Send certificate to:**

(Type or print name and address)

Name    *Fontelle Music Company*

Address    *One Sheridan Square*
(Number and street)

*New York*    *14*    *New York*
(City)    (Zone)    (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUN 21 1963 | |
| One copy received<br>FEB 2 1 1963 | |
| Two copies received | |
| Fee received<br>*83225* MAY - 1 1963 | |

*Page 4*

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—556460    (June 1961—150,000)

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

PA 103-578

(PA) PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK:

LOVE-IN

NATURE OF THIS WORK:
(See instructions)

Music

PREVIOUS OR ALTERNATIVE TITLES:   LONG TIME BABY

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:
Charles Lloyd
Was this author's contribution to the work a "work made for hire"?  Yes......  No...... X

DATES OF BIRTH AND DEATH:
Born 1938  Died –
(Year)          (Year)

1 —

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... USA ...... or Domiciled in ......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No X
Pseudonymous?  Yes......  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born......  Died......

2

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... or Domiciled in ......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born......  Died......
(Year)          (Year)

3

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... or Domiciled in ......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year...... 1967
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION: ✳

Date ...... January ...... 1 ...... 1978
(Month)          (Day)          (Year)

Nation ...... U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
via composer's contract with Fontelle Music Company

---

• Complete all applicable spaces......
• Follow detailed instructions......

DO NOT WRITE HERE

*Added authority telephone call to
George Avakian on June 10, 1981.

| EXAMINED BY | | |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

PA 103-578

DEPOSIT ACCOUNT FUNDS USED: ☐ 250551    U.B. special

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . .  No . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . .  Year of Registration . . . . . . . . . . . . . . . .

**⑤** Previous Registration

---

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥** Compilation or Derivative Work

---

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . .

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . Fontelle Music Company . . . . . . . .
       c/o George Avakian
Address: . . . 285 Central Park West . . . . (Apt.)
         New York        NY        10024
         (City)          (State)    (ZIP)

**⑦** Fee and Correspondence

---

CERTIFICATION: ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: . . . Fontelle Music Company . . .
(Name of author or other copyright claimant, or owner of exclusive rights)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

👉 Handwritten signature: (X) . . . . . . . . . . . . . . . . . . . . . . . . .

Typed or printed name . . . . . . . . . George Avakian . . . . . . . . . Date . . 5-8-81

**⑧** Certification (Application must be signed)

---

Fontelle Music Company
c/o George Avakian
285 Central Park West
(Number, Street and Apartment Number)
New York . . . . NY . . . . . 10024
(City)      (State)    (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

---

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 741-260**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**SEP 2 5 1996**

| Month | Day | Year |

**FUNDS RECEIVED** SEP 2 5 1996

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).**

## 1  RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**1**
Name ..... MR. CHARLES LLOYD
Address P.O. BOX 5816 SANTA BARBARA, CA 93150
Claiming as AUTHOR OF RENEWABLE MATERIAL
(Use appropriate statement from instructions)

**2**
Name ...........
Address ...........
Claiming as ...........

**3**
Name ...........
Address ...........
Claiming as ...........

## 2  TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

DWIJA
aka LOVE SHIP

**RENEWABLE MATTER ▼**

MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼         Issue Date ▼

## 3  AUTHOR(S) OF RENEWABLE MATTER ▼

CHARLES LLOYD

## 4  ORIGINAL REGISTRATION NUMBER ▼  ORIGINAL COPYRIGHT CLAIMANT ▼

EU 51973                    FONTELLE MUSIC CO.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION
(Month)   (Day)   (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: 05   08   1968
(Month)   (Day)   (Year)

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of _____ pages