RENEWAL APPLICATION RECEIVED

AUG. 3 0. 1996          DEC 30 1996

FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ................................................................................
Title of Periodical: .......................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: ......................................... Registration Number: ...........
(Month)    (Day)    (Year)

**2**
Title of Contribution: ................................................................................
Title of Periodical: .......................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: ......................................... Registration Number: ...........
(Month)    (Day)    (Year)

**3**
Title of Contribution: ................................................................................
Title of Periodical: .......................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: ......................................... Registration Number: ...........
(Month)    (Day)    (Year)

**4**
Title of Contribution: ................................................................................
Title of Periodical: .......................................... Vol: ........... No: ........... Issue Date: ...........
Date of Publication: ......................................... Registration Number: ...........
(Month)    (Day)    (Year)

**C**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____ DA 066710 _____

Account Number _____

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name ANNETTE T. PARKES, c/o CMI
Address 1102 17th Ave. South Suite 400
Nashville,                    TN      37212
(City)                        (State)        (ZIP)
                                              (Apt)
Area Code and Telephone Number ▶ (615) 327-1517

Be sure to
give your
daytime phone
number

**6**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of MR. CHARLES LLOYD d/b/a FOREST FARM MUSIC
                                              (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ ANNETTE T. PARKES                          Date ▼ 8-12-96

☞ Handwritten signature (X) ▼

**7**

**MAIL
CERTIFI-
CATE TO**

Name ▼ COPYRIGHT MANAGEMENT, INC.
c/o ANNETTE T. PARKES
Number/Street/Apt ▼
1102 17th AVE SOUTH, SUITE 400
City/State/ZIP ▼
NASHVILLE, TN 37212

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   Register of Copyrights

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year
vals, based on c
in the Consume
Index. The next a
ment is due in 1996
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**8**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1993—40,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581-60,512

Page 3

# Certificate

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

FORM E

CLASS **E**    REGISTRATION NO.
**Eu  51973**
DO NOT WRITE HERE



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name — Fontelle Music Company
c/o George Avakian
285 Central Park West

Address — New York 10024

Name —

Address —

**2. Title:** — Love Ship (Title of the musical composition)

**3. Authors:**

Name — Charles Lloyd (Legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. _Y_  Other _____ (Name of country) (Check if U.S. citizen)    Author of _Musi_ (State which: words, music, arrangement, etc

Domiciled in U.S.A. Yes _X_ No ___ Address 26 West 3d St., New York City

Name — (Legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. _____ Other _____ (Name of country) (Check if U.S. citizen)    Author of _____ (State which: words, music, arrangement, e

Domiciled in U.S.A. Yes ___ No ___ Address _____

Name — (Legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. _____ Other _____ (Name of country (Check if U.S. citizen)    Author of _____ (State which: words, music, arrangement,

Domiciled in U.S.A. Yes ___ No ___ Address _____

**4. (a) Date of Publication:**

_____ (Month)    (Day)    (Year)

**(b) Place of Publication:**

_____ (Name of country)

**5. Previous Registration or Publication:**

Date of registration _____ Registration number _____
_____ work previously registered? Yes ___ No ___ Registration number _____
_____ Yes ___ give a br

6. Deposit account:

_____

7. Send correspondence to:

Name  See Below _____    Address _____

8. Send certificate to:

(Type or print name and address)

Name  Fontelle Music Company, c/o George Avakian

Address  285 Central Park West
(Number and street)

New York _____ N. Y. _____ 10024
(City)           (State)         (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1966.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received  MAY -8 1968 |
| One copy received  MAY -8 1968 |
| Two copies received |
| Fee received  93772 MAY-8'68 |

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA  103-581

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK: MANHATTAN CAROUSEL

NATURE OF THIS WORK: (See instructions) Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1 — NAME OF AUTHOR: Charles Lloyd   x

DATES OF BIRTH AND DEATH: Born 1938 (Year)   Died (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No X   Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) Music composer

2 — NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born (Year)   Died (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......   Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3 — NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Born (Year)   Died (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......   Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1968 Year........... (This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION: Date January 1 1978 (Month) (Day) (Year)   Nation U.S.A. (Name of Country) (Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Composer

via/contract with Fontelle Music Company

---

• Complete all applicable spaces on the reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE
Page 1 of

*Added authorization clearance from
George Avakian on June 10, 1981.

CHECKED BY: *dee*  ~MAY 14 1981~

| CORRESPONDENCE: | DEPOSIT RECEIVED: |
| [ ] Yes | ~MAY 14 1981~ |

| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |
| [ ] | 250551 | U.B. special |

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA  103-581

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)

---

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No . . . . . . .

• If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

[ ] This is the first published edition of a work previously registered in unpublished form.
[ ] This is the first application submitted by this author as copyright claimant.
[ ] This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . .

**(5)** Previous Registra-tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**(6)** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . Fontelle Music Company
c/o George Avakian
Address: . . . . . 285 Central Park West
New York         NY    10024
(City)          (State)          (ZIP)

**(7)** Fee and Correspond-ence

---

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

[ ] author  [ ] other copyright claimant  [ ] owner of exclusive right(s)  [X] authorized agent of: . . . . . Fontelle Music Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . *George Avakian* . . . . .

Typed or printed name . . . . . George Avakian . . . . . Date 5-8-81

**(8)** Certification (Application must be signed)

---

Fontelle Music Company
c/o George Avakian
285 Central Park West
(Number, Street and Apartment Number)
New York . . . . . . NY . . . . . 10024
(City)          (State)          (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will be mailed in window envelope)

**(9)** Address For Return of Certificate

---

* 17 U.S.C. §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 O – 248-636

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 741-255**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**SEP 2 5 1996**

| Month | Day | Year |

FUNDS RECEIVED    SEP 2 5 1996



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).**

## 1  RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼  (See Instructions)

**1**
Name .... MR. CHARLES LLOYD
Address   P.O. BOX 5816 SANTA BARBARA, CA 93150
Claiming as  AUTHOR OF RENEWABLE MATERIAL
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

---

## 2  TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

MEDITATION

**RENEWABLE MATTER ▼**

MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼

---

## 3  AUTHOR(S) OF RENEWABLE MATTER ▼

CHARLES LLOYD

---

## 4  ORIGINAL REGISTRATION NUMBER ▼  ORIGINAL COPYRIGHT CLAIMANT ▼

EU 51961    FONTELLE MUSIC CO.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ___ (Month) ___ (Day) ___ (Year)
**OR**
If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: 05 (Month) 08 (Day) 1968 (Year)

---

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-8) on the reverse side of this page
· See detailed instructions.    · Sign the form at space 7.

DO NOT WRITE HERE

Page 1 of ___ pages

RENEWAL APPLICATION RECEIVED

AUG. 30. 1996

DEC 30. 1996

CORRESPONDENCE ☑ YES

EXAMINED BY

CHECKED BY

FORM RE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ...........................................................................................
Title of Periodical: .......................................... Vol: ......... No: ......... Issue Date: ..............
Date of Publication: ...................................... Registration Number: ..............
(Month)    (Day)    (Year)

**2**
Title of Contribution: ...........................................................................................
Title of Periodical: .......................................... Vol: ......... No: ......... Issue Date: ..............
Date of Publication: ...................................... Registration Number: ..............
(Month)    (Day)    (Year)

**3**
Title of Contribution: ...........................................................................................
Title of Periodical: .......................................... Vol: ......... No: ......... Issue Date: ..............
Date of Publication: ...................................... Registration Number: ..............
(Month)    (Day)    (Year)

**4**
Title of Contribution: ...........................................................................................
Title of Periodical: .......................................... Vol: ......... No: ......... Issue Date: ..............
Date of Publication: ...................................... Registration Number: ..............
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ____ DA 066710 _____

Account Number _____

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name ANNETTE T. PARKES, c/o CMI
Address 1102 17th Ave. South Suite 400
Nashville,                TN        37212 (Apt)
(City)                (State)        (ZIP)
Area Code and Telephone Number ▶ (615) 327-1517

Be sure to
give your
daytime phone
number

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of MR. CHARLES LLOYD d/b/a FOREST FARM MUSIC
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
ANNETTE T. PARKES                    Date ▶ 8-12-96

☞ Handwritten signature (X) ▼

**7**

**MAIL
CERTIFI-
CATE TO**

Name ▼ COPYRIGHT MANAGEMENT, INC.
c/o ANNETTE T. PARKES
Number/Street/Apt ▼
1102 17th AVE SOUTH, SUITE 400
City/State/ZIP ▼
NASHVILLE, TN 37212

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7
**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to
Register of Copyrights
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to
just fees at 5-year
vals, based on the
in the Consumer
Index. The next a
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule

**8**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1993—40,000

⊛U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581-60,513

Page 3



| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 51961 |
| | DO NOT WRITE HERE |

# Certificate
## Registration of a Claim to Copyright
in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office.   In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name _____ Fontelle Music Company, c/o George Avakian _____

Address _____ 285 Central Park West, New York 10024 _____

Name _____

Address _____

**2. Title:** _____ Meditation _____
(Title of the musical composition)

_____

**3. Authors:**

Name __ Charles Lloyd _____  Citizenship: U.S.A. X ___  Other _____
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A.  Yes X__  No __ Address 8 West 3rd St., New York City Author of ____ Music ____
(State which: words, music, arrangement, etc.)

Name _____  Citizenship: U.S.A. _____  Other _____
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A.  Yes ____  No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

Name _____  Citizenship: U.S.A. _____  Other _____
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A.  Yes ____  No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____
(Month)        (Day)        (Year)

**(b) Place of Publication:**

_____
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes _____  No ____  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

_____

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____ *See below* _____                    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name     *Fantelle Music Co* c/o George Avakian

Address     ~~Central Park West~~   285 Central Park West
                              (Number and street)

**New York**              **N. Y.**  ·        **10024**
(City)                      (State)              (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. The word "Copyright," the abbreviation "Copr.," or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. The year date of publication. This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The name of the copyright owner (or owners). Example: © John Doe 1966.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAY –8 1968 | |
| One copy received<br>MAY –8 1968 | |
| Two copies received | |
| Fee received<br>93772 MAY –8 '68 | |

U.S. GOVERNMENT PRINTING OFFICE: 1965—O-791-325              (Dec. 1965—250,000)                    *Page 4*

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA **103-529** PAU

EFFECTIVE DATE OF REGISTRATION

**14 MAY 1981**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:

MEMPHIS DUES AGAIN

NATURE OF THIS WORK: (See instructions)

Music

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR:

CHARLES LLOYD

Was this author's contribution to the work a "work made for hire"? Yes...... No.. X

DATES OF BIRTH AND DEATH:
Born 1938 Died –
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA } or { Domiciled in –
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No X
Pseudonymous? Yes .. No X
If the answer to either of these questions is "Yes." see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

Music composer

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No ......

DATES OF BIRTH AND DEATH:
Born .... Died ....
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of } or { Domiciled in
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .. No ....
Pseudonymous?. Yes .. No ....
If the answer to either of these questions is "Yes." see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No ......

DATES OF BIRTH AND DEATH:
Born .... Died ....
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of } or { Domiciled in
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ..... No .....
Pseudonymous? Yes .. No ......
If the answer to either of these questions is "Yes." see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

1967
Year..........
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date January 1 1978
(Month)    (Day)    (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

• Complete all applicable spaces on reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE

*Added authority telephone call to
George Avakian on June 10, 1981.

EXAMINED BY: .........

CHECKED BY: .........

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:

DEPOSIT ACCOUNT
FUNDS USED:
☐

REMITTANCE NUMBER AND DATE:
250551    U.B. special

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    103-579

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . .

**5**
Previous
Registra-
tion

---

COMPILATION OR DERIVATIVE WORK:  (See instructions)

┌ PREEXISTING MATERIAL:  (Identify any preexisting work or works that the work is based on or incorporates.)
│ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

└ MATERIAL ADDED TO THIS WORK:  (Give a brief, general statement of the material that has been added to this work and in which copyright
  is claimed.)

**6**
Compilation
or
Derivative
Work

---

DEPOSIT ACCOUNT:  (If the registration fee is to be charged to a
Deposit Account established in the Copyright Office, give name and
number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CORRESPONDENCE:  (Give name and address to which correspon-
dence about this application should be sent.)

Name:  Fontelle Music Company
       c/o George Avakian
Address:  285 central Park West
         New York        NY        10024
         (City)            (State)            (ZIP)

**7**
Fee and
Correspond-
ence

---

CERTIFICATION:  ✱ I, the undersigned, hereby certify that I am the:  (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:  Fontelle Music Company
                                                                                      (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞  Handwritten signature: (X)  _George Avakian_

Typed or printed name.  George Avakian          Date  5-8-81

**8**
Certification
(Application
must be
signed)

---

MAIL
CERTIFICATE
TO

Fontelle Music Company
c/o George Avakian    (Name)
285 Central Park West
(Number, Street and Apartment Number)

New York    (City)    NY    (State)    10024    (ZIP Code)

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

---

✱ 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by
section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1977 - 50,000

# FORM PA

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA  103-586

(PA)     PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:  MEMPHIS GREEN

NATURE OF THIS WORK: (See instructions)  Music

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1 — NAME OF AUTHOR: Charles Lloyd   X
DATES OF BIRTH AND DEATH: Born 1938  Died —

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA ....... } or { Domiciled in .......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No. X
Pseudonymous? Yes..... No. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music composer

2 — NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born..... Died.....

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in .......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No.....
Pseudonymous? Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3 — NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born..... Died.....

Was this author's contribution to the work a "work made for hire"? Yes..... No.....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in .......
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No.....
Pseudonymous? Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.......... 1968
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ....... January  1  1978
(Month)  (Day)  (Year)
Nation ....... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company, c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

• Complete all applicable spaces.
• Follow detailed instructions attached.

DO NOT WRITE HERE

*Added auth... by...
George Avakian on June 10, 1981.

EXAMINED BY... 1-7...
CHECKED BY...

APPLICATION RECEIVED:
MAY 11 1981

PA   103-586

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
MAY 11 1981

DEPOSIT ACCOUNT
FUNDS USED:
☐

REMITTANCE NUMBER AND DATE:
230551   U.B. special

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes.......... No..........

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .......................... Year of Registration ..........

**5**
Previous
Registra-
tion

COMPILATION OR DERIVATIVE WORK: (See instructions)

☐ PREEXISTING MATERIAL. (Identify any preexisting work or works that the work is based on or incorporates.)
................................................................................................
................................................................................................
................................................................................................
................................................................................................

☐ MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
................................................................................................
................................................................................................
................................................................................................

**6**
Compilation
or
Derivative
Work

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:..........

Account Number:..........

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: Fontelle Music Company
      c/o George Avakian
Address: 285 Central Park West
         New York    NY    10024
         (City)          (State)      (ZIP)

**7**
Fee and
Correspond-
ence

CERTIFICATION: ✻ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Fontelle Music Company
                                                                   (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

👉   Handwritten signature: (X) _George Cavalica_

Typed or printed name. ........ George Avakian        Date........ 5-8-81

**8**
Certification
(Application
must be
signed)

Fontelle Music Company
/o George Avakian
285 Central Park West
(Number, Street and Apartment Number)

New York          NY       10024
(City)          (State)      (ZIP code)

MAIL
CERTIFICATE
TO

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

✻ 17 U.S.C. §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE...          Nov. 1977—1,000,000

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



THE LIBRARY OF CONGRESS ★ UNITED STATES COPYRIGHT OFFICE ★

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE    563 309 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 18. DEC. 1991. |
| (Month)        (Day)        (Year) |

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name... Mr. Charles Lloyd
Address... c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash, TN 37212
Claiming as... Author
**(Use appropriate statement from instructions)**

2
Name...
Address...
Claiming as...
**(Use appropriate statement from instructions)**

3
Name...
Address...
Claiming as...
**(Use appropriate statement from instructions)**

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

"Passin' Thru"

**RENEWABLE MATTER:**

Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: .....................................................

If a periodical or other serial, give: Vol. ............... No. .................. Issue Date ..................

---

**③** **Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Mr. Charles Lloyd

---

**④** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
EU 775703

**ORIGINAL COPYRIGHT CLAIMANT:**
Fontelle Music Company

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: ..................
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: June 21 1963
(Month)    (Day)    (Year)

RE  563 309

EXAMINED BY: RE

CHECKED BY:

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED: ☑

APPLICATION RECEIVED

DEC. 18. 1991

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**Renewal for Group of Works**

1
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

2
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No ........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

3
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

4
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

5
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

6
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

7
Title of Contribution: .........................................................................................
Title of Periodical: ............................... Vol........... No........... Issue Date ...........
Date of Publication: ..........................................................  Registration Number: ...........
        (Month)        (Day)        (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Copyright Management, Inc.

Account Number: DAO June 21, 1963

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jeffrey D. Smarr   c/o CMI

Address: 1102 17th Avenue South Suite 400

Nashville, .................. TN .......... 37212
        (City)        (State)        (ZIP)

**6**

**Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Mr. Charles Lloyd
                                                    (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____

Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

**7**

**Certification (Application must be signed)**

---

COPYRIGHT MANAGEMENT, INC,
                (Name)
1102 17th Avenue South     Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee   37212
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

**Address for Return of Certificate**

---

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,019

March 1987—30,000

Page 3

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made
a part of the records of the Copyright Office. In witness whereof the seal of the
Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*



| | FORM E |
|---|---|
| CLASS | REGISTRATION NO. |
| E | Eu 775703 |
| | DO NOT WRITE HERE |

**1. Copyright Claimant(s) and Address(es):**

Name *Fontelle Music Company*

Address *One Sheridan Square, New York 14 New York*

Name

Address

**2. Title:** *"Passin' Thru"*
(Title of the musical composition)

**3. Authors:**

Name *Charles Lloyd*  Citizenship *U.S.A*
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☑  No ☐  Address *One Sheridan Sq N.Y. 14 N.Y*  Author of *music*
(State which: words, music, arrangement, etc.)

Name  Citizenship
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address  Author of
(State which: words, music, arrangement, etc.)

Name  Citizenship
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address  Author of
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**(b) Place of Publication:**

(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration    ☐ Previous publication

**(b) New Matter in This Version:**

*Complete all applicable spaces on next page*

6. **Deposit account:**

--------------------------------------------------------------------------

7. **Send correspondence to:**

Name _Fontelle Music Company_    Address _One Sheridan Sq N.Y 14 N.Y_

8. **Send certificate to:**

(Type or print name and address)

Name _Fontelle Music Company_

Address _One Sheridan Square_
(Number and street)

_New York_        _14_        _New York_
(City)        (Zone)        (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work is first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUN 21 1963 | |
| One copy received<br>FEB 21 1963 | |
| Two copies received | |
| Fee received<br>*8228* MAY - 1 1963 | |

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—556460        (June 1961—150,000)        *Page 4*

# FORM PA

**CERTIFICATE OF COPYRIGHT REGISTRATION**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| PA  105-704 |
| (PA)      PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| May  14  1981 |
| Month   Day   Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

## (1) Title

TITLE OF THIS WORK:  PRE-DAWN

NATURE OF THIS WORK: (See instructions)  Music

PREVIOUS OR ALTERNATIVE TITLES:

## (2) Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:  Charles Lloyd

Was this author's contribution to the work a "work made for hire"?  Yes...... No.... x

DATES OF BIRTH AND DEATH:
Born 1938 Died ... (Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of USA (Name of Country) } or { Domiciled in ... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No.. x
Pseudonymous?  Yes...... No.... x
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)  Music composer

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

DATES OF BIRTH AND DEATH:
Born ... Died ... (Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... (Name of Country) } or { Domiciled in ... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

DATES OF BIRTH AND DEATH:
Born ... Died ... (Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... (Name of Country) } or { Domiciled in ...

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

## (3) Creation and Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year...... 1969

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:  *

Date...... January  1  1978
       (Month)   (Day)   (Year)

Nation...... U.S.A.
       (Name of Country)

(Complete this block ONLY if this work has been published.)

## (4) Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

via composer's contract with Fontelle Music Company

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- Follow detailed instructions attached.
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ...... pages

Added authority telephone call to
George Avakian on June 10, 1981.

CHECKED BY:

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED: ☐

RECEIVED:
MAY 14 1981

DEPOSIT RECEIVED:
MAY 14 1981

REMITTANCE NUMBER AND DATE:
250551

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    105-704

U.B. special

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No . . . . . . . . .

• If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . .

**(5)**

Previous
Registra-
tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright
is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**(6)**

Compila-
tion
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a
Deposit Account established in the Copyright Office, give name and
number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspon-
dence about this application should be sent.)

Name: . . . . . . . . . Fontelle Music Company . . . . . . .
                    c/o George Avakian

Address: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                                        (Apt.)

       285 Central Park West
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
       New York    (State)  NY   10024   (ZIP)
          (City)

**(7)**

Fee and
Correspon-
ence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: . . . . Fontelle Music Company . . . . . . . . .
                                                                        (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

👉    Handwritten signature: (X) _George Avakian_

Typed or printed name . . . . . . . . . . . . George Avakian . . . . . . . . . . . . . . . . . . . . . . . . . Date 5-8-81

**(8)**

Certification
(Application
must be
signed)

---

Fontelle Music Company
c/o George Avakian    (Name)
285 Central Park West
(Number, Street and Apartment Number)
New York    NY    10024
   (City)      (State)    (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**(9)**

Address
For Return
of
Certificate

---

✱ 17 U.S.C. §506(e) FALSE REPRESENTATION: Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by
section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**RE 668-230**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**FEB 0 7 1994**

| Month | Day | Year |

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

---

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼  (See Instructions)

**1**
Name ..... Charles Lloyd
Address ..... P.O. Box 5816  Nashville, TN 93150
Claiming as ...... Writer
(Use appropriate statement from instructions)

**2**
Name ...........
Address ...........
Claiming as ...........

**3**
Name ...........
Address ...........
Claiming as ...........

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

"SOMBRERO MAN"

RENEWABLE MATTER ▼

---

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼        Number ▼              Issue Date ▼

---

AUTHOR(S) OF RENEWABLE MATTER ▼

Charles Lloyd

---

ORIGINAL REGISTRATION NUMBER ▼  ORIGINAL COPYRIGHT CLAIMANT ▼

EU 955550        Fontelle Music Group

---

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:    } **OR** {    If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION:
(Month)    (Day)    (Year)

DATE OF REGISTRATION: 08    30    66
(Month)    (Day)    (Year)

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at space 7.    Page 1 of _____ pages

RENEWAL APPLICATION RECEIVED

FEB. 07. 1994

FORM RE

RE 668-230

CORRESPONDENCE ☐ YES

EXAMINED BY *BL*

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ......................
Title of Periodical: ...................... Vol: ...... No: ...... Issue Date: ......
Date of Publication: ...................... Registration Number: ......
(Month)    (Day)    (Year)

**2**
Title of Contribution: ......................
Title of Periodical: ...................... Vol: ...... No: ...... Issue Date: ......
Date of Publication: ...................... Registration Number: ......
(Month)    (Day)    (Year)

**3**
Title of Contribution: ......................
Title of Periodical: ...................... Vol: ...... No: ...... Issue Date: ......
Date of Publication: ...................... Registration Number: ......
(Month)    (Day)    (Year)

**4**
Title of Contribution: ......................
Title of Periodical: ...................... Vol: ...... No: ...... Issue Date: ......
Date of Publication: ...................... Registration Number: ......
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name COPYRIGHT MANAGEMENT, INC.

Account Number  DA066710

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name MARK S. DUNN c/o CMI

Address 1102 17th AVE S.; STE. 400
(Apt)
NASHVILLE, TENNESSEE  37212
(City)    (State)    (ZIP)
Area Code and Telephone Number ▶ (615) 327-1517

**6**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of ...... Charles Lloyd
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**7**

Typed or printed name ▼
MARK S. DUNN

Date ▼
01-28-94

☞  Handwritten signature (X) ▼ *Mark S. D*

**8**

MAIL
CERTIFI-
CATE TO

Name ▼ MARK S. DUNN
c/o COPYRIGHT MANAGEMENT, INC.
Number/Street/Apt ▼
1102 17TH AVENUE SOUTH; SUITE 400
City/State/ZIP ▼
NASHVILLE, TENNESSEE  37212

Certificate
will be
mailed in
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 7
• SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to
Register of Copyrights
• MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1993—40,000

⋆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,513

Page 3

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



FORM E

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **E** | EU 953550 |
| | DO NOT WRITE HERE |



_Register of Copyrights_
_United States of America_

## 1. Copyright Claimant(s) and Address(es):

Name ___ FONTELLE MUSIC COMPANY ___

Address ___ Suite 202, 15 East 48th St., New York 10017 ___

Name ___

Address ___

## 2. Title: ___ SOMBRERO SAM ___
(Title of the musical composition)

## 3. Authors:

Name ___ Charles Lloyd ___ Citizenship: U.S.A. __X__ Other ___
(Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes __X__ No ___ Address ___ 86 West 3rd St. ___ Author of ___ music ___
New York City    (State which: words, music, arrangement, etc.)

Name ___ Citizenship: U.S.A. ___ Other ___
(Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address ___ Author of ___
(State which: words, music, arrangement, etc.)

Name ___ Citizenship: U.S.A. ___ Other ___
(Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address ___ Author of ___
(State which: words, music, arrangement, etc.)

## 4. (a) Date of Publication:

___
(Month)    (Day)    (Year)

### (b) Place of Publication:

___
(Name of country)

## 5. Previous Registration or Publication:

Was work previously registered? Yes ___ No ___ Date of registration ___ Registration number ___
Was work previously published? Yes ___ No ___ Date of publication ___ Registration number ___
Is there any substantial **NEW MATTER** in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

___

| EXAMINER |
|----------|
| |

_Complete all applicable spaces on next page_

**6. Deposit account:**

-----------------------------------------------------------------------

**7. Send correspondence to:**

Name  Fontelle Music Company          Address  Suite 202, 15 East 48th St.
                                                New York 10017

**8. Send certificate to:**

(Type or        Name
print
name and
address)        Address

> FONTELLE MUSIC COMPANY
> Suite 202
> 15 East 48th Street
> --------------------------------------
>                    (Number and street)
> New York              N.Y.       10017
> ----------------------------------------
>   (City)             (State)        (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1966.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| AUG 30 1966 | |
| One copy received | |
| AUG 30 1966 | |
| Two copies received | |
| | |
| Fee received | |
| 17486 AUG30'66 | |

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE   563 311 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

................18. DEC..1991...........
(Month)         (Day)         (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  Mr. Charles Lloyd
Address  c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash,TN 37212
Claiming as  Author
**(Use appropriate statement from instructions)**

2  Name
Address
Claiming as
**(Use appropriate statement from instructions)**

3  Name
Address
Claiming as
**(Use appropriate statement from instructions)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

"Sun Yen Yen"

**RENEWABLE MATTER:**

Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol.                    No.                    Issue Date

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Mr. Charles Lloyd

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

EU  775705

**ORIGINAL COPYRIGHT CLAIMANT:**

Fontelle Music Company

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: ..............................
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: June 21, 1963
(Month)    (Day)    (Year)

RE   563 311

| EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE ☐ Yes | DEC. 18. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**2**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**3**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**4**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**5**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**6**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**7**
Title of Contribution: ..................................................
Title of Periodical: ..................................................
Date of Publication: .......................... Vol......... No....... Issue Date .............
(Month)    (Day)    (Year)    Registration Number: ................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...Copyright Management, Inc.
Account Number: ...DAO 66710

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jeffrey D. Smarr    c/o CMI
Address: 1102 17th Avenue South Suite 400
Nashville,        TN        37212
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of: Mr. Charles Lloyd
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)..................................

Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

**⑦ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | ⑧ Address for Return of Certificate |
|---|---|

COPYRIGHT MANAGEMENT, INC.
(Name)
1102 17th Avenue South    Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee    37212
(City)    (State)    (ZIP code)

**(Certificate will be mailed in window envelope)**

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,019

March 1987—30,000

Page 3

# Certificate
## Registration of a Claim to Copyright

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | Eu  775705 |
| | DO NOT WRITE HERE |

**1. Copyright Claimant(s) and Address(es):**

Name _____ Fontille Music Company

Address _____ One Sheridan Square, New York 14, New York

Name _____

Address _____

**2. Title:** _____ "Sun Yen Yen"
(Title of the musical composition)

**3. Authors:**

Name _____ Charles Lloyd _____ Citizenship _____ U.S.A.
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)
Domiciled in U. S. A. ☑ Yes ☐ No  Address _____ One Sheridan Sq NY 14 NY Author of _____ music
(State which: words, music, arrangement, etc.)

Name _____ Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)
Domiciled in U. S. A. ☐ Yes ☐ No  Address _____ Author of _____
(State which: words, music, arrangement, etc.)

Name _____ Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)
Domiciled in U. S. A. ☐ Yes ☐ No  Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____

**(b) Place of Publication:**

_____
(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

_____

_____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name *Fontelle Music Company* Address *One Sheridan Sq N.Y. 14, N.Y.*

**8. Send certificate to:**

(Type or print name and address)

Name *Fontelle Music Company*

Address *One Sheridan Square*

*(Number and street)*

*New York*      *14*      *New York*

*(City)*      *(Zone)*      *(State)*

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUN 21 1963 | |
| One copy received<br><br>MAR 2 1 1963 | |
| Two copies received<br><br> | |
| Fee received<br><br>MAY - 1 1963 | |

*Page 4*

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—556460      (June 1961—150,000)

# CERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM RE
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE
RI

**RE 741-259**

EFFECTIVE DATE OF RENEWAL REGISTRATION

SEP 2 5 1996

Month          Day          Year

FUNDS RECEIVED    SEP 2 5 1996

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

## 1   RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**1**
Name ...... MR. CHARLES LLOYD
Address ...... P.O. BOX 5816 SANTA BARBARA, CA 93150
Claiming as ...... AUTHOR OF RENEWABLE MATERIAL
(Use appropriate statement from instructions)

**2**
Name ......
Address ......
Claiming as ......

**3**
Name ......
Address ......
Claiming as ......

## 2   TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

TAGORE

**RENEWABLE MATTER ▼**

MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼            Issue Date ▼

## 3   AUTHOR(S) OF RENEWABLE MATTER ▼

CHARLES LLOYD

## 4   ORIGINAL REGISTRATION NUMBER ▼   ORIGINAL COPYRIGHT CLAIMANT ▼

EU 51972                          FONTELLE MUSIC CO.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ____ (Month) ____ (Day) ____ (Year)

} OR {

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: 05 (Month)  08 (Day)  1968 (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
See detailed instructions.  • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ...... pages

FORM RE

RENEWAL RECEIVED

AUG 3 0 1996     DEC 3 0 1996

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: .........................................................

Title of Periodical: ............... Vol: ........... No: ........... Issue Date: ..............

Date of Publication: ............... Registration Number: ................
         (Month)    (Day)    (Year)

**2**
Title of Contribution: .........................................................

Title of Periodical: ............... Vol: ........... No: ........... Issue Date: ..............

Date of Publication: ............... Registration Number: ................
         (Month)    (Day)    (Year)

**3**
Title of Contribution: .........................................................

Title of Periodical: ............... Vol: ........... No: ........... Issue Date: ..............

Date of Publication: ............... Registration Number: ................
         (Month)    (Day)    (Year)

**4**
Title of Contribution: .........................................................

Title of Periodical: ............... Vol: ........... No: ........... Issue Date: ..............

Date of Publication: ............... Registration Number: ................
         (Month)    (Day)    (Year)

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____ DA 066710 _____

Account Number _____

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name ANNETTE T. PARKES, c/o CMI

Address 1102 17th Ave. South Suite 400

Nashville,                    TN        37212
(City)                      (State)        (Zip)

Area Code and Telephone Number ▶ (615) 327-1517

Be sure to
give your
daytime phone
◀ number

**6**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of MR. CHARLES LLOYD d/b/a FOREST FARM MUSIC
                             (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
ANNETTE T. PARKES

Date ▼
8-12-96

Handwritten signature (X) ▼

**7**

---

MAIL
CERTIFI-
CATE TO

Name ▼
COPYRIGHT MANAGEMENT, INC.
c/o ANNETTE T. PARKES

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
1102 17th AVE SOUTH, SUITE 400

City/State/ZIP ▼
NASHVILLE, TN 37212

**• YOU MUST: •**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to adjust fees at 5-year intervals, based on the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1993—40,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,513

Page 3

# Certificate



## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth in this certificate have been made
a part of the records of the Copyright Office.   In witness whereof the seal of the
Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name    Fontelle Music Company
c/o George Avakian
Address   285 Central Park West
New York, N. Y. 10024

Name

Address

**2. Title:** Tagore
(Title of the musical composition)

**3. Authors:**

Name    Charles Lloyd                         Citizenship: U.S.A. _X_    Other
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)      (Name of country)
Domiciled in U.S.A.  Yes _X_ No ___ Address  96 West 3rd St., New York City        Author of   Music
(State which: words, music, arrangement, etc.)

Name                                         Citizenship: U.S.A. ____    Other
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)      (Name of country)
Domiciled in U.S.A.  Yes ____ No ____ Address                            Author of
(State which: words, music, arrangement, etc.)

Name                                         Citizenship: U.S.A. ____    Other
(Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)      (Name of country)
Domiciled in U.S.A.  Yes ____ No ____ Address                            Author of
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

(Month)        (Day)        (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes _____ No _____ Date of registration _____ Registration number _____

Was work previously published? Yes _____ No _____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes _____ No _____  If your answer is "Yes," give a brief general
statement of the nature of the **NEW MATTER** in this version.

EXAMINER

*Complete all applicable spaces on next page*