**6.** Deposit account:

**7.** Send correspondence to:

Name ———— SEE BELOW ————————————————    Address ————————————————————

**8.** Send certificate to:

(Type or
print
name and
address)

Name

Address

Fontelle Music Company
c/o George Avakian
                                    (Number and street)
285 Central Park West, New
York                              (State)              10024
New York                                              (ZIP code)
                  (City)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
  1. *Produce copies with copyright notice,* by printing or other means of reproduction.
  2. *Publish the work.*
  3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
  1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
  2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
  3. *The name of the copyright owner (or owners).* Example: © John Doe 1966.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| MAY -8 1968 | |
| One copy received | |
| MAY -8 1968 | |
| Two copies received | |
| | |
| Fee received | |
| 93772 MAY-8'68 | |

U.S. GOVERNMENT PRINTING OFFICE: 1965—O—791—325          (Dec. 1965—250,000)                    *Page 4*

# CERTIFICATE OF RENEWAL REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE   563 312 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 18. DEC. 1991 |
| (Month)  (Day)  (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **①** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| | **1** Name... Mr. Charles Lloyd........<br>Address c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash,TN 37212<br>Claiming as Author.......<br>(Use appropriate statement from instructions) |
| | **2** Name.......<br>Address.......<br>Claiming as.......<br>(Use appropriate statement from instructions) |
| | **3** Name.......<br>Address.......<br>Claiming as.......<br>(Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

"The Vulture"

**RENEWABLE MATTER:**

Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: .......

If a periodical or other serial, give: Vol. ....... No. ....... Issue Date .......

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:**<br><br>Mr. Charles Lloyd |
|---|---|

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>EU 775706 | **ORIGINAL COPYRIGHT CLAIMANT:**<br>Fontelle Music Company |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: ....... (Month) (Day) (Year)

**OR**

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: .... June 21, 1963 ....... (Month) (Day) (Year)

04853209 7

EXAMINED BY: ........................ APPLICATION RECEIVED

CHECKED BY: ........................

CORRESPONDENCE    DEC. 18. 1991
☐ Yes

DEPOSIT ACCOUNT    REMITTANCE NUMBER AND DATE:
FUNDS USED:

RE    563 312

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤

**Renewal for Group of Works**

1
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

2
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

3
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

4
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

5
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

6
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

7
Title of Contribution: ...........................................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .........
Date of Publication: .......................................... Registration Number: .....................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Copyright Management, Inc.
Account Number: DAO 66710

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Jeffrey D. Smarr    c/o CMI
Address: 1102 17th Avenue South Suite 400
Nashville,    TN    37212
(City)    (State)    (ZIP)    (Apt)

⑥

**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Mr. Charles Lloyd
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____
Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

⑦

**Certification** (Application must be signed)

COPYRIGHT MANAGEMENT, INC.
(Name)
1102 17th Avenue South    Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee    37212
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧

**Address for Return of Certificate**



☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181–531/40,019

March 1987—30,000

Page 3

# Certificate
## Registration of a Claim to Copyright

FORM E

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | Eu  775706 |

DO NOT WRITE HERE

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name _Fontelle Music Company_

Address _One Sheridan Square, New York 14, New York_

Name _____

Address _____

**2. Title:** _"The Vulture"_

(Title of the musical composition)

**3. Authors:**

Name _Charles Lloyd_  Citizenship _U.S.A._
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☑  No ☐  Address _One Sheridan Sq. N.Y. 14, N.Y._  Author of _music_
(State which: words, music, arrangement, etc.)

Name _____  Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address _____  Author of _____
(State which: words, music, arrangement, etc.)

Name _____  Citizenship _____
(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐  Address _____  Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____

**(b) Place of Publication:**

_____

(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

_____

_____

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _Fontelle Music Company_    Address _One Sheridan Sq. N.Y 14, N.Y_

**8. Send certificate to:**

(Type or print name and address)

Name _Fontelle Music Company_

Address _One Sheridan Square_
(Number and street)

_New York_    _14_    _New York_
(City)    (Zone)    (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received | |
| JUN 21 1963 | |
| One copy received | |
| MAR 21 1963 | |
| Two copies received | |
| Fee received | |
| 22225 MAY - 1 1963 | |

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA 103-576

PA          PAU

EFFECTIVE DATE OF REGISTRATION

14 MAY 1981
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:    TRIBAL DANCE

NATURE OF THIS WORK: (See instructions)    Music

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1 —
NAME OF AUTHOR:    Charles Lloyd                    x
Was this author's contribution to the work a "work made for hire"?    Yes......    No......

DATES OF BIRTH AND DEATH:
Born 1938    Died —
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of — USA (Name of Country)    } or { Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes......    No.. X
Pseudonymous? Yes......    No.. x
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?    Yes......    No......

DATES OF BIRTH AND DEATH:
Born    Died
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)    } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes......    No......
Pseudonymous? Yes......    No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?    Yes......    No......

DATES OF BIRTH AND DEATH:
Born    Died
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)    } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes......    No......
Pseudonymous? Yes......    No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
1967
Year
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date    January    1    1978
(Month)    (Day)    (Year)
Nation    U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Fontelle Music Company
c/o George Avakian
285 Central Park West
New York, NY 10024

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
via composer's contract with Fontelle Music Company

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

*Added authority telephone call to
George Avakian on June 10, 1981.

| EXAMINED BY: | APPLICATION RECEIVED: | FOR |
| CHECKED BY: | | COPYRIGHT |
| | | OFFICE |
| CORRESPONDENCE: | DEPOSIT RECEIVED: | USE |
| ☐ Yes | MAY ... | ONLY |
| DEPOSIT ACCOUNT | REMITTANCE NUMBER AND DATE: | |
| FUNDS USED: | | |
| ☐ 250551 | U.B. special | |

PA    103-576

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . .  No . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . .  Year of Registration . . . . . . . . . . . . . .

**5** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:  Fontelle Music Company
c/o George Avakian
Address:  285 Central Park West
New York,  NY  10024  (Apt.)
(City)          (State)          (ZIP)

**7** Fee and Correspondence

---

**CERTIFICATION:**  ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☑ authorized agent of: . . . . . . . . . . . . . . . . . . . . Fontelle Music Company
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . George Avakian . . . .

Typed or printed name . . . . . . . . . George Avakian . . . Date . . . 5-8-81 . .

**8** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

Fontelle Music Company
(Name)
c/o George Avakian
285 Central Park West
(Number, Street and Apartment Number)
New York, NY  10024
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

---

✱ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE

Nov. 1977 — 1,000,

# FORM RE
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE 563 313 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 18 DEC. 1991 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name  Mr. Charles Lloyd
   Address  c/o COPYRIGHT MANAGEMENT, INC. 1102 17th Ave. S. Ste 400 Nash,TN 37212
   Claiming as  Author
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**②**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

"Voice In The Night"

RENEWABLE MATTER:

Music

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial, give: Vol. ........ No. ........ Issue Date ........

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Mr. Charles Lloyd

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:  EU 775707

ORIGINAL COPYRIGHT CLAIMANT:  Fontelle Music Company

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: ........ (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: June 21, 1963 (Month) (Day) (Year)

RE .563 313

<table>
<tr><td>EXAMINED BY</td><td>RENEWAL APPLICATION RECEIVED:</td><td rowspan="4">FOR COPYRIGHT OFFICE USE ONLY</td></tr>
<tr><td>CHECKED BY</td><td>DEC. 18. 1991</td></tr>
<tr><td>CORRESPONDENCE<br>☐ Yes</td><td>REMITTANCE NUMBER AND DATE:</td></tr>
<tr><td>DEPOSIT ACCOUNT<br>FUNDS USED</td><td></td></tr>
</table>

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**2**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**3**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**4**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**5**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**6**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

**7**
Title of Contribution: .............................................................
Title of Periodical: ............................ Vol. ....... No. ....... Issue Date ...........
Date of Publication: ............................ Registration Number: ...........
(Month) (Day) (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..Copyright Management, Inc...........

Account Number:...DAO 66710..........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Jeffrey D. Smarr     c/o CMI
Address: 1102 17th Avenue South Suite 400
(Apt.)
Nashville,          TN          37212
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: Mr. Charles Lloyd
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ......................

Typed or printed name: Jeffrey D. Smarr

Date: December 9, 1991

⑦ Certification (Application must be signed)

---

COPYRIGHT MANAGEMENT, INC.
(Name)
1102 17th Avenue South     Suite 400
(Number, Street and Apartment Number)
Nashville, Tennessee     37212
(City)          (State)     (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

---

Page 3

# Certificate

FORM E

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | Eu  775707 |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name _Fontelle Music Company_

Address _One Sheridan Square, New York 14, New York_

Name ................................................................................

Address ................................................................................

**2. Title:** _"Voice in the Night"_
(Title of the musical composition)

................................................................................

**3. Authors:**

Name _Charles Lloyd_     Citizenship _U.S.A_
     (Legal name followed by pseudonym if latter appears on the copies)     (Name of country)

Domiciled in U. S. A. ☑ Yes ☐ No   Address _One Sheridan Sq N.Y.,N.Y._   Author of _music_
                                                                  (State which: words, music, arrangement, etc.)

Name ................................................................................     Citizenship ...........................
     (Legal name followed by pseudonym if latter appears on the copies)     (Name of country)

Domiciled in U. S. A. ☐ Yes ☐ No   Address .......................................   Author of ...................
                                                                  (State which: words, music, arrangement, etc.)

Name ................................................................................     Citizenship ...........................
     (Legal name followed by pseudonym if latter appears on the copies)     (Name of country)

Domiciled in U. S. A. ☐ Yes ☐ No   Address .......................................   Author of ...................
                                                                    (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

................................................................................

**(b) Place of Publication:**

................................................................................
(Name of country)

**5. (a) Previous Registration or Publication:**

        ☐ Previous registration         ☐ Previous publication

**(b) New Matter in This Version:**

................................................................................

................................................................................

*Complete all applicable spaces on next page*

6. **Deposit account:**

7. **Send correspondence to:**

Name *Fontelle Music Company* Address *One Sheridan Sq N.Y. 14 N.Y*

8. **Send certificate to:**

(Type or print name and address)

Name *Fontelle Music Company*

Address *One Sheridan Square*
(Number and street)

*New York* ___ *14* ___ *New York*
(City) (Zone) (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to give notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. Produce copies with copyright notice, by printing or other means of reproduction.
2. Publish the work.
3. Register the copyright claim, following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>JUN 21 1963 | |
| One copy received<br>MAR 2 1 1963 | |
| Two copies received | |
| Fee received<br>MAY - 1 1963 | |

U. S. GOVERNMENT PRINTING OFFICE: 1961 O—596460          (June 1961—150,000)          *Page 4*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-202-948

4 - 3 - 03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**

WHEN YOU FEEL THE NEED TO LOVE SOMEBODY, YOUR WILL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

WORDS AND MUSIC

---

**a** NAME OF AUTHOR ▼
DARIUS L. BROOKS

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
WORDS AND MUSIC

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 1   Year ▶ 2000
U.S.A. ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FROM D'S PEN MUSIC, c/o MCS Music America, 1625 Broadway, 4th Floor, Nashville, TN 37203

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

See instructions before completing this space.

APPLICATION RECEIVED
APR 0 3 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 0 3 2003
FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | 1061 | FORM PA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is "no" go to space 7
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes" give Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼     **a**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼     **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼     **a**

MCS MUSIC AMERICA, INC      DA 066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼    **b**
COPYRIGHT DEPT
MCS MUSIC AMERICA, INC
1625 BROADWAY, 4TH FLOOR
NASHVILLE, TN 37203
Area code and daytime telephone number ▶ ( 615 ) 250-4600     Fax number ▶ ( 615 ) 250-4699
Email ▶ janice.bane@mcsamerica.net

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **FROM D'S PEN MUSIC**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
JANICE BANE      Date ▶ **3/28/03**

Handwritten signature (X) ▼    X _Janice Bane_

| Certificate will be mailed in window envelope to this address | Name ▼ MCS MUSIC AMERICA, INC |
| | Number/Street/Apt ▼ 1625 BROADWAY, 4TH FLOOR |
| | City/State/ZIP ▼ NASHVILLE, TN 37203-3138 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999
the filing fee for
Form PA is $30

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000 ♻ PRINTED ON RECYCLED PAPER ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/56
WEB REV June 1999

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu 1  181 407

| PA | PAU |

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

JAN 0 5 1989
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

I'll Be There -- a collection of 7 songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**NATURE OF THIS WORK ▼** See instructions

words & music

## 2

**a** NAME OF AUTHOR ▼

Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944    Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a [work made for...]

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

words & music

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Si Kahn doing business as Joe Hill Music
400 E. Tremont Ave.
Charlotte, NC 28203

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
JAN 0 5 1989
ONE DEPOSIT RECEIVED
JAN 0 5 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.

DO NOT WRITE HERE

# CONTINUATION SHEET FOR FORM PA

# FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

**REGISTRATION NUMBER**

PAu 1  181-407

| PA | PAU |

**EFFECTIVE DATE OF REGISTRATION**

JAN 05 1989

(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

JAN 05 1989

Page _____ of _____ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| **A** Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work: |
|---|---|

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  I'll Be There -- a collection of 7 songs

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  Si Kahn, 400 E. Tremont Ave. Charlotte, NC 28203

---

**B** Continuation of Space 2

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ......... Died ......... (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............ (Name of Country) or Domiciled in ............... (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ......... Died ......... (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............ (Name of Country) or Domiciled in ............... (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ......... Died ......... (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............ (Name of Country) or Domiciled in ............... (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ......... Died ......... (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............ (Name of Country) or Domiciled in ............... (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ......... Died ......... (Year) (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............ (Name of Country) or Domiciled in ............... (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

---

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM RE
### For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 913–519

*RE000913519*

EFFECTIVE DATE OF RENEWAL REGISTRATION

**AUG 19 2004**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON)**

## 1

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**a**
Name    Si Kahn
Address   c/o Joe Hill Music, 1625 Broadway, 4th Floor, Nashville, TN 37203-3138,
Claiming as   Author

(Use appropriate statement from instructions)

**b**
Name
Address
Claiming as

**c**
Name
Address
Claiming as

## 2

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

**ARAGON MILL**

RENEWABLE MATTER ▼

**WORDS AND MUSIC**

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical serial or other composite work give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼        Number ▼              Issue Date ▼

## 3

AUTHOR(S) OF RENEWABLE MATTER ▼

**SI KAHN**

## 4

ORIGINAL REGISTRATION NUMBER ▼     ORIGINAL COPYRIGHT CLAIMANT ▼

**EU 424251**                                       ~~Joe Hill Music~~

                                                            *  Si Kahn

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give    **OR**    If the original registration for this work was made in unpublished form, give
DATE OF PUBLICATION _____                 DATE OF REGISTRATION ~~November 14, 1974~~ 8/6/1973
                          (Month)        (Day)        (Year)                                        (Month)      (Day)   *   (Year)

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-8) on the reverse side of this page        DO NOT WRITE HERE
                          See detailed instructions    • Sign the form at space 7                      Page 1 of 2 pages

**\*Amended by C.O. from original registration record**

RENEWAL APPLICATION RECEIVED

~~JUN 2 2 2004~~    AUG 1 9 2004    FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY _____

CHECKED BY _____

FUNDS RECEIVED _____

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON)

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR  To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions)  give full information about each contribution  If more space is needed  request continuation sheet (Form RE/CON)

**a**
Title of Contribution

Title of Periodical            Vol        No        Issue Date

Date of Publication
(Month)    (Day)    (Year)            Registration Number

**b**
Title of Contribution

Title of Periodical            Vol        No        Issue Date

Date of Publication
(Month)    (Day)    (Year)            Registration Number

**c**
Title of Contribution

Title of Periodical            Vol        No        Issue Date

Date of Publication
(Month)    (Day)    (Year)            Registration Number

**d**
Title of Contribution

Title of Periodical            Vol        No        Issue Date

Date of Publication
(Month)    (Day)    (Year)            Registration Number

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▶ MCS Music America, Inc.

Account Number ▶ DA 066710

Area code and daytime telephone number ▶ 615-250-4600

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent

Name ▶ MCS Music America

Address ▶ 1625 Broadway  4th Fl. (Apt)

Nashville, TN 37263
(City)    (State)    (ZIP)

Fax number ▶ 615-250-4699  Email Address ▶ info @ mcsamerica.net

CERTIFICATION*  I the undersigned  hereby certify that I am the (Check one)
☐ renewal claimant  ☑ duly authorized agent of  SI KAHN
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼
JANICE BANE                    Date ▶ 5/3/04

Handwritten signature (X) ▼
Janice Bane

Certificate will be mailed in window envelope to this address

Name ▼
MCS MUSIC AMERICA, INC

Number/Street/Apt ▼
1625 BROADWAY, 4TH FLOOR

City/State/ZIP ▼
NASHVILLE, TN 37203-3138

YOU MUST
Complete all necessary spaces
Sign your application in space 7
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

As of July 1 1999 the filing fee for Form RE is $45

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

December 1999—20 000
WEB REV  December 1999          ✪ PRINTED ON RECYCLED PAPER          ☆U S  GOVERNMENT PRINTING OFFICE  2000 461 113/87

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM RE
**For Renewal of a Work**
UNITED STATES COPYRIGHT OFFICE

## RE 913-523

*RE0009135230*

EFFECTIVE DATE OF RENEWAL REGISTRATION

### JAN 0 6 2004

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON)**

RENEWAL CLAIMANT(S)  ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**a**
Name   Si Kahn
Address   c/o Joe Hill Music, 1625 Broadway, 4th Floor, Nashville, TN 37203-3138
Claiming as   The Author

(Use appropriate statement from instructions)

**b**
Name
Address
Claiming as

**c**
Name
Address
Claiming as

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

COTTON MILL BLUES

RENEWABLE MATTER ▼

WORDS AND MUSIC

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical serial or other composite work give information about the collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼

AUTHOR(S) OF RENEWABLE MATTER ▼

SI KAHN

ORIGINAL REGISTRATION NUMBER ▼     ORIGINAL COPYRIGHT CLAIMANT ▼

**＊EU** 621626

Si Kahn

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give   DATE OF PUBLICATION _____ (Month) (Day) (Year)   **OR**   If the original registration for this work was made in unpublished form, give   DATE OF REGISTRATION   October 14, 1975   (Month) (Day) (Year)

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-8) on the reverse side of this page
See detailed instructions     Sign the form at space 7

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by C.O. from original registration record

| | |
|---|---|
| RENEWAL APPLICATION RECEIVED<br>JAN 0 6 2004 | FORM RE |
| CORRESPONDENCE ☐ YES | |
| EXAMINED BY  *GJ* | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| CHECKED BY | |
| FUNDS RECEIVED | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON)

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed request continuation sheet (Form RE/CON)

**a**
Title of Contribution
Title of Periodical                                                            Vol          No          Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**b**
Title of Contribution
Title of Periodical                                                            Vol          No          Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**c**
Title of Contribution
Title of Periodical                                                            Vol          No          Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**d**
Title of Contribution
Title of Periodical                                                            Vol          No          Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name  ~~MCS MUSIC AMERICA, INC~~
1625 Broadway  4th Fl , Nashville  TN
Account Number  ~~DA 066710~~
Area code and daytime telephone number ▶ 615-250-4600

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name  ~~MCS Music America Copyright Dept~~
Address  1625 Broadway, 4th Floor
Nashville, TN 37203    (Apt)
(City)  615-250-4699  (State)    (ZIP)
Fax number ▶ 615-250-4699  Email Address ▶ janice.bane@mcsamerica.net

**CERTIFICATION*** I the undersigned hereby certify that I am the (Check one)
☐ renewal claimant  ☑ duly authorized agent of __Si Kahn__
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  JANICE BANE                           Date ▼ 12/23/03

☞  Handwritten signature (X) ▼  *Janice Bane*

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | MCS MUSIC AMERICA, INC |
| Number/Street/Apt ▼ | 1625 BROADWAY, 4TH FLOOR |
| City/State/ZIP ▼ | NASHVILLE  TN 37203-3138 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 7
**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1  1999  the filing fee for Form RE is $45

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

December 1999—20 000
WEB REV  Decembe  1999           ♲ PRINTED ON RECYCLED PAPER           ☆U S  GOVERNMENT PRINTING OFFICE  2000-461 113/87



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
Work of the Performing Arts

**PA 1-013-508**

PA _____ PAU

**EFFECTIVE DATE OF REGISTRATION**

9      5      00
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

JUNK MAIL; FROG ON A LOG; SUMMER IS A-COMIN'; SPRING CLEANING; HOPE I CAN MAKE IT; APRIL FOOL; SPRING FEVER; DOG'S LIFE; FISHIN'; SNOW IN APRIL; GOING TO THE PROM

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

WORDS AND MUSIC

---

**2**

**a**

**NAME OF AUTHOR ▼**
SI KAHN

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
JOHN MCCUTCHEON

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998 ◀ Year
This information must be given in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 9   Year ▶ 1999
UNITED STATES ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

JOE HILL MUSIC C/O COPYRIGHT.NET, 1625 BROADWAY, FOURTH FLOOR, NASHVILLE, TENNESSEE 37203; APPALSONGS

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

**APPLICATION RECEIVED**
SEP 05 2000
**ONE DEPOSIT RECEIVED**
SEP 05 2000
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____                                    FORM PA

CHECKED BY _____

CORRESPONDENCE                                                FOR
Yes                                                           COPYRIGHT
                                                              OFFICE
                                                              USE
                                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    Account Number ▼

COPYRIGHT MANAGEMENT, INC.                                    DA066710

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
COPYRIGHT.NET
1625 BROADWAY
FOURTH FLOOR
NASHVILLE, TENNESSEE 37203

**b**

**7**

Area code and daytime telephone number ▶ ( 615 ) 250-4600          Fax number ▶ ( 615 ) 250-4699
Email ▶ mark.dunn@copyright.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  JOE HILL MUSIC
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MARK S. DUNN                                                  Date ▶ AUGUST 29, 2000

Handwritten signature (X) ▼
X _____

**CERTIFICATION**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
COPYRIGHT.NET

Number/Street/Apt ▼
1625 BROADWAY, FOURTH FLOOR

City/State/ZIP ▼
NASHVILLE, TENNESSEE 37203

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999                    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

# FORM PA
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**PA   300 794**

| PA | | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

May 30 1986

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

Long Time Traveling, Long Time Friends

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

## 2
**a**

**NAME OF AUTHOR ▼**

Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Words & MUsic

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February  Day ▶ 24  Year ▶ 1986
USA ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Si Kahn doing business as
Joe Hill Music
400 E. Tremont Ave.
Charlotte, NC 28203

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  SEP 15 1986
ONE DEPOSIT RECEIVED  MAY 30 1986
TWO DEPOSITS RECEIVED  MAY 30 1986
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA    300 795**

PA    PAU

EFFECTIVE DATE OF REGISTRATION

May    30    1986

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Signs of the Times

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

## 2

**a** **NAME OF AUTHOR ▼**

Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer,

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Words & Music

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

00479276 0

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month February Day 24 Year 1986
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Si Kahn doing business as
Joe Hill Music
400 E. Tremont Ave.
Charlotte, NC 28203

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED SEP 15 1986
ONE DEPOSIT RECEIVED MAY 30 1986
TWO DEPOSITS RECEIVED MAY 30 1986
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE



CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

FORM PA
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 1-607 585

PA        PAU

EFFECTIVE DATE OF REGISTRATION

3        18        93
Month     Day      Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

FAMILY GARDEN COLLECTION OF SONGS

**PREVIOUS OR ALTERNATIVE TITLES ▼**
FAMILY GARDEN; IMAGINARY FRIEND; BASEBALL ON THE BLOCK; FAMILY REVIVAL; HOW MANY PEOPLE; IF I RAN THE WORLD

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

(contained on release #8026/Rounder Records/ John McCutcheon · Family Garden)

**2**

**NOTE**
Under the law, the "author" of a "work made for hire"

**a** NAME OF AUTHOR ▼

SI KAHN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
      Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**b** NAME OF AUTHOR ▼

JOHN McCUTCHEON

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ U.S.A.
      Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 1993
United States of America ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
JOE HILL MUSIC c/o Copyright Management, Inc., 1102 17th Ave. So., Ste. 400, Nashville TN 37212; APPALSONGS, 1025 Locust Ave., Charlottesville, VA 22901

**TRANSFER** If the claimant(s) named in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

APPLICATION RECEIVED
MAR 18 1993
ONE DEPOSIT RECEIVED
MAR 18 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of     pages

EXAMINED BY

FORM PA

CHECKED BY

PA · 607 585

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b.   **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                                      **Account Number ▼**

COPYRIGHT MANAGEMENT, INC.              DAO 66710

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

JOE HILL MUSIC
c/o Copyright Management, Inc.
1102 17th Avenue South, Suite 400
Nashville, TN  37212

Area Code & Telephone Number ▶  (615) 327-1517

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ JOE HILL MUSIC _____
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MARI L. YADRO                                            date ▶  February 25, 1993

✍ Handwritten signature (X) ▼

*Mari L. Yadro*

MAIL
CERTIFI-
CATE TO

**Name ▼**

COPYRIGHT MANAGEMENT, INC.

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼

1102 17th Avenue South, Suite 400

City/State/ZIP ▼

Nashville, TN  37212

**YOU MUST**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

▲ February 1991—200,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1991- 282-170/20,011



**FORM CA**

UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

RE  **PA 683-888**

*PH0000683-888*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

Effective Date of Supplementary Registration

9    14    93
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A** Basic Instructions

**TITLE OF WORK:** FAMILY GARDEN COLLECTION OF SONGS

**REGISTRATION NUMBER OF THE BASIC REGISTRATION:** PA 607585

**YEAR OF BASIC REGISTRATION:** 1993

**NAME(S) OF AUTHOR(S):** SI KAHN / JOHN McCUTCHEON

**NAME(S) OF COPYRIGHT CLAIMANT(S):** JOE HILL MUSIC / APPALSONGS

---

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:**
Line Number: . . . . . . . . . . . . Line Heading or Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:**



**CORRECTED INFORMATION:**

**EXPLANATION OF CORRECTION:** (Optional)

---

**C** Amplification

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:**
Line Number: . . . . . . 1 . . . . . . Line Heading or Description . . . TITLE OF THIS WORK . . . . . . . . . . . . . . . . . . . . . .

**AMPLIFIED INFORMATION:**

1. "FAMILY GARDEN"
2. "IMAGINARY FRIEND"
3. "BASEBALL ON THE BLOCK"
4. "FAMILY REVIVAL"
5. "HOW MANY PEOPLE"
6. "IF I RAN THE WORLD"

   as contained on the collective work entitled: <u>John McCutcheon · Family Garden</u> (Rounder Records)

**EXPLANATION OF AMPLIFIED INFORMATION:** (Optional)

FOR PURPOSES OF CROSS REFERENCING

| EXAMINED BY: _e_ | FORM CA RECEIVED: SEP. 14. 1993 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: ......... | | |
| CORRESPONDENCE: [] YES | REMITTANCE NUMBER AND DATE: | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION: ☑ YES ☐ NO | DEPOSIT ACCOUNT FUNDS USED: ☐ | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**CONTINUATION OF:** (Check which)  ☐ PART B OR  ☐ PART C

**D** Continuation

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give the name and number of Account:

Name ....... COPYRIGHT MANAGEMENT, INC. ............. Account Number ... DA066710 .......

**E** Deposit Account and Mailing Instructions

**CORRESPONDENCE:** Give name and address to which correspondence should be sent:

Name  Copyright Management, Inc. ............. Apt. No. ..........

Address ..... 1102 17th Avenue South, Suite 400, Nashville, TN 37212 ....
(Number and Street)                    (City)          (State)          (ZIP Code)

Daytime telephone number (... 615 ...) ... 327-1517 ..........

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant [ i owner of exclusive right(s)  ☒ authorized agent of: .... JOE HILL MUSIC ....
(Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Mari L. Yadro_ ..........

Typed or printed name: ... MARI L. YADRO ..........

Date: ... August 20, 1993 ..........

**F** Certification (Application must be signed)

*17 USC §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

| COPYRIGHT MANAGEMENT, INC. (Name) | MAIL CERTIFICATE TO |
|---|---|
| 1102 17th AVENUE SOUTH, SUITE 400 (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) |
| NASHVILLE       TN    37212 (City)      (State)     (ZIP Code) | |

**G** Address for Return of Certificate

November 1991—25,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1991-312-432/40,009

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

**THE LIBRARY OF CONGRESS**

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 735-042**

*PA000073584 2*

EFFECTIVE DATE OF REGISTRATION

NOV. 23 1994
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

DARK HAIRED WOMAN; HAPPENED TO ME; S'POSED TO DO

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

(Contained on Rounder Records/Rel. No. 0336/
John McCutcheon – Between The Eclipse)

WORDS AND MUSIC

**2**

**a**

NAME OF AUTHOR ▼

SI KAHN

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**b**

NAME OF AUTHOR ▼

JOHN McCUTCHEON

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

*NOTE (left margin): ...prepared) as "Author" of that part, and leaves the space for dates of birth and death blank.*

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼ Year in all cases.
1992

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ SEPTEMBER Day ▶ 8 Year ▶ 1994
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

JOE HILL MUSIC c/o Copyright Management, Inc.
17th. Ave. South, Suite 400; Nashville, TN 37212
JOHN McCUTCHEON/APPALSONGS

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

APPLICATION RECEIVED
NOV. 23 1994
ONE DEPOSIT RECEIVED
NOV. 23 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY *(signature)*                    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

COPYRIGHT MANAGEMENT, INC.                   DAO 66710

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOE HILL MUSIC
   c/o Copyright Management, Inc.
1102 17th Avenue South, Suite 400
Nashville, TN 37212

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ►  (615) 327-1517

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼

**8**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ JOE HILL MUSIC
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

HOWARD E. RHOTON                    date ► October 24, 1994

Handwritten signature (X) ▼ *(signature)*

MAIL
CERTIFI-
CATE TO

Name ▼
COPYRIGHT MANAGEMENT, INC.

**9**

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
1102 17th Avenue South, Suite 400

City/State/ZIP ▼
Nashville, TN 37212

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—400,000       ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,018

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RI

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PA 735-043**

*PA0000735043*

EFFECTIVE DATE OF REGISTRATION

NOV. 23 1994
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

WOMAN LIKE YOU

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**   (Contained on Rounder Records/ Rel. No. 0336/ John McCutcheon – Between The Eclipse)

WORDS AND MUSIC

## 2

**a**  **NAME OF AUTHOR ▼**

SI KAHN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**b**  **NAME OF AUTHOR ▼**

JOHN McCUTCHEON

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

save the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This Information must be given in all cases.
1993 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ SEPTEMBER  Day ▶ 8  Year ▶ 1994
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

JOE HILL MUSIC c/o Copyright Management, Inc.
17th. Ave. South, Suite 400; Nashville, TN  37212
JOHN McCUTCHEON; APPALSONGS

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

**APPLICATION RECEIVED**
NOV. 23 1994
**ONE DEPOSIT RECEIVED**
NOV. 23 1994
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages