CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

REVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

ERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

POSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
ne ▼                                                              Account Number ▼

**7**

COPYRIGHT MANAGEMENT, INC.                          DAO 66710

RRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JOE HILL MUSIC
c/o Copyright Management, Inc.
1102 17th Avenue South, Suite 400
Nashville, TN  37212

                    Area Code and Telephone Number ▶  (615) 327-1517

Be sure to give your daytime phone number ◀

TIFICATION* I, the undersigned, hereby certify that I am the
k only one ▼
thor
er copyright claimant
ner of exclusive right(s)
horized agent of ___  JOE HILL MUSIC
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

work identified in this application and that the statements made
in this application are correct to the best of my knowledge.

or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
        HOWARD E. RHOTON
▶ Handwritten signature (X) ▼                          date▶ October 24, 1994

IFI-
TO

| Name ▼ |
| COPYRIGHT MANAGEMENT, INC. |
| Number/Street/Apartment Number ▼ |
| 1102 17th Avenue South, Suite 400 |
| City/State/ZIP ▼ |
| Nashville, TN  37212 |

cate
In
N
pe

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

§ 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
pplication, shall be fined not more than $2,500.

—400,000   ⊛ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,018

# CERTIFICATE OF REGISTRATION



## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 791-592**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

APR 23 1996

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK▼
NOTHING TO LOSE COLLECTION INCLUDING THESE TITLES:  PAINT ME A PICTURE; NOTHING TO LOSE;LOSERS LIKE YOU;THE MEMORY OF OLD JACK;WALK ON;THE WAY IT'S SUPPOSED TO BE;LEFTOVERS;

PREVIOUS OR ALTERNATIVE TITLES▼

NATURE OF THIS WORK▼ See instructions
WORDS & MUSIC

---

**2**

**a** NAME OF AUTHOR▼
SI KAHN

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.▼
WORDS & MUSIC

NAME OF AUTHOR▼
JOHN MCCUTCHEON

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.▼
WORDS & MUSIC

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NOTE**
Under the law, the "author" of a "work made for hire" is...

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ 09  Day▶ 01  Year▶ 1995
U.S.A. ◀Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼JOE HILL MUSIC;

C/O COPYRIGHT MANAGEMENT INC.;1102 17TH AVE SOUTH SUITE 400;NASHVILLE, TN 37212;AND APPALSONGS

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
WRITTEN AGREEMENT

See instructions before completing this space.

APPLICATION RECEIVED
MAR 22 1996
ONE DEPOSIT RECEIVED
MAR 22 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
FUNDS RECEIVED  APR 23 1996

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ 2 pages

This form was electronically produced by Elite Federal Forms, Inc.

EXAMINED BY _____     FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                          **Account Number** ▼

COPYRIGHT MANAGEMENT INC.                  DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT MANAGEMENT INC.
C/O ANNETTE T. PARKES
1102 17TH AVE SOUTH/SUITE 400
NASHVILLE, TN  37212

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶     (615) 327-1517

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   JOE HILL MUSIC
             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANNETTE T. PARKES                                    date ▶  02-27-96

✎ Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼  COPYRIGHT MANAGEMENT INC.
         C/O ANNETTE T. PARKES
Number/Street/Apartment Number ▼
1102 17TH AVENUE SOUTH
SUITE 400
City/State/ZIP ▼
NASHVILLE, TN  37212

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office
has the authority to
adjust fees at 5-year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment
is due in 1996. Please
contact the Copyright
Office after July
1995 to determine
the actual fee
schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM PA

UNITED STATES COPYRIGHT OFFICE

CERTIFICATE OF REGISTRATION

REGIST

PA 791-624

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 4 | 23 | 96 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼    NEW BOOTS;TOMMY DON'T LICK THAT PIPE;HOT CHOCOLATE; SOUP;WINTERSONG;AURORA;HIBERNATION;THE FLU;WAITING FOR SNOW;FLY; GROUNDHOG DAY;FOOTPRINTS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2**

**a** NAME OF AUTHOR ▼   SI KAHN

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

NOTE

**b** NAME OF AUTHOR ▼   JOHN McCUTCHEON

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given  ◀Year in all cases.
1995

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ October  Day▶ 01  Year▶ 1995
U.S.A.  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼   APPALSONGS;JOE HILL MUSIC c/o
COPYRIGHT MANAGEMENT INC.
1102 17th AVE SOUTH/SUITE 400
NASHVILLE, TN 37212

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

APPLICATION RECEIVED
MAR 29 1996
ONE DEPOSIT RECEIVED
MAR 29 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

FUNDS RECEIVED  APR 2 3 1996

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM PA

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
COPYRIGHT MANAGEMENT INC.          Account Number ▼  DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
COPYRIGHT MANAGEMENT INC.
c/o ANNETTE PARKES
1102 17th AVE SOUTH/SUITE 400
NASHVILLE, TN 37212
Area Code and Telephone Number ▶ (615) 327-1517

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of ___ JOE HILL MUSIC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANNETTE T. PARKES          date ▶ 3-25-96

☞ Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
COPYRIGHT MANAGEMENT INC.
Number/Street Apartment Number ▼
1102 17th AVE SOUTH/SUITE 400
City/State/ZIP ▼
NASHVILLE, TN 37212

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—400,000 ♻ PRINTED ON RECYCLED PAPER          U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/33

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 827-775**

PA-0000827775

PA          PAU

EFFECTIVE DATE OF REGISTRATION

| 12 | 20 | 96 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

FRIEND AND COMPANION

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS & MUSIC

**2** a NAME OF AUTHOR ▼

SI KAHN

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

words and music

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1985 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ Jan  Day ▶ 1  Year ▶ 1994
Holland, The Netherlands ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

JOE HILL MUSIC  c/o
COPYRIGHT MANAGEMENT, INC.
1102 17TH AVENUE SOUTH/SUITE 400
NASHVILLE, TN  37212

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

WRITTEN AGREEMENT

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED  DEC 2 0 1996

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

FILING INSTRUCTION

Please make ___ copies of the attached document(s) below.

Publisher: _Merle O'Connor_

Song(s): _Song of the Liberty_

Affiliate: _____

**BUSINESS FILES:**
☐ Foreign Correspondence
☐ Legal
☐ Tax Forms
☐ PRO (ASCAP/BMI/SESAC)
☐ Change of Address
☐ Correspondence

**SONG FILES (indicated above):**
☐ Data Entry Complete  ☐ Assign/Ct
☐ PRO                  ☐ Licenses
☒ Copyright            ☐ Leadsheet
☐ Misc./Foreign

**INT'L FILES**
☐ Correspondence
☐ Int'l Songlisting
Correspondence

☐ Legal
☐ Tax

Senders Initials

---

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼
COPYRIGHT MANAGEMENT, INC.

Account Number ▼
DA 066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
COPYRIGHT MANAGEMENT, INC.
1102 17TH AVENUE SOUTH
SUITE 400
NASHVILLE, TN    37212

Area Code and Telephone Number ▶ (615) 327-1517

Be sure to give your daytime phone ◀ number

---

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___ JOE HILL MUSIC ___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANNETTE T. PARKES                        date ▶ 9/18/96

Handwritten signature (X) ▼

---

**9**

**MAIL CERTIFICATE TO**

Name ▼
COPYRIGHT MANAGEMENT, INC

Number/Street/Apartment Number ▼
1102 17TH AVE S./SUITE 400

City/State/ZIP ▼
NASHVILLE,    TN    37212

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1993—400 000    ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,012

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America.*

**PA 871-170**

EFFECTIVE DATE OF REGISTRATION

| 5 | 30 | 96 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼   SWIMMING HOLE;MUD;HAIRCUT;METEORS;KED WHO HATES SUMMER; DAD AND ME;CAMPING IN THE WILDERNESS;ICE CREAM MAN;POWER MOWER;RIDING MY BIKE;      I LOVE SUMMER

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

---

**2**

**a**   NAME OF AUTHOR ▼
SI KAHN

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
words and music

NAME OF AUTHOR ▼
JOHN McCUTCHEON

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
words and music

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NOTE

---

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
1991   ◀ Year   In all cases.

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Mar   Day ▶ 22   Year ▶ 1995
ONLY if this work has been published.
United States   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
JOE HILL MUSIC c/o
COPYRIGHT MANAGEMENT, INC.
1102 17th AVENUE SOUTH/SUITE 400
NASHVILLE, TN 37212; APPALSONGS

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by WRITTEN AGREEMENT

APPLICATION RECEIVED
MAY 30 1996
ONE DEPOSIT RECEIVED
MAY 30 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

This instrument hereby acknowledges receipt by Copyright Management, In
for the referenced publisher herein, your notice of intent to use the musical
shall refer to Copyright Management, International or it's individual publish
hereinafter used in this license shall refer to the licensee identified abov
conditions hereinafter set forth. CMI (on behalf of the publisher(s) herein

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

COPYRIGHT MANAGEMENT, INC.          DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT MANAGEMENT, INC.
1102 17th AVENUE SOUTH/SUITE 400
NASHVILLE, TN 37212
ATTN: ANNETTE T. PARKES

Area Code and Telephone Number ▶ (615) 327-1517

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ JOE HILL MUSIC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANNETTE T. PARKES                     date▶   5-23-96

☛ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
COPYRIGHT MANAGEMENT, INC.

**Number/Street/Apartment Number** ▼
1102 17th AVENUE SOUTH/SUITE 400

**City/State/ZIP** ▼
NASHVILLE, TN 37212

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000   ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/33

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 934-926**

EFFECTIVE DATE OF REGISTRATION

12/10/98

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK –
It's Fall; New Kid In School; Halloween; World Series '57; Bird Dog; Campfire; Thanksgiving Day; Natural Disaster; Colors; Labor Day

PREVIOUS OR ALTERNATIVE TITLES –

NATURE OF THIS WORK – See instructions
Words and Music

**2** **a** NAME OF AUTHOR –
Si Kahn

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR –
John McCutcheon

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

**c** NAME OF AUTHOR –

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. –

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998 Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month July Day 14 Year 1998
United States Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. –
Joe Hill Music c/o Copyright Management, Inc.
209 10th Avenue South, Suite 400
Nashville, TN 37203; Appalsongs

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –

WRITTEN AGREEMENT

APPLICATION RECEIVED    MAY 17, 1999
ONE DEPOSIT RECEIVED    DEC 10 1998
TWO DEPOSITS RECEIVED    DEC 10 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ Pages

FORM PA

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  **Previous Registration Number** –          **Year of Registration** –

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**6**

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. –

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed –

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name –                                    Account Number –

**7**

| Copyright Management, Inc. | DA066710 |

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP –

Copyright Management, Inc.
Attn: Rachael A.M. Ball
209 10th Avenue South, Suite 507
Nashville, TN  37203

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number   (615) 327-1517

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one –

**8**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of          Joe Hill Music
                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date –  If this application gives a date of publication in space 3, do not sign and submit it before that date.
                   Rachael A.M. Ball                      date       11-30-98

Handwritten signature (X)
*Rachael A.M. Ball*

MAIL
CERTIFI-
CATE TO

Name ▼
    Joe Hill Music
    c/o Copyright Management, Inc.

**9**

Number/Street/Apartment Number –
    209 10th Avenue South, Suite 507

Certificate
will be
mailed in
window
envelope

City/State/ZIP –
    Nashville, TN  37203

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index.  The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc

# CERTIFICATE OF REGISTRATION



**FORM PA**
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**PA 1-060-496**

| 1 0 | 1 | 0 2 |
|---|---|---|
| Month | Day | Year |

OFFICIAL SEAL



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**
"Bigger Than Yourself", a collection of fifteen songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Words and music

---

**NAME OF AUTHOR ▼**
**a** John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
**b** Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1997
◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 1 Year ▶ 1997
◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
APPALSONGS
1025 LOCUST AVE
CHARLOTTESVILLE, VA
22901

JOE HILL MUSIC
C/O CMI AMERICAN
C/O COPYRIGHT MANAGEMENT
INTERNATIONAL
1625 BROADWAY, FOURTH FL
NASHVILLE, TN 37203

**APPLICATION RECEIVED**
OCT 01 2002
**ONE DEPOSIT RECEIVED**
OCT 01 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment by authors

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 7 pages

EXAMINED BY                                                                FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                         Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

John McCutcheon
Appalsongs
1025 Locust Ave
Charlottesville, VA  22901

Area Code and Telephone Number▶ 434/977-6321

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John Michael McCutcheon                                      Date▶ 9/18/02

Handwritten signature (X) ▼
_John Michael McCutcheon_

MAIL
CERTIFI-
CATE TO

Name ▼
John McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

August 1995—300,000                                                                    ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** PA___ /CON

UNITED STATES COPYRIGHT OFFICE

PA 1-060-496

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

10    /    1    /    02
(Month)       (Day)       (Year)

**CONTINUATION SHEET RECEIVED**

10    /    1    /    02

Page   3   of   4   pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"Bigger Than Yourself", a collection of fifteen songs

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

John McCutcheon, 1025 Locust Ave, Charlottesville, VA  22901

---

## B
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |
|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Songs included in this collection:

I Got a Dime
The Principle
Whatchagonnabe?
Write it Down
Someone Else Decide
Friendship
Play Fair
Kids on Strike
Still the Ones for Me
Stick Together
Sing Me
Friends Don't Let Friends
Running for President
Safe at Home
Bigger Than Yourself

| | | **D** |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼<br>**John McCutcheon**<br>Number/Street/Apt ▼<br>**1025 Locust Ave**<br>City/State/ZIP ▼<br>**Charlottesville, VA  22901** | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application<br>SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable fee in check or money order payable to *Register of Copyrights*<br>3. Deposit Material<br>MAIL TO<br>Library of Congress, Copyright Office<br>101 Independence Avenue, S.E<br>Washington, D.C. 20559-6000 |

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



# FORM PA
For a Work of the Performing Arts



PA 1-090-246

| PA | PAU |
|----|----|

EFFECTIVE DATE OF REGISTRATION

| 12 | 6 | 01 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

THE PRINCIPLE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

WORDS AND MUSIC

---

**a** **NAME OF AUTHOR ▼**

SI KAHN

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

JOHN MCCUTCHEON

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
1997

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ SEPTEMBER8  Day ▶ 10 5  Year ▶ 2001 1997
U.S.A.
◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

JOE HILL MUSIC, c/o Copyright Management Services, 1625 Broadway, 4th Floor, Nashville, TN 37203; APPALSONGS.

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
*Dec 6 2001*
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
*Dec 6 2001*
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

\* Amended by C.O. from email from Jani
Bane rec'd on August 15, 2002.

EXAMINED BY _____     FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼          **a**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼          **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.          **a**
Name ▼                                              Account Number ▼

COPYRIGHT MANAGEMENT SERVICES, INC.                    DA 066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼          **b**
COPYRIGHT MANAGEMENT SERVICES, INC.
1625 BROADWAY, 4TH FLOOR
NASHVILLE, TN 37203

Area code and daytime telephone number ▶ ( 615- )  250-4600          Fax number ▶ ( 615 ) 250-4699
Email ▶ info@copyright.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        ☐ author
                          Check only one ▶    ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
                                        ☑ authorized agent of  JOE HILL MUSIC
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JANICE BANE                                              Date ▶ 11/9/01

Handwritten signature (X) ▼
              X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
COPYRIGHT MANAGEMENT SERVICES, INC.

Number/Street/Apt ▼
1625 BROADWAY, 4TH FLOOR

City/State/ZIP ▼
NASHVILLE, TN 37203-3138

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.     ♲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
June 1999—200,000
WEB REV: June 1999

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PAu 1  181 407**

| PA | | PAU |
|---|---|---|

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

JAN. 05. 1989

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

I'll Be There -- a collection of 7 songs

PREVIOUS OR ALTERNATIVE TITLES ▼

None

NATURE OF THIS WORK ▼ See instructions

words & music

**2**

**a** NAME OF AUTHOR ▼

Si Kahn

DATES OF BIRTH AND DEATH
Year Born ▼ 1944    Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

words & music

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
◀ Year 1989

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Si Kahn doing business as Joe Hill Music
400 E. Tremont Ave.
Charlotte, NC 28203

APPLICATION RECEIVED
JAN. 05. 1989
ONE DEPOSIT RECEIVED
JAN. 05. 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

Case 2:06-cv-01107 Document 1-9 Filed 12/15/2006 Page 18 of 30    DO NOT WRITE HERE

EXAMINED BY _~E_m_____

CHECKED BY

FORM PA

PAu 1  181 -407

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.  Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**b.  Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
Chuck Shuford , c/o Joe Hill Music
PO Box 40081
Nashville, TN 37204

Area Code & Telephone Number ▶  615-298-1504

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _Joe Hill Music_
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Chuck Shuford                                   date ▶ 12-31-88

Handwritten signature (X) ▼
_Chuck Shuford_

**MAIL CERTIFI- CATE TO**

Certificate will be mailed in window envelope

Name ▼
Joe Hill Music
Number/Street/Apartment Number ▼
PO Box 40081
City/State/ZIP ▼
Nashville, TN 37204

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/508

Nov. 1983—300,000

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON
### UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PAu 1 181 407 |
| PA             PAU |

**EFFECTIVE DATE OF REGISTRATION**

JAN 05 1989
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

JAN 05 1989

Page _____ of _____ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

### (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  I'll Be There -- a collection of 7 songs

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  St. Kahn, 400 E. Tremont Ave. Charlotte, NC 28203

### (B) Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................. } or { Domiciled in ..................
(Name of Country)            (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................. } or { Domiciled in ..................
(Name of Country)            (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................. } or { Domiciled in ..................
(Name of Country)            (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................. } or { Domiciled in ..................
(Name of Country)            (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................. } or { Domiciled in ..................
(Name of Country)            (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form PA*

PAU 1 - 181 - 407

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**

Born ........... Died ...........
      (Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..........................  }  or  {  Domiciled in ..........................
          (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

(B) Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**

Born ........... Died ...........
      (Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..........................  }  or  {  Domiciled in ..........................
          (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**

Born ........... Died ...........
      (Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..........................  }  or  {  Domiciled in ..........................
          (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**

Born ........... Died ...........
      (Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..........................  }  or  {  Domiciled in ..........................
          (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF** (Check which):     ☑ Space 1     ☐ Space 4     ☐ Space 6

Working Away
Generations
Good Old Days
I'll Be There
Jobs With Justice
Lady of the Harbor
What Will I Leave

(C) Continuation of other Spaces

GPO : 1977—O-248-632                                        NOV. 1977—100,000

# CERTIFICATE OF COPYRIGHT REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu 1 561 130

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

Oct 7 1991

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
I Have Seen Freedom, a collection of six songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
words & music

## 2

**NAME OF AUTHOR ▼**
a  Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼  1944    Year Died ▼  NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Si Kahn DBA Joe Hill Music
400 East Tremont Ave.
Charlotte, NC 28203

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 07 1991
ONE DEPOSIT RECEIVED
OCT 07 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

FORM PA

PAu  1 561 130

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

_____

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

_____

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                              **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Chuck Shuford
Joe Hill Music
PO Box 11021
Winston-Salem, NC 27106

Area Code & Telephone Number ▶  919-773-1997

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Si Kahn dba Joe Hill Music
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Chuck Shuford                                         date ▶  10-4-91

⤵ Handwritten signature (X) ▼

_Chuck Shuford_

**9**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Joe Hill Music

Number/Street/Apartment Number ▼
PO Box 11021

City/State/ZIP ▼
Winston-Salem, NC 27106

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
● Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/508

Nov. 1983—300,000

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

**REGISTRATION NUMBER**

PAu 1 561 130

PA      PAU

**EFFECTIVE DATE OF REGISTRATION**

..... Oct ..... 7 .... 1991
(Month)    (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

OCT. 07. 1991

Page 2 of 4 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| (A) Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:<br>• TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)<br>...... I have Seen Freedom, a collection of 6 songs ..............................<br>• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)<br>     Si Kahn dba Joe Hill Music |
|---|---|

---

**(B) Continuation of Space 2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

*Use the reverse side of this sheet if you need more space for:*
- Further continuation of Space 2

| | | |
|---|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | **B** |
| Was this author's contribution to the work a "work made for hire"? Yes...... No..... | Born _____ Died _____ (Year) (Year) | Continuation of Space 2 |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | |
| Citizen of ............... } or { Domiciled in ............... (Name of Country) (Name of Country) | Anonymous? Yes.... No.... Pseudonymous? Yes.... No.... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| | | |
|---|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | |
| Was this author's contribution to the work a "work made for hire"? Yes.... No..... | Born _____ Died _____ (Year) (Year) | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | |
| Citizen of ............... } or { Domiciled in ............... (Name of Country) (Name of Country) | Anonymous? Yes.... No Pseudonymous? Yes.... No | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| | | |
|---|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | |
| Was this author's contribution to the work a "work made for hire"? Yes.... No..... | Born _____ Died _____ (Year) (Year) | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | |
| Citizen of ............... } or { Domiciled in ............... (Name of Country) (Name of Country) | Anonymous? Yes.... No Pseudonymous? Yes.... No | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| | | |
|---|---|---|
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | |
| Was this author's contribution to the work a "work made for hire"? Yes.... No..... | Born _____ Died _____ (Year) (Year) | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | |
| Citizen of ............... } or { Domiciled in ............... (Name of Country) (Name of Country) | Anonymous? Yes.... No Pseudonymous? Yes.... No | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

**CONTINUATION OF** (Check which): ☒ Space 1 ☐ Space 4 ☐ Space 6       **C** Continuation of other Spaces

I Have Seen Freedom
Nobody's Body But Mine
You Are the U in Union
Love is the Quilt
Walking Down the Road
Season of Peace

# FORM PA

UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PAu    312-458

PA    (PAU)

EFFECTIVE DATE OF REGISTRATION

JUL 2 - 1981
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:
"ANYONE CAN BE PRESIDENT" - collection of 47 songs

NATURE OF THIS WORK: (See instructions)
WORDS & MUSIC, SONG LYRICS

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: SI KAHN
Was this author's contribution to the work a "work made for hire"? Yes ___ No X
DATES OF BIRTH AND DEATH:
Born 1944 (Year)    Died — (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ___ No X
Pseudonymous? Yes ___ No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Words & Music

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date (Month) (Day) (Year)
Nation (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
SI KAHN
P.O. Box 3891
Charlotte, NC 28203

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached

DO NOT WRITE HERE

| EXAMINED BY | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | -2 JUL 1981 | |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED -2 JUL 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

PAu     312-458

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

* Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ___ No _X_

* If your answer is "Yes," why is another registration being sought? (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant
  ☐ This is a changed version of the work, as shown by line 6 of the application

* If your answer is "Yes," give: Previous Registration Number ___ Year of Registration ___

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

.................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

.................................................................

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................

Account Number: ...........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Philip Moore, Moore & Bank
Address: 1427 21st St., NW.
Washington, DC 20036
(City) (State) (Zip)

**(7) Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☐ authorized agent of ___ (Name of author or other copyright claimant or owner of exclusive rights)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ___

Typed or printed name: Si Kahn     Date: July 2, 1981

**(8) Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

Philip Moore, Moore & Bank
(Name)
1427 21st Street, NW
(Number, Street and Apartment Number)
Washington, DC 20036
(City) (State) (ZIP Code)

**(9) Address For Return of Certificate**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

**PAu    344-367**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

OCT 2 1 1981

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**(1) Title**

TITLE OF THIS WORK:

"Unfinished Portrait"

NATURE OF THIS WORK:
(See instructions)

words and music

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR:  Si Kahn

Was this author's contribution to the work a "work made for hire"?  Yes...... No X ...

DATES OF BIRTH AND DEATH:
Born 1944 Died ......
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country)  } or {  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No X
Pseudonymous?  Yes..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Words and music

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  } or {  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes..... No .....
Pseudonymous?  Yes..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  } or {  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes..... No .....
Pseudonymous?  Yes..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date .............
(Month)        (Day)        (Year)

Nation .............
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Si Kahn
Post Office Box 3891
Charlotte, North Carolina  28203

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Complete all applicable spaces (numbers 5-9) on the reverse side of this page
Follow detailed instructions marked •

DO NOT WRITE HERE
Page 1 of ...... pages

| EXAMINED BY | | APPLICATION RECEIVED: | |
|---|---|---|---|
| CHECKED BY | | | FOR |
| CORRESPONDENCE:<br>☐ Yes | | DEPOSIT RECEIVED:<br>21 OCT 1981    21 OCT 1981 | COPYRIGHT<br>OFFICE |
| DEPOSIT ACCOUNT<br>FUNDS USED:<br>☐ | | REMITTANCE NUMBER AND DATE: | USE<br>ONLY |

PAu    344-367

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . No . . . X

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . .

**5**
Previous
Registra-
tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright
is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6**
Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . Philip W. Moore

Address: . . . 1427 21st Street, N.W. . . . . . . (Apt.)

. . . Washington, D.C. . . . 20036
(City)                        (State)            (ZIP)

**7**
Fee and
Correspond-
ence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞        Handwritten signature: (X) . . . . . . . . . . . . . . . . . . . . . . . .

Typed or printed name: Si KAHN . . . . . . . . . . . . . . Date: 10/21/81

**8**
Certification
(Application
must be
signed)

---

Philip W. Moore
(Name)

1427 21st Street, N.W.
(Number, Street and Apartment Number)

Washington, D.C. 20036
(City)        (State)        (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

---

17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—341-279/530

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAū    615-047

PA                          PAU

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

**MAY 14 1984**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

"The Border", a collection of 33 songs

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words and Music

**2**

a

NAME OF AUTHOR ▼

Si Kahn

DATES OF BIRTH AND DEATH
Year Born ▼   1944   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Words and Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶           Day ▶           Year ▶           ◀ Nati

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Hill Music Co., Inc.
3411 Delrose Dr.
Knoxville, TN 37914

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Assignment

APPLICATION RECEIVED
14 MAY 1984
ONE DEPOSIT RECEIVED
14 MAY 1984
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

REMITTANCE NUMBER AND DATE
206137 MAY 14 84

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE