FORM PA

EXAMINED BY

CHECKED BY

PAu   615-047

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| ☐ CORRESPONDENCE Yes | |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Chuck Shuford
3411 Delrose Dr.
Knoxville, TN 37914

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶ 615-524-1762

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Joe Hill Music Co., Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Chuck Shuford                                    date ▶ 5-7-84

Handwritten signature (X) ▼

*Chuck Shuford*

**MAIL CERTIFI-CATE TO**

Name ▼
Chuck Shuford

Number/Street/Apartment Number ▼
3411 Delrose Dr.

City/State/ZIP ▼
Knoxville, TN 37914

**Certificate will be mailed in window envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Nov. 1983—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/506

# CONTINUATION SHEET FOR FORM PA

FORM PA/CO

UNITED STATES COPYRIGHT OFFIC

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PAu          615-047 |
| PA          (PAU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| MAY 14 1984 |
| (Month)      (Day)      (Year) |

CONTINUATION SHEET RECEIVED
14 MAY 1984

Page _3_ of _4_ pages

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| (A) Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitt for the following work:<br>• **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)<br>       " The Border " a collection of 33 songs<br>• **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)<br>Joe Hill Music Co., Inc., 3411 Delrose Dr. Knoxville, Tn 37914 |
|---|---|

| (B) Continuation of Space 2 | **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEA** |
|---|---|---|
| | Was this author's contribution to the work a "work made for hire"?    Yes...... No...... | Born .......... Died ........ (Year)      (Year) |
| | **AUTHOR'S NATIONALITY OR DOMICILE:**<br>Citizen of .............. (Name of Country) } or { Domiciled in ................. (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:**<br>Anonymous?   Yes...... No......<br>Pseudonymous?   Yes...... No...... |
| | **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions "Yes," see detailed instructions attached. |

(Repeated author blocks continue below, all blank:)

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .............. (Name of Country) } or { Domiciled in ................. (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
**DATES OF BIRTH AND DEA** Born .......... Died ........ (Year) (Year)
**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .............. (Name of Country) } or { Domiciled in ................. (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
**DATES OF BIRTH AND DEA** Born .......... Died ........ (Year) (Year)
**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .............. (Name of Country) } or { Domiciled in ................. (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
**DATES OF BIRTH AND DEA** Born .......... Died ........ (Year) (Year)
**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .............. (Name of Country) } or { Domiciled in ................. (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
**DATES OF BIRTH AND DEA** Born .......... Died ........ (Year) (Year)
**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions "Yes," see detailed instructions attached.

*Use the reverse side of this sheet if you need more space for:*
• Fu......

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . .   Died . . . . . . . .
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?     Yes. . . . . .   No. . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . . . . . . . . . . . . .   } or {   Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes. . . . . .   No. . . . . .
Pseudonymous?  Yes. . . . . .   No. . . . . .

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . .   Died . . . . . . . .
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?     Yes. . . . . .   No. . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . . . . . . . . . . . . .   } or {   Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes. . . . . .   No. . . . . .
Pseudonymous?  Yes. . . . . .   No. . . . . .

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . .   Died . . . . . . . .
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?     Yes. . . . . .   No. . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . . . . . . . . . . . . .   } or {   Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes. . . . . .   No. . . . . .
Pseudonymous?  Yes. . . . . .   No. . . . . .

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . .   Died . . . . . . . .
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?     Yes. . . . . .   No. . . . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . . . . . . . . . . . . . . . . . . . . . .   } or {   Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes. . . . . .   No. . . . . .
Pseudonymous?  Yes. . . . . .   No. . . . . .

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

CONTINUATION OF (Check which):     ☒ Space 1     ☐ Space 4     ☐ Space 6

Songs included in this collection:

Heart Stand Still
Plains of Canada
New Child
Luray Women
Senator Jim
Take Back the Night
Last Good War
Take the Children Home
Daddy's Girl
Natural Gas
Budget Cuts are Killing Me
That Don't Satisfy Me
We're the Ones
Klansuit
Streak O'Lean
What Will They Do?
Ain't Gonna Walk This Road Alone

Side 2

Memorial
When the Land and They Were Young
Send Me Back To Georgia
Forever
The Border
Here Is My Home
The World Is Still My Only Home
Every Door
Dreamers
Fifty Years
By The Side of the Road
Woman to Woman
Welcome to the World
On the Air
Minnesota Magic
This Land

**C**

Continuation of other Spaces

# FORM PA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

PAu   921 869

PA | PAu

EFFECTIVE DATE OF REGISTRATION

Jan 9 1987
Month | Day | Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

GOING GOING GONE

PREVIOUS OR ALTERNATIVE TITLES ▼

None

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼

Si Kahn

DATES OF BIRTH AND DEATH
Year Born ▼ 1944   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions



**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Words & Music

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1986 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Si Kahn doing business as Joe Hill Music
400 E. Tremont Ave.
Charlotte, NC 28203

See instructions before completing this space.

APPLICATION RECEIVED
Jan 09 1987

ONE DEPOSIT RECEIVED
Jan 09 1987

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM PA

CHECKED BY

☐ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PAu    921 869

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  *Preexisting Material*  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                               **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

Chuck Shuford
Joe Hill Music
PO Box 40081
Nashville, TN 37204
Area Code & Telephone Number ▶  615-298-1504

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Si Kahn doing business as Joe Hill Music
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Chuck Shuford                               date ▶  12-27-86

Handwritten signature (X) ▼
*Chuck Shuford*

**MAIL
CERTIFI-
CATE TO**

Name ▼
Joe Hill Music

Number/Street/Apartment Number ▼
PO Box 40081

City/State/ZIP ▼
Nashville, TN 37204

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 421-278/508                                    Nov. 1983—300,000



**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNI...

**PA 1-060-494**

PA          PAU
EFFECTIVE DATE OF REGISTRATION

10 / 1 / 02
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

"Ghost of the Good Old Days", a collection of three songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

words and music

---

**NAME OF AUTHOR ▼**

John McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2002

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September Day 1 Year 2002
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

APPALSONGS
JOHN McCUTCHEON
1025 LOCUST AVE
CHARLOTTESVILLE, VA 22901

JOE HILL MUSIC
C/O CMI AMERICAN
C/O COPYRIGHT MANAGEMENT
INTERNATIONAL
1625 BROADWAY, 4TH FL
NASHVILLE, VA 22901

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 10 2002
**ONE DEPOSIT RECEIVED**
OCT 10 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment by authors

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____                                    FORM PA

CHECKED BY _____

☐ CORRESPONDENCE                                       FOR
  Yes                                                  COPYRIGHT
                                                       OFFICE
                                                       USE
                                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**7**
Name ▼                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Appalsongs
John McCutcheon
1025 Locust Ave
Charlottesville, VA  22901
Area code and daytime telephone number ( 434 ) 977-6321        Fax number ( 434 ) 977-9708

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
**8**
                                        ☒ author
Check only one ▶                        ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
                                        ☐ authorized agent of _____
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Michael McCutcheon                    Date 26 September 2002

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John Michael McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM   PA   /CON
UNITED STATES COPYRIGHT OFFICE
REGIS...

PA 1-060-494

PA AU SE SEG SEU SR SRU TX TXU VA VAU

**EFFECTIVE DATE OF REGISTRATION**

| 10 | 1 | 02 |
| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**

| 10 | 1 | 02 |

Page ___3___ of ___1___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "Ghost of the Good Old Days", a collection of three songs......
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Appalsongs
  John McCutcheon, 1025 Locust Ave.    Charlottesville, VA   22901

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? .   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Songs included in this collection

Ghost of the Good Old Days
Woman Like You
Summer is A-Coming

**D**

YOU MUST
• Complete all necessary spaces
• Sign your application

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John . . McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to *Register
   of Copyrights*
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

Rev: June 2002—20,000    Web Rev: June 2002    ♲ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGI



**PA 1-060-500**

EFFECTIVE DATE OF REGISTRATION

10 / 1 / 02
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
"Autumnsongs", a collection of ten songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
words and music

**NAME OF AUTHOR ▼**
a John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
b Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
a 1998

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b Complete this information ONLY if this work has been published.
Month September Day 1 Year 1998
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
APPALSONGS
1025 LOCUST AVE
CHARLOTTESVILLE, VA
22901

JOE HILL MUSIC
c/o CMI AMERICAN
c/o COPYRIGHT MANAGEMENT INTERNATIONAL
1625 BROADWAY, 4th FLOOR
NASHVILLE, TN 37203

APPLICATION RECEIVED
OCT 01 2002
ONE DEPOSIT RECEIVED
OCT 01 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment by authors

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/**Address**/Apt/City/State/ZIP ▼

John McCutcheon
Appalsongs
1025 Locust Ave
Charlottesville, VA  22901

Area code and daytime telephone number  (434) 977-6321         Fax number  (434 977-9708
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Check only one ▶
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN MICHAEL McCutcheon         Date 9/26/02

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
John McCutcheon

**Number/Street/Apt** ▼
1025 Locust Ave

**City/State/ZIP** ▼
Charlottesville, VA  22901

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ♻ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** PA /CON

PA 1-060-500

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

*10     1     0 2*

(Month)     (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

*10     1     0 2*

Page *3* of *4* pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of This Work" in Space 1 of the basic form.)

  "Autumnsongs", a collection of ten songs

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Appalsongs
  John McCutcheon, 1025 Locust ave, Charlottesville, VA  22901

---

## B
### Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born▼     Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
- Anonymous?  ☐ Yes  ☐ No
- Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born▼     Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
- Anonymous?  ☐ Yes  ☐ No
- Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born▼     Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
- Anonymous?  ☐ Yes  ☐ No
- Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☒ Space 1    ❏ Space 4    ❏ Space 6

**C**

Continuation
of other
Spaces

Songs included in this collection:

It's Fall
New Kid in School
Halloween
World Series
Bird Dog
Campfire
Thanksgiving Day
Natural Disaster
Colors
Labor Day

| Certificate will be mailed in window envelope to this address: | Name ▼  John McCutcheon | | YOU MUST: • Complete all necessary spaces • Sign your application | **D** |
| | Number/Street/Apt ▼  1025 Locust Ave | | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable fee in check or money order payable to *Register of Copyrights* 3. Deposit Material | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 |
| | City/State/ZIP ▼  Charlottesville, VA  22901 | | MAIL TO Library of Congress, Copyright Office 101 Independence Avenue, S E Washington, D.C. 20559-6000 | |

Rev June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL    United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-060-501**

REGISTRATION

| | 10 | | 1 | | 02 |
|---|---|---|---|---|---|
| | Month | | Day | | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

"Family Garden", a collection of six songs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

words and music

---

**NAME OF AUTHOR ▼**

John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

Si Kahn

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September    Day 1    Year 1992
Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

APPALSONGS
1025 LOCUST AVE
CHARLOTTESVILLE, VA
22901

JOE HILL MUSIC
C/O CMI AMERICAN
C/O COPYRIGHT MANAGEMENT
INTERNATIONAL
1625 BROADWAY 37203
NASHVILLE, TN

APPLICATION RECEIVED
OCT 01 2002
ONE DEPOSIT RECEIVED
OCT 01 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment by authors

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 7 pages

EXAMINED BY _CM_       FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                   **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

John McCutcheon
Appalsongs
1025 Locust Ave
Charlottesville, VA 22901

Area code and daytime telephone number  434  977-6321          Fax number ( 434 ) 977-9708

Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Michael McCutcheon          Date  25 September 2002

Handwritten signature (X) ▼

X _John Michael McCutcheon_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA 22901

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** PA /CON
UNITED STATES COPYRIGHT OFFICE
REG

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA 1-060-501

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

**EFFECTIVE DATE OF REGISTRATION**

10 · 1 · 02
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

10 / 1 / 02

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"Family Garden", a collection of six songs

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Appalsongs
John McCutcheon, 1025 Locust Ave, Charlottesville, VA 22901

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Songs included in this collection:

Family Garden
Imaginary Friend
Baseball on the Block
Family Revival
How Many People
If I Ran the World

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to *Register
   of Copyrights*
3. Deposit Material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

Rev. June 2002—20,000    Web Rev: June 2002    ☺ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

CERTIFICATE OF REGIS. ...ATION



UNITED STATES COPYRIGHT OFFICE
* THE LIBRARY OF CONGRESS *

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE



RE 858-288

*5FE0000350288*

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 0 2001**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**a**
Name: Laurence Weiss
Address: P.O. Box 22971, Nashville, TN 37202
Claiming as: The Author
(Use appropriate statement from instructions)

**b**
Name:
Address:
Claiming as:

**c**
Name:
Address:
Claiming as:

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

Your Baby Doesn't Love You Anymore

RENEWABLE MATTER ▼

Words and music

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼       Number ▼       Issue Date ▼

---

AUTHOR(S) OF RENEWABLE MATTER ▼

Laurence Weiss

---

ORIGINAL REGISTRATION NUMBER ▼       ORIGINAL COPYRIGHT CLAIMANT ▼

EU 881000       Highwood Music Corporation

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:       OR       If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION _____       DATE OF REGISTRATION: May 6 1965
(Month)   (Day)   (Year)       (Month)   (Day)   (Year)

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.       DO NOT WRITE HERE
• See detailed instructions.       • Sign the form at space 7.       Page 1 of ___ pages

RENEWAL APPLICATION RECEIVED
DEC 2 0. 2001   Apr 2 6. 2002          FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FUNDS RECEIVED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**a**
Title of Contribution: ........................................................................
Title of Periodical: ...................................... Vol: ............No: ........ Issue Date:.........
Date of Publication: ...................................... Registration Number: ................
(Month)     (Day)     (Year)

**b**
Title of Contribution: ........................................................................
Title of Periodical: ...................................... Vol: ............No: ........ Issue Date:.........
Date of Publication: ...................................... Registration Number: ................
(Month)     (Day)     (Year)

**c**
Title of Contribution: ........................................................................
Title of Periodical: ...................................... Vol: ............No: ........ Issue Date:.........
Date of Publication: ...................................... Registration Number: ................
(Month)     (Day)     (Year)

**d**
Title of Contribution: ........................................................................
Title of Periodical: ...................................... Vol: ............No: ........ Issue Date:.........
Date of Publication: ...................................... Registration Number: ................
(Month)     (Day)     (Year)

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  COPYRIGHT MANAGEMENT SERVICES, INC.

Account Number  DA 066710

Area code and daytime telephone number ▶ 615-250-4600

CORRESPONDENCE: Give name and address to which correspondence about this application should be sent.

Name  JANICE BANE
Address  1625 BROADWAY, 4TH FLOOR
NASHVILLE, TN 37203-3138          (Apt)
(City)              (State)      (ZIP)
Fax number ▶ 615-250-4699   Email Address ▶ janice.bane@copyright.net

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☑ duly authorized agent of _____
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
JANICE BANE                               Date ▼  12/20/01

👉  Handwritten signature (X) ▼
*Bane*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
COPYRIGHT MANAGEMENT SERVICES, INC.

Number/Street/Apt ▼
1625 BROADWAY, 4TH FLOOR

City/State/ZIP ▼
NASHVILLE, TN 37203-3138

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July
1, 1999, the
filing fee
for Form
RE is $45.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—20,000
WEB REV. December 1999

♻ PRINTED ON RECYCLED PAPER

☼ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/87

Case 2:07-cv-02297-DSF-SH    Document 1-10    Filed 04/06/2007    Page 20 of 30

Page 3

## Certificate

### Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

FORM E

CLASS | REGISTRATION NO.
E | Eu | 881000
DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made
a part of the records of the Copyright Office. In witness whereof the seal of the
Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ........ RICHCOL MUSIC CORPORATION

Address ........ 136 EAST 57th STREET - NEW YORK, N.Y. 10022

Name ........

Address ........

**2. Title:** YOUR BABY DOESN'T LOVE YOU ANYMORE
(Title of the musical composition)

**3. Authors:**

Name ........ **Laurence Weiss** ........ Citizenship ........ **USA**
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U. S. A. Yes ☐ No ☐ Address **c/o Richwood Music Corp.** ........ Author of **words & music**
136 East 57th Street, N.Y. 10022 ........ (State which: words, music, arrangement, etc.)

Name ........ ........ Citizenship ........
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U. S. A. Yes ☐ No ☐ Address ........ Author of ........
(State which: words, music, arrangement, etc.)

Name ........ ........ Citizenship ........
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U. S. A. Yes ☐ No ☐ Address ........ Author of ........
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**(b) Place of Publication:**

........ (Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration ☐ Previous publication

**(b) New Matter in This Version:**

........

........

*Complete all applicable spaces on next page*

Case 3:06-cv-01197    Document 1-10    Filed 12/15/2006    Page 20 of 30

6. **Deposit account:**

MILLER & MILLER

7. **Send correspondence to:**

Name Miller & Miller    Address 565 Fifth Avenue - Room 1111, N.Y., N.Y.

8. **Send certificate to:**

(Type or print
name and address)

MILLER & MILLER

Address 565 Fifth Avenue - Room 1111
(Number and street)

New York          1001?          N.Y.
(City)            (Zone)          (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is now copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>MAY −6 1965 | |
| One copy received<br><br>MAY −6 1965 | |
| Two copies received | |
| Fee received | |

· U.S. GOVERNMENT PRINTING OFFICE : 1960—O—568404          (June 1960—300,000)          *Page 4*

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    313-957

PA _____ PAU

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

SEP 1 7 1986

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

\* *ANDREW YORK'S PERFECT SKY COLLECTION*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

*MUSIC*

**2**

**a**

**NAME OF AUTHOR ▼**

*Andrew Howard York*

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
*1958*    *n/a*

Was this contribution to the work a "work made for hire"?
☐ Yes
XX No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ *USA*
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes XX No
Pseudonymous? ☐ Yes XX No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a work made for hire is generally

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*A collection of    Musical compositions and arrangements*

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
*1986* ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ *May* Day ▶ *15* Year ▶ *1986*
*USA* ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

*Andrew Howard York*
*3510 Carson Drive*
*Woodbridge, VA  22193*

See instructions before completing this space

APPLICATION RECEIVED
SEP 17 1986    DEC 10 1986
ONE DEPOSIT RECEIVED
SEP 17 1986
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

*Title on published cassette. "Perfect Sky"

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    313-957

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

music by Leigh Harline (used by permission), Vince Guaraldi (used by permission), Tchaikovsky, Couperin and J.S. Bach (public domain)

See instructions
before completing
this space

**6**

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
seven new musical compositions and new music arrangements of 5 works

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Andrew H. York
3410 Carson Drive
Woodbridge, VA  22193

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶  703  670-4451

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Andrew Howard York                                    date ▶  September 15, 1986

Handwritten signature (X) ▼
Andrew Howard York

**MAIL
CERTIFI-
CATE TO**

Name ▼
Andrew H. York

Number/Street/Apartment Number ▼
3510 Carson Drive

City/State/ZIP ▼
Woodbridge, VA  22193

Certificate
will be
mailed in
window
envelope

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights
Library of Congress, Washington,
D.C. 20559

**9**

17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM PA
**For a Work of the Performing Arts**
COPYRIGHT OFFICE



**PA 846 – 559**

EFFECTIVE DATE OF REGISTRATION

| 12 | 19 | 01 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

BRADY BILL; DALE JARRETT'S CAR; FATHER-IN-LAW; IN GOD AND ALAN GREENSPAN WE TRUST; HIGH MAINTENANCE WOMAN; SMACK DAB IN PARADISE; TOO STONED FOR STURGIS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**a** **NAME OF AUTHOR ▼**
TIMOTHY COLLINS WILSON (professionally known as TIM WILSON)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
DANNY EUGENE SIMPSON (professionally known as DANNY SIMPSON)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 23    Year ▶ 2001
U.S.A. ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TIMOTHY C. WILSON MUSIC and DANNY SIMPSON MUSIC, c/o Copyright Management Services, Inc., 1625 Broadway, 4th Floor, Nashville, TN 37203.

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
DEC 19 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 19 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

| EXAMINED BY | *mg* | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼          **a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **Name** ▼                                            **a**

**Account Number** ▼

COPYRIGHT MANAGEMENT SERVICES, INC.                    DA 066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼    **b**

Janice Bane
Copyright Management Services, Inc.
1625 Broadway, 4th Floor
Nashville, TN 37203-3138

Area code and daytime telephone number ▶ ( 615 ) 250-4600          Fax number ▶ ( 615 ) 250-4699

Email ▶ janice.bane@copyright.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  TIMOTHY C. WILSON *Music*

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JANICE BANE                                              Date ▶ 12/17/01

Handwritten signature (X) ▼

X *Janice Bane*

| Certificate will be mailed in window envelope to this address: | **Name** ▼ COPYRIGHT MANAGEMENT SERVICES, INC. |
|---|---|
| | **Number/Street/Apt** ▼ 1625 BROADWAY, 4TH FLOOR |
| | **City/State/ZIP** ▼ NASHVILLE, TN 37203-3138 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

*As of July 1, 1999, the filing fee for Form PA is $30.*

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000        ⊛ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

WEB REV. June 1999

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 942-278**



**EFFECTIVE DATE OF REGISTRATION**

May 5, 1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK –**
IT TAKES A VILLAGE (TO RAISE A NUT); MAMA WAS A HIT MAN

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**

**a** **NAME OF AUTHOR –**
TIMOTHY WILSON

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____ UNITED STATES
      Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
      Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

**c** **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
      Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1998 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month FEBRUARY Day 9 Year 1999
UNITED STATES Nation

---

**4**
See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.—
Timothy Wilson Music c/o Copyright Management International, LLC, 720 Cool Springs Blvd, Suite 600, Franklin TN 37067

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.–
Written Agreement

**APPLICATION RECEIVED**
MAY 05 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 05 1999
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _    **Year of Registration** _

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. _

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. _

**6**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** _                                              **Account Number** _

Copyright Management, Inc.                              DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP _

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN 37067

**7**

Area Code & Telephone Number | (615) 261-4200

Be sure to
give your
daytime phone
number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one _

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    TIMOTHY WILSON MUSIC

Name of author or other copyright claimant, or owner of exclusive right(s) _

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date _** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens                                    date | 4-15-99

Handwritten signature (X) _

---

**MAIL CERTIFI-CATE TO**

**Name** _    TIMOTHY WILSON MUSIC
c/o Copyright Management International, LLC

**Number/Street/Apartment Number** _

720 COOL SPRINGS BLVD; SUITE 600

**City/State/ZIP** _

FRANKLIN TN 37067

Certificate
will be
mailed in
window
envelope

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

---

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REG

PA 1-060-497



**EFFECTIVE DATE OF REGISTRATION**

| 10 | 1 | 02 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"Our Flag Was Still There"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

words and music

---

**NAME OF AUTHOR ▼**

John Michael McCutcheon

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

Barbara Kingsolver

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1955

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September Day 1 Year 2002 Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

APPALSONGS
JOHN McCUTCHEON
1025 LOCUST AVE
CHARLOTTESVILLE, VA 22901

BARBARA KINGSOLVER
PO BOX 31870
TUCSON, AZ 85751

See instructions before completing this space.

**APPLICATION RECEIVED** OCT 01 2002
**ONE DEPOSIT RECEIVED** OCT 01 2002
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment by authors

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY                                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                              FOR
    Yes                                                       COPYRIGHT
                                                              OFFICE
                                                              USE
                                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.    **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account    **7**
**Name ▼**                                    **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Appalsongs
John McCutcheon
1025 Locust Ave
Charlottesville, VA  22901

Area code and daytime telephone number  (434)977-6321            Fax number  434  )    977-9708

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the     **8**

Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Michael McCutcheon                          Date 26 September 2002

Handwritten signature (X) ▼

_John Michael McCutcheon_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John McCutcheon

Number/Street/Apt ▼
1025 Locust Ave

City/State/ZIP ▼
Charlottesville, VA  22901

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-403**

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

DO NOT ... MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK –**
BIG RIVER (ULUG HEM)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**  **a**

**NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   UNITED STATES
   Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   RUSSIA
   Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**c**

**NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
   Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

---

**3**  **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases
1998  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month  JANUARY   Day  12   Year  1999
UNITED STATES   Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub.  c/o Copyright Management International, LLC, 720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages