EXAMINED BY *Cm*

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number –        Year of Registration –

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. –

ANCIENT TUVAN FOLK SONG

**6**

See instructions
before completing
this space

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. –

SOME NEW WORDS AND SOME NEW MUSIC

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name –                                    Account Number –

Copyright Management, Inc.                    DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP –

Copyright Management International, LLC
Attn: Philip H. Owens
720 COOL SPRINGS BLVD; SUITE 600
FRANKLIN TN 37067

Be sure to
give your
daytime phone
number

Area Code & Telephone Number   |   **(615) 261-4200**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one –
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    FIELDS OF AUTUMN PUBLISHING
            Name of author or other copyright claimant, or owner of exclusive right(s) ▾

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date –    If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens                    date  |    4-15-99

Handwritten signature (X) –    *Philip H. Owens*

MAIL
CERTIFI-
CATE TO

Name –  FIELDS OF AUTUMN PUBLISHING
        c/o Copyright Management International, LLC
Number/Street/Apartment Number –
720 COOL SPRINGS BLVD; SUITE 600
City/State/ZIP –
FRANKLIN TN 37067

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule

\*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.                    This form was electronically produced by Elite Federal Forms, Inc

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 945-397**

Y  PA

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

DO NO

**EFFECTIVE DATE OF REGISTRATION**

5 Month    5 Day    99 Year

**MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK –**
GOOD HORSES (EKI A'TTAR)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**

**a**

**NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ UNITED STATES
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ RUSSIA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**c**

**NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998 Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month JANUARY    Day 12    Year 1999
UNITED STATES    Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub.  c/o Copyright Management International, LLC, 720 Cool Springs Blvd, Suite 600, Franklin TN  37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.–
Written Agreement

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
MAY 05 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 05 1999
**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*EXAMINED BY* **cm**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** –          **Year of Registration** –

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. –

ANCIENT TUVAN FOLK SONG

**b.** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. –

SOME NEW WORDS AND SOME NEW MUSIC

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** –          **Account Number** –

Copyright Management, Inc.          DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP –

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN 37067

Area Code & Telephone Number    **(615) 261-4200**

**7**

Be sure to
give your
daytime phone
number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one –

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    FIELDS OF AUTUMN PUBLISHING
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** – If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens          date    4-15-99

Handwritten signature (X) –  *Philip H. Owens*

**8**

**MAIL CERTIFICATE TO**

Certificate
will be
mailed in
window
envelope

Name – FIELDS OF AUTUMN PUBLISHING
c/o Copyright Management International, LLC

Number/Street/Apartment Number –

720 COOL SPRINGS BLVD; SUITE 600

City/State/ZIP –
FRANKLIN TN 37067

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-405**

PA / PAU

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**    **TITLE OF THIS WORK –**
HARNESS YOUR HORSE AND CATCH THE WIND (A'TTYNG DERII)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

**2**   **a**   **NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   UNITED STATES
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   RUSSIA
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**c**   **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born –   Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1998 Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC,
720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

**DO NOT WRITE HERE / OFFICE USE ONLY**
APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

**MORE ON BACK** ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

| | | |
|---|---|---|
| ☐ | CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

ANCIENT TUVAN FOLK SONG

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

SOME NEW WORDS AND SOME NEW MUSIC

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

Copyright Management, Inc.                    DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN 37067

Area Code & Telephone Number ▮ **(615) 261-4200**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    FIELDS OF AUTUMN PUBLISHING

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens                    date ▮ 4-15-99

**8**

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼    FIELDS OF AUTUMN PUBLISHING
c/o Copyright Management International, LLC

Number/Street/Apartment Number ▼

720 COOL SPRINGS BLVD; SUITE 600

City/State/ZIP ▼
FRANKLIN TN 37067

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**9**

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION



**FORM PA**
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-399**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF THIS WORK –
KARGYRAA RAP (DURGEN CHUGAA)

PREVIOUS OR ALTERNATIVE TITLES –

NATURE OF THIS WORK – *See instructions*
WORDS AND MUSIC

---

**2 a** NAME OF AUTHOR –
DAVID HOFFNER

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of | UNITED STATES
Domiciled in |

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR –
KONGAR-OL ONDAR

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of | RUSSIA
Domiciled in |

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSIC

**c** NAME OF AUTHOR –
RICHARD P. FEYNMAN

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of | UNITED STATES
Domiciled in |

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSIC

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month | JANUARY   Day | 12   Year | 1999
UNITED STATES ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC, 720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

*See instructions before completing this space*

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ►  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY *Cm*

CHECKED BY

FORM PA

□ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▪    **Year of Registration** ▪

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▪

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▪

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▪                                                **Account Number** ▪

Copyright Management, Inc.                               DA066710

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▪

Copyright Management International, LLC
Attn: Philip H. Owens
720 COOL SPRINGS BLVD; SUITE 600
FRANKLIN TN 37067

Area Code & Telephone Number  ▪  **(615) 261-4200**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▪

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of    **FIELDS OF AUTUMN PUBLISHING**
         Name of author or other copyright claimant, or owner of exclusive right(s) ▪

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▪    If this application gives a date of publication in space 3, do not sign and submit it before that date.

          Philip H. Owens                          date ▪    4-15-99

☞ **Handwritten signature (X)** ▪  *Philip H. Owens*

**MAIL
CERTIFI-
CATE TO**

Name ▪   FIELDS OF AUTUMN PUBLISHING
              c/o Copyright Management International, LLC

Number/Street/Apartment Number ▪

**Certificate
will be
mailed in
window
envelope**

720 COOL SPRINGS BLVD; SUITE 600
City/State/ZIP ▪
FRANKLIN TN 37067

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**PA 945-400**



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

DO NOT WRI~~TE~~    ~~ABOVE THI~~S SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK –**
LITTLE YURT ON THE PRAIRIE (ARTY SAIYYR)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**

**a** **NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ UNITED STATES
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSICAL ARRANGEMENT

**b** **NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ RUSSIA
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSICAL ARRANGEMENT

**c** **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1998 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC,
720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.–
Written Agreement

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

FORM PA

EXAMINED BY *Cm*

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** –    **Year of Registration** –

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. –

BASED ON AN ANCIENT TUVAN FOLK MELODY

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed –

WORDS AND MUSICAL ARRANGEMENT

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** –    **Account Number** –

Copyright Management, Inc.    DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP –

Copyright Management International, LLC
Attn: Philip H. Owens
720 COOL SPRINGS BLVD; SUITE 600
FRANKLIN TN 37067

Be sure to
give your
daytime phone
number

Area Code & Telephone Number    (615) 261-4200

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one –
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    FIELDS OF AUTUMN PUBLISHING
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** – If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens    date    4-15-99

✍ **Handwritten signature (X)** – *Philip H. Owens*

**8**

**MAIL
CERTIFI-
CATE TO**

Name – FIELDS OF AUTUMN PUBLISHING
c/o Copyright Management International, LLC

Number/Street/Apartment Number –

720 COOL SPRINGS BLVD; SUITE 600

City/State/ZIP –
FRANKLIN TN 37067

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc

# CERTIFICATE OF REGISTRATION



*UNITED STATES COPYRIGHT OFFICE*
*THE LIBRARY OF CONGRESS*

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-404**

| | AU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

**DO NOT WR**    ...E SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK –
MY TUVA (MEENG TYVAM)

PREVIOUS OR ALTERNATIVE TITLES –

NATURE OF THIS WORK – *See instructions*
WORDS AND MUSIC

---

**2**

**a** NAME OF AUTHOR –
DAVID HOFFNER

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ UNITED STATES
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed –
WORDS AND MUSICAL ARRANGEMENT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR –
KONGAR-OL ONDAR

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ RUSSIA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed –
WORDS AND MUSICAL ARRANGEMENT

**c** NAME OF AUTHOR –
ZHANA SALCHAK

DATES OF BIRTH AND DEATH
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ RUSSIA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed –
WORDS AND MUSICAL ARRANGEMENT

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1998 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

---

**4**

*See instructions before completing this space*

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC,
720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.–
Written Agreement

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY *cm*

CHECKED BY

| | FOR |
|---|---|
| ☐ CORRESPONDENCE<br>Yes | COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _    **Year of Registration** _

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. _

BASED ON ANCIENT TUVAN FOLK MELODIES

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. _

WORDS AND MUSICAL ARRANGEMENT

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** _    **Account Number** _

Copyright Management, Inc.    DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP _

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN 37067

Area Code & Telephone Number    (615) 261-4200

**7**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one _

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    FIELDS OF AUTUMN PUBLISHING

Name of author or other copyright claimant, or owner of exclusive right(s) _

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date _** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens    date _ 4-15-99

**Handwritten signature (X) _**

| MAIL<br>CERTIFI-<br>CATE TO | Name _  FIELDS OF AUTUMN PUBLISHING<br>c/o Copyright Management International, LLC | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apartment Number _ | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE | |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | 720 COOL SPRINGS BLVD; SUITE 600 _<br>City/State/ZIP _<br>FRANKLIN TN 37067 | 1. Application form<br>2. Nonrefundable $20 filing fee<br>in check or money order<br>payable to *Register of Copyrights*<br>3. Deposit material | The Copyright Office has the<br>authority to adjust fees at<br>5-year intervals based on<br>changes in the Consumer<br>Price Index. The next<br>adjustment is due in 1996.<br>Please contact the Copyright<br>Office after July 1995 to<br>determine the actual fee<br>schedule |
| | | MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559 | |

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-401**

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE** ~~IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.~~

---

**1**

**TITLE OF THIS WORK –**
THE OTHER SIDE OF THE MOUNTAIN (KALDAK HAMAR)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**

**a** **NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ UNITED STATES
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ RUSSIA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**c** **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
1998 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC,
720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

**APPLICATION RECEIVED**
MAY 05 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 05 1999
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ‒   **Year of Registration** ‒

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ‒

TUVAN FOLK SONG

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ‒

SOME NEW WORDS AND SOME NEW MUSIC

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ‒   **Account Number** ‒

Copyright Management, Inc.   DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ‒

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN 37067

Area Code & Telephone Number  |  (615) 261-4200

**7**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   FIELDS OF AUTUMN PUBLISHING
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ‒ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens   date ▸ 4-15-99

Handwritten signature (X) ‒

**8**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

**Name** ‒ FIELDS OF AUTUMN PUBLISHING
   c/o Copyright Management International, LLC

**Number/Street/Apartment Number** ‒

720 COOL SPRINGS BLVD; SUITE 600

**City/State/ZIP** ‒
FRANKLIN TN 37067

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office has the
authority to adjust fees at
5-year intervals based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule

\*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc



**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identi-fied below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 945-396**

PAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 5 | 5 | 99 |

DO NOT WRI... ...E SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK –**
TUVA GROOVE (BOLUR DAA-BOL, BOLBAS DAA-BOL)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

**2**

**a**

**NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ UNITED STATES
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSICAL ARRANGEMENT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-ployee (see in-structions). For any part of this work that was "made for hire" check "Yes" in the space pro-vided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ RUSSIA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSICAL ARRANGEMENT

**c**

**NAME OF AUTHOR –**
RICHARD P. FEYNMAN

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ UNITED STATES
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
WORDS AND MUSICAL ARRANGEMENT

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1998 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC, 720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _CM_

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▾

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:   **Previous Registration Number** ▾          **Year of Registration** ▾

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▾

BASED ON AN ANCIENT TUVAN FOLK SONG

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▾

WORDS AND MUSICAL ARRANGEMENT

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▾                                              Account Number ▾

Copyright Management, Inc.                         DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▾

Copyright Management International, LLC

Attn: Philip H. Owens

720 COOL SPRINGS BLVD; SUITE 600

FRANKLIN TN  37067

Area Code & Telephone Number    (615) 261-4200

**7**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▾

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   FIELDS OF AUTUMN PUBLISHING

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▾ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens                                 date ▸         4-15-99

Handwritten signature (X) ▾

_Philip H. Owens_

**MAIL
CERTIFI-
CATE TO**

Name ▾   FIELDS OF AUTUMN PUBLISHING
c/o Copyright Management International, LLC

Number/Street/Apartment Number ▾

720 COOL SPRINGS BLVD; SUITE 600

City/State/ZIP ▾
FRANKLIN TN  37067

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C  20559

The Copyright Office has the
authority to adjust fees at
5-year intervals based on
changes in the Consumer
Price Index.  The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**9**

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

REGISTRATION NUMBER

**PA 945-398**

EFFECTIVE DATE OF REGISTRATION

| 5 | 5 | 99 |
|---|---|---|
| Month | Day | Year |

DO ‗‗‗ED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK –**
WHERE HAS MY COUNTRY GONE? (KONGUREI)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
WORDS AND MUSIC

---

**2**

**a** **NAME OF AUTHOR –**
DAVID HOFFNER

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of    UNITED STATES
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR –**
KONGAR-OL ONDAR

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of    RUSSIA
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
SOME NEW WORDS AND SOME NEW MUSIC

**c** **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. – Yes ☐ No

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998 Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month JANUARY Day 12 Year 1999
UNITED STATES Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. –
Fields of Autumn Pub. c/o Copyright Management International, LLC,
720 Cool Springs Blvd, Suite 600, Franklin TN 37067; Tuvamuch Music

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
Written Agreement

APPLICATION RECEIVED
MAY 05 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 1999
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK** ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY  *cm*

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number –**    **Year of Registration –**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. –

ANCIENT TUVAN FOLK SONG

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. –

SOME NEW WORDS AND SOME NEW MUSIC

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name –**    **Account Number –**

Copyright Management, Inc.    DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP –

Copyright Management International, LLC
Attn: Philip H. Owens
720 COOL SPRINGS BLVD; SUITE 600
FRANKLIN TN 37067

Area Code & Telephone Number    **(615) 261-4200**

**7**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one –

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___FIELDS OF AUTUMN PUBLISHING___
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date –** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Philip H. Owens    date    4-15-99

Handwritten signature (X) –    *Philip H. Owens*

**8**

**MAIL CERTIFICATE TO**

Name –  FIELDS OF AUTUMN PUBLISHING
    c/o Copyright Management International, LLC

Number/Street/Apartment Number –

**Certificate will be mailed in window envelope**

720 COOL SPRINGS BLVD; SUITE 600

City/State/ZIP –
FRANKLIN TN 37067

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

**CERTIFICATE OF REGISTRATION**



**UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



**PAu 2-176-266**

EFFECTIVE DATE OF REGISTRATION

3 / 4 / 97
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK▼
MAN WITH A MEMORY-WOMAN WITH A PAST

PREVIOUS OR ALTERNATIVE TITLES▼

NATURE OF THIS WORK▼ See Instructions
WORDS & MUSIC

---

**2**
**a** NAME OF AUTHOR▼
CHARLIE F. BLACK

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law,

NATURE OF AUTHORSHIP   WORDS & MUSIC   Briefly describe nature of the material created by this author in which copyright is claimed.▼

NAME OF AUTHOR▼
RORY MICHAEL BOURKE

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   WORDS & MUSIC   Briefly describe nature of the material created by this author in which copyright is claimed.▼

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed.▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1995 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
SONGS IN BLACK INK; C/O
COPYRIGHT MANAGEMENT, INC.; 1102 17TH AVENUE S;
SUITE 400; NASHVILLE TN 37212; AND RORY BOURKE
MUSIC CO.

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
WRITTEN AGREEMENT

APPLICATION RECEIVED
MAR 12. 1997
ONE DEPOSIT RECEIVED
MAR 12 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
**FUNDS RECEIVED   MAR  4 1997**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse of this page.
• See detailed instructions.   • Sign the form at line 8.

This form was electronically produced by Elite Federal Forms' Forms Manager

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                               **Account Number** ▼

COPYRIGHT MANAGEMENT, INC.          DA066710

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT MANAGEMENT, INC.
C/O GWENDA S. BENNETT
1102 17TH AVENUE S, SUITE 400
NASHVILLE TN 37212

**7**

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶          (615) 327-1517

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    SONGS IN BLACK INK
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GWENDA S. BENNETT                                               date ▶ 02/07/97

       Handwritten signature (X) ▼
       Gwenda S. Bennett

**MAIL
CERTIFI-
CATE TO**

Name ▼   COPYRIGHT MANAGEMENT, INC.
         C/O GWENDA S. BENNETT
Number/Street/Apartment Number ▼
Certificate    1102 17TH AVENUE S, SUITE 400
will be
mailed in   City/State/ZIP ▼
window      NASHVILLE TN 37212
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office
has the authority to
adjust fees at 5-year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment
is due in 1995. Please
contact the Copyright
Office after July
1995 to determine
the actual fee
schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# Certificate

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

FORM E

| CLASS | REGISTRATION NO. |
|-------|------------------|
| E | Eu  842694 |
| | DO NOT WRITE HERE |



**1. Copyright Claimant(s) and Address(es):**

Name ......... FORREST MUSIC COMPANY

Address ......... 112  WEST 44th  STREET , NEW YORK, N.Y.  *Suite 708*

Name .........

Address .........

**2. Title:** ......... THE MAN FROM TWO WORLDS (Folio in 10 parts

*(Title of the musical composition)*

**3. Authors:**

Name ......... CHARLES P. LLOYD ......... Citizenship ......... USA

*(Legal name followed by pseudonym if latter appears on the copies)* ......... *(Name of country)*

Domiciled in U. S. A. ☒ Yes ☐ No ......... Address ......... ONE SHERIDAN SQUARE , N.Y.C. ......... Author of ......... MUSIC

*(State which: words, music, arrangement, etc.)*

Name ......... Citizenship .........

*(Legal name followed by pseudonym if latter appears on the copies)* ......... *(Name of country)*

Domiciled in U. S. A. ☐ Yes ☐ No ......... Address ......... Author of .........

*(State which: words, music, arrangement, etc.)*

Name ......... Citizenship .........

*(Legal name followed by pseudonym if latter appears on the copies)* ......... *(Name of country)*

Domiciled in U. S. A. ☐ Yes ☐ No ......... Address ......... Author of .........

*(State which: words, music, arrangement, etc.)*

**4. (a) Date of Publication:**

**(b) Place of Publication:**

*(Name of country)*

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

*Complete all applicable spaces on next page* ✓

**7** Send correspondence to:

Name _____  Address _____

**8.** Send certificate to:

(Type or print name and address)

Name

FONTELLE MUSIC COMPANY

Address

112   WEST 44th STREET
(Number and street)

NEW YORK , NEW YORK
(City)          (Zone)          (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1962.
NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>SEP −2 1964 | |
| One copy received<br>SEP · 2 1964 | |
| Two copies received | |
| Fee received<br>9393  8/4/64 | |

U.S. GOVERNMENT PRINTING OFFICE · 1962 O—636850

(July 1962—250,000)                                                        *Page 4*

# Certificate

## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made
a part of the records of the Copyright Office.  In witness whereof the seal of the
Copyright Office is hereto affixed.

| CLASS | REGISTRATION NO. |
|-------|------------------|
| E | DO NOT WRITE HERE |

*Register of Copyrights,
United States of America*



**1. Copyright Claimant(s) and Address(es):**

TITLE: The Man From Two Worlds (In Ten Parts) Including; xC.L. Blue,
xHow Can I Tell You, xLittle Sister's Dance, xSweet
Georgia Bright, xShade Tree, xThe Man From Two Worlds,
xBlues For O.T., xMallet Dance, Forest Flower,
and xLove Song To A Baby.

(Title of the musical composition)

**3. Authors:**

Name  Fontella Music Company
(Legal name followed by pseudonym if latter appears on the copies)                Citizenship _____
                                                                                  (Name of country)
Domiciled in U. S. A.  Yes ☐  No ☐   Address  112 W. 44 St. Suite 708   Author of _____
                                                                                  (State which: words, music, arrangement, etc.)
Name  Charles Lloyd
(Legal name followed by pseudonym if latter appears on the copies)                Citizenship  U.S.A
                                                                                  (Name of country)
Domiciled in U. S. A.  Yes ☑  No ☐   Address  One Sheridan Sq. N.y 14 N.y   Author of  Music
                                                                                  (State which: words, music, arrangement, etc.)
Name _____
(Legal name followed by pseudonym if latter appears on the copies)                Citizenship _____
                                                                                  (Name of country)
Domiciled in U. S. A.  Yes ☐  No ☐   Address _____   Author of _____
                                                                                  (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____

**(b) Place of Publication:**

_____
(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

_____

_____

*Complete all applicable spaces on next page*

7. **Send correspondence to:**

Name _Fontelle Music Company_    Address _112 W. 44 ST., Suite 708, N.Y.C._

8. **Send certificate to:**

(Type or
print      Name    _Fontelle Music Company_
name and
address)   Address  _112 W 44 ST. Suite 708_
                    (Number and street)
           _N.Y.C._                          _N.Y._
           (City)            (Zone)           (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1962.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1963 O—714-802

(Dec. 1963—150,000)

*Page 4*

# FORM PA



UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

PA 216-276

PAU

**EFFECTIVE DATE OF REGISTRATION**

*April* 20 1914
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1)** **Title**

TITLE OF THIS WORK:
FIFTEEN YEARS GOING UP (AND ONE NIGHT COMING DOWN)
aka
ONE NIGHT COMING DOWN

NATURE OF THIS WORK:
(See instructions)

WORDS & MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2)** **Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:
PEGGY FORMAN

Was this author's contribution to the work a "work made for hire"?   Yes......   No X

DATES OF BIRTH AND DEATH:
Born 1949 Died
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of UNITED STATES   or   Domiciled in UNITED STATES
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No X
Pseudonymous?   Yes......   No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
WORDS & MUSIC

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born Died
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of   or   Domiciled in
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born Died
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of   or   Domiciled in
(Name of Country)              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3)** **Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1979
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date October 10 1979
(Month)  (Day)  (Year)
Nation UNITED STATES
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4)** **Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Hello Darlin' Music
1523 Doubletree Lane
Nashville, TN 37217

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
ASSIGNMENT

---

* Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
* Follow detailed instructions attached.
* Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ...... pages

| | | |
|---|---|---|
| | EXAMINED BY: | APPLICATION RECEIVED: |
| | CHECKED BY: | 30 APR 1984 |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED 30 APR 1984   30 APR 1984 |
| P A   216-276 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 193803 APR 30 84 |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No  X . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . Year of Registration . . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK: (See Instructions)**

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Aleene Jackson**
**Hello Darlin' Music**

Address: **1523 Doubletree Lane** . . . . . . . . . . . (Apt.)

**Nashville    TN    37217**
(City)                (State)            (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant ☒ owner of exclusive right(s)  ☐ authorized agent of: **Hello Darlin' Music**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Aleene Jackson*

Typed or printed name:  **Aleene Jackson**           Date: **12/8/83**

**⑧ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | |
|---|---|
| Hello Darlin' Music (Name) | |
| 1523 Doubletree Lane (Number, Street and Apartment Number) | |
| Nashville    TN    37217 (City)        (State)      (ZIP code) | (Certificate will be mailed in window envelope) |

**⑨ Address For Return of Certificate**

✱ 17 U.S.C. §506(e) FALSE REPRESENTATION~Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✱ U. S. GOVERNMENT PRINTING OFFICE: 1977 O – 248-836                                    Rev. 1977 – 1, 000, 000

Page 3

# Certificate

## Registration of a Claim to Copyright

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



| FORM E | | |
|---|---|---|
| CLASS | REGISTRATION NO. | |
| **E** | E P 304925 | |
| | DO NOT WRITE HERE | |

**1. Copyright Claimant(s) and Address(es):**

Name ........ HELLO DARLIN' MUSIC

Address ........ 144 Neverbreak Drive, Hendersonville, Tennessee 37075

Name ........

Address ........

**2. Title:** "WHEN SHE CRIES"

*(Title of the musical composition)*

**3. Authors:**

Name ........ Raymond A. Smith
*(Legal name followed by pseudonym if latter appears on the copies)*     Citizenship: U.S.A. ... X  Other ........ *(Name of country)* *(Check if U.S. citizen)*

Domiciled in U.S.A. Yes ... X No .... Address ........ Route 3, Box 31  Author of ... words & music
Greenville, Tenn. 37743     *(State which: words, music, arrangement, etc.)*

Name ........
*(Legal name followed by pseudonym if latter appears on the copies)*     Citizenship: U.S.A. ..... Other ........ *(Name of country)* *(Check if U.S. citizen)*

Domiciled in U.S.A. Yes .... No .... Address ........  Author of ........ *(State which: words, music, arrangement, etc.)*

Name ........
*(Legal name followed by pseudonym if latter appears on the copies)*     Citizenship: U.S.A. ..... Other ........ *(Name of country)* *(Check if U.S. citizen)*

Domiciled in U.S.A. Yes .... No .... Address ........  Author of ........ *(State which: words, music, arrangement, etc.)*

**4. (a) Date of Publication:**

October 23, 1972
*(Month)    (Day)    (Year)*

**(b) Place of Publication:**

United States & Canada
*(Name of country)*

**5. Previous Registration or Publication:**

Was work previously registered? Yes ...... No ...... Date of registration ........ Registration number ........

Was work previously published? Yes ...... No ...... Date of publication ........ Registration number ........

Is there any substantial NEW MATTER in this version? Yes ...... No ...... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name ___ HELLO DARLIN' MUSIC ___    Address ___ 144 Neverbreak Drive, Hendersonville, Tenn. 37075 ___

**8. Send certificate to:**

(Type or print name and address)

Name ___ HELLO DARLIN' MUSIC ___

Address ___ 144 Neverbreak Drive ___
(Number and street)

___ Hendersonville, Tennessee ___ 37075 ___
(City)    (State)    (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.*  Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?*  The term "musical composition" includes compositions consisting of music alone, or of words and music combined.  It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.*  The term "musical composition" does not include song poems and other works consisting of words without music.  Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.*  Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration.  For purposes of deposit, the musical compositions should be written in some form of legible notation.  If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.*  Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration.  In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.*  To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6.  Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.*  If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below.   To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?*  Publication, generally, means the sale, placing on sale, or public distribution of copies.  Limited distribution of so-called "professional" copies ordinarily would not constitute publication.  However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.*  In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice.  This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol "©."*  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.*  This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed.  However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).*  Example: © John Doe 1968.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |
| 80087001317½ | |

U.S. GOVERNMENT PRINTING OFFICE : 1968 O—306-417    Nov. 1968—250,000    *Page 4*

# Application for Registration of a Claim to Copyright

**a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

Instructions: Make sure that all applicable spaces have been filled in before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name _____

Address _____

Name _____

**2. Title:** _____
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name **Raymond A. Smith**    Citizenship: U.S.A. X   Other _____
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address  Greeneville, Tenn.   Author of _____
(State which: words, music, arrangement, etc.)

Name **Raymond A. Smith**    Citizenship: U.S.A. XX   Other _____
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes XX No ____ Address  Greeneville, Tenn.   Author of _____
(State which: words, music, arrangement, etc.)

Name _____   Citizenship: U.S.A. ____   Other _____
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address _____   Author of _____
(State which: words, music, arrangement, etc.)

**➤➤ NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____
(Month)   (Day)   (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

_____

**➤➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄**

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration 10/2/69   Registration number Eu 142111

Was work previously published? Yes ____ No ____ Date of publication _____   Registration number _____

Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

_____

EXAMINER

*Complete all applicable spaces on next page*

**7. Name and address of person or organization to whom correspondence or refund, if any, should**

Name ____Brenda Williamson_____  Address ____see no. 8____

**8. Send certificate to:**

(Type or
print
name and
address)

Name _____Peach Music, Inc._____

Address _____806 16th Ave. S._____
                     (Number and street)

_____Nashville, Tenn. 37203_____
    (City)          (State)          (ZIP code)

**9. Certification:**

(Application not
acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my
knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

**Class A**  Form A—Published book manufactured in the United States of America.

**Class A
or B**
Form A-B Foreign—Book or periodical manufactured outside the United States of America (except with the ad interim provisions of the copyright law).
Form A-B Ad Interim—Book or periodical in the English language manufactured and first published in United States of America.

**Class B**
Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C**  Form C—Lecture or similar production prepared for oral delivery.

**Class D**  Form D—Dramatic or dramatico-musical composition.

**Class E**
Form E—Musical composition the author of which is a citizen or domiciliary of the United States or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United America and which was not first published in the United States of America.

**Class F**  Form F—Map.

**Class G**  Form G—Work of art or a model or design for a work of art.

**Class H**  Form H—Reproduction of a work of art.

**Class I**  Form I—Drawing or plastic work of a scientific or technical character.

**Class J**  Form J—Photograph.

**Class K**
Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

**Class L
or M**
Form L-M—Motion picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received<br>MAR 29 1971 | |
| Fee received<br>86085   MAR 29 1971 | |
| Renewal<br>RE 823-794 | |

U.S. GOVERNMENT PRINTING OFFICE:1970—O—403-836

Page

# Application for Registration of a Claim to Copyright

**Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | **Eu 142111** |
| | DO NOT WRITE HERE |
| | EP    (EU) |

**Instructions:** Make sure that all applicable spaces have been filled in before you submit the form. The application must be signed at line 9. For published works the application cannot be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

> Peach Music, Inc.
> 806 16th Ave. S.
> Nashville, Tenn.    37203

**2. Title:** Fifteen Years Ago
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name Ray Smith
(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. X Other _____ (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes X No ___ Address Greenville, S.C.
Author of **Words & Music**
(State which: words, music, arrangement, etc.)

Name _____
(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. ___ Other _____ (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address _____
Author of _____
(State which: words, music, arrangement, etc.)

Name _____
(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. ___ Other _____ (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address _____
Author of _____
(State which: words, music, arrangement, etc.)

➤➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄

**4. (a) Date of Publication:** Give the date when copies of the particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

_____ _____ _____
(Month)      (Day)      (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

➤➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was this work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was this work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|

*Complete all applicable spaces on next page*