7. Name and address of person or organization to whom correspondence or refund, if any, should be

Name _____    Address _____

8. Send certificate to:

(Type or print name and address)

Name ........... Yonah Music, Inc. ...........

Address ........... 806 16th Ave. S. ...........
(Number and street)

........... Nashville ........... Tennessee ........... 37203 ...........
(City)                    (State)              (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Brenda Wilkerson

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

**Class A** Form A—Published book manufactured in the United States of America.

**Class A or B** Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A-B Ad Interim—Book or periodical in the English language manufactured and first published in the United States of America.

**Class B** Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C** Form C—Lecture or similar production prepared for oral delivery.

**Class D** Form D—Dramatic or dramatico-musical composition.

**Class E** Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F** Form F—Map.

**Class G** Form G—Work of art or a model or design for a work of art.

**Class H** Form H—Reproduction of a work of art.

**Class I** Form I—Drawing or plastic work of a scientific or technical character.

**Class J** Form J—Photograph.

**Class K** Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

**Class L or M** Form L-M—Motion picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **Application received** OCT - 9 1969 | |
| **One copy received** OCT - 9 1969 | |
| **Two copies received** | |
| **Fee received** 30148 OCT -9'69 | |
| **Renewal** | |

U.S. GOVERNMENT PRINTING OFFICE: 1948—O-320-471



Registered Works Database (Registration Number Search)
**Search For:**

PAu-312-457 (COHM)

|  |  |
|---|---|
| Title: | Doing my job / words & music by Si Kahn. |
| Description: | 1 sound cassette. |
| Claimant: | Si Kahn |
| Created: | 1981 |
| Registered: | 2Jul81 |
| Title on © Application: | Doin' my job. |
|  | 3/M |

**Conduct Another Search**

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



Registered Works Database (Registration Number Search)
**Search For:**

PAu-350-897 (COHM)

|  |  |
|---|---|
| Title: | Children's songs : a group of 11 songs / words & music Si Kahn. |
| Description: | 1 sound cassette. |
| Claimant: | Si Kahn |
| Created: | 1981 |
| Registered: | 12Nov81 |
|  | 3/M |

**Conduct Another Search**

HOME | CONTACT US | LEGAL NOTICES | FREEDOM OF INFORMATION ACT (FOIA) | LIBRARY OF CONGRESS

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



Registered Works Database (Registration Number Search)
**Search For:**

PA-108-153 (COHM)

| | |
|---|---|
| Title: | Queen of the Cowboy Cafe ; Motherless child ; People like you / compositions Si Kahn. |
| Note: | Performed by Si Kahn. |
| | Lyrics on record sleeve. |
| In: | Home. mFlying Fish 207, c1979. 1 sound disc : 33 1/3 rpm ; 12 in. side 1, band 2 etc. |
| Claimant: | Si Kahn |
| Created: | 1979 |
| Published: | 1Apr79 |
| Registered: | 2Jul81 |
| Author on © Application: | words & music: Si Kahn. |
| | 3/M/L |

**Conduct Another Search**

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

CLASS **E**

Eu 722057

DO NOT WRITE HERE



Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name _____ *TESSA PUBLISHING COMPANY* _____

Address _____ *28 Richmond Street West, Suite 400, TORONTO, CAN. M5H 2A1* _____

Name _____

Address _____

**2. Title:** _____ *SKIPPER'S BLUES AKA "ASHES BY NOW"* _____
(Title of the musical composition)

**3. Authors:**

Name _____ *Rodney J. Crowell* _____ Citizenship: U.S.A. *X* Other _____
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes *X* No ___ Address *10924 ElDora Sunland, Ca. 91040* Author of *Words & Music*
(State which: words, music, arrangement, etc.)

Name _____ Citizenship: U.S.A. _____ Other _____
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

Name _____ Citizenship: U.S.A. _____ Other _____
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____
(Month) (Day) (Year)

**(b) Place of Publication:**

_____
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes _____ No _____ Date of registration _____ Registration number _____

Was work previously published? Yes _____ No _____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes _____ No _____ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

EXAMINER

*Complete all applicable spaces on next page*

**7. Send correspondence to:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Brian Ahern*    *Suite 400, 73 Richmond Street West*

**8. Send certificate to:**

*TORONTO, CANADA  M5H 2A1*

(Type or print name and address)

Name  *TESSA PUBLISHING COMPANY*

Address  *73 Richmond Street West, Suite 400*
(Number and street)

*TORONTO*  *CANADA*  *M5H 2A1*
(City)  (State)  (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration of musical compositions. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:* (1) produce copies with copyright notice, by printing or other means of reproduction; (2) publish the work; and then (3) register the copyright claim, following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example:  © John Doe 1975

*WARNING:* If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

NOTE: For information concerning registration of works first published on a motion picture soundtrack, write to the Copyright Office.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| **Application received** OCT 12 1976 | |
| **One copy received** OCT 12 1976 | |
| **Two copies received** | |
| **Fee received** 6982 OCT 12 76 | |

*Page 4*

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

---

PA-177-880 (COHM)

| | |
|---|---|
| Title: | Skipper's blues : Ashes by now / words and music by Rodney Crowe |
| Imprint: | [Toronto : Tessa Pub. Co., c1976] |
| Description: | 2 p. |
| Claimant: | Tessa Publishing Company |
| Created: | 1976 |
| Published: | 1Jan79 |
| Registered: | 29Jun83 |
| Date in © Notice: | notice: 1976 |
| Previous Related Version: | Place of first publication: United States. |
| Special Codes: | 3/M |

[ Conduct Another Search ]

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Search Records Results**

Documents Database (Title Search)
**Search For:** MAIN/SKIPPER'S BLUES
**Items 1 - 2 of 2**
**For a list of commonly used abbreviations that appear in the catalog record, click here**.

    Conduct Another Search

---

| | |
|---|---|
| Item 1 OF 2 | V3474 P867 (COHD) |
| Date Recorded: | 4Oct01 |
| Date Executed: | 23Jan01 |
| Party 1: | Tessa Publishing. |
| Party 2: | Visa Music. |
| Note: | Assignment of copyright. |
| Document Location: | (V3474 D867 P1-2) |

---

| | |
|---|---|
| Item 2 OF 2 | V3474 P867 (COHD)TITLE: Skipper's blues; a.k.a. Ashes by now. Mu composition. By Rodney Crowell. |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

RE-840-064 (COHM)

| | |
|---|---|
| Title: | Oh to be kept by Jesus. |
| Note: | Words & music. |
| Claimant: | acStanley J. Lewis (acS. Joseph) (A) |
| Effective Registration Date: | 3Jan01 |
| Original Registration Date: | 18Oct72; |
| Original Registration Number: | EP306271. |
| Original Class: | E |

[ Conduct Another Search ]

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Search Records Results**

Documents Database (Title Search)
**Search For:** MAIN/OH TO BE KEPT BY JESUS
**Items 1 - 2 of 2**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

| | |
|---|---|
| Item 1 OF 2 | V3483 P570 (COHD) |
| Date Recorded: | 30Apr02 |
| Date Executed: | 1Nov01 |
| Party 1: | Pauline T. Lewis, Stanley J. Lewis & Sue Records, Inc. |
| Party 2: | MCS Music, Ltd, formerly known as Leosong Copyright Service, Ltd. |
| Note: | A chance go testify & 2029 other titles; musical compositions. Assignment of copyrights. Exhibit G-1 recorded at request of sender |
| Document Location: | (In V3483 D567-572 P1-131) |

---

| | |
|---|---|
| Item 2 OF 2 | V3483 P570 (COHD)TITLE: Oh to be kept by Jesus. By S. Joseph (St Lewis) RE |
| | 840-064 (2001) |

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

FEE CHANGES
Fees are effective through June 30, 2002. After
that date, check the Copyright Office Website
at www.loc.gov/copyright or call (202) 707-
3000 for current

**116737337**



**FORM PA**
For a Work of the Performing Arts
UI
RI         **PA 1-013-477**

EFFECTIVE DATE OF REGISTRATION

9        5        00
Month      Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
DESTITUTE & LOSIN'

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

---

**2**
**a**
NAME OF AUTHOR ▼
MARK FARNER

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?     ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1973 ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JUNE        Day ▶ 29        Year ▶ 1999
UNITED STATES        ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CRAM RENRAFF COMPANY C/O COPYRIGHT.NET, 1625
BROADWAY, FOURTH FLOOR, NASHVILLE, TENNESSEE 37203

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
WRITTEN AGREEMENT

APPLICATION RECEIVED
SEP 05 2000
ONE DEPOSIT RECEIVED
SEP 05 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

EXAMINED BY _____ _CM_____

CHECKED BY _____

CORRESPONDENCE

Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7.

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                    **Account Number ▼**

COPYRIGHT MANAGEMENT, INC.                         DA066710

**a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT.NET
1625 BROADWAY
FOURTH FLOOR
NASHVILLE, TENNESSEE 37203

Area code and daytime telephone number ▶ ( 615 ) 250-4600          Fax number ▶ ( 615 ) 250-4699

Email ▶ mark.dunn@copyright.net

**b**

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **CRAM RENRAFF COMPANY**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

MARK S. DUNN                                    Date ▶ AUGUST 22, 2000

Handwritten signature (X) ▼

x

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
COPYRIGHT.NET

**Number/Street/Apt ▼**
1625 BROADWAY, FOURTH FLOOR

**City/State/ZIP ▼**
NASHVILLE, TENNESSEE 37203

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999

☺ PRINTED ON RECYCLED PAPER

⭑U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

Page 1

# FORM E

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | E u 418974 |
| | DO NOT WRITE HERE |
| | EP        EU |

# Application for Registration of a Claim to Copyright

### in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ___ Cram Renraff Co. _____

Address ___ c/o D.G.Brewer, 6167 Eastknoll Drive, Flint, Michigan _____

Name _____

Address _____

**2. Title:** ___ AIN'T GONNA BE THEIR FOOL NO MORE _____
*(Give the title of the musical composition as it appears on the copies)*

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ___ Mark Farner _____
*(Give legal name followed by pseudonym if latter appears on the copies)*    Citizenship: U.S.A. ___ X ___ Other _____ *(Check if U.S. citizen)*    *(Name of country)*

Domiciled in U.S.A. Yes _X_ No ___ Address ___ Flint, Michigan _____ Author of ___ words & music ___
*(State which: words, music, arrangement, etc.)*

Name _____
*(Give legal name followed by pseudonym if latter appears on the copies)*    Citizenship: U.S.A. ___ Other _____ *(Check if U.S. citizen)*    *(Name of country)*

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____
*(State which: words, music, arrangement, etc.)*

Name _____
*(Give legal name followed by pseudonym if latter appears on the copies)*    Citizenship: U.S.A. ___ Other _____ *(Check if U.S. citizen)*    *(Name of country)*

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____
*(State which: words, music, arrangement, etc.)*

➤➤ **NOTE:** ▏ **Leave all spaces of line 4 blank unless your work has been PUBLISHED.** ▏ ◄━

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____
*(Month)          (Day)          (Year)*

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

_____

➤➤ **NOTE:** ▏ **Leave all spaces of line 5 blank unless the instructions below apply to your work.** ▏ ◄━

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

_____

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  J.L. Eastman          Address  39 W. 54th St, New York, NY 10019

8. Send certificate to:

(Type or print name and address)

Name    EASTMAN & EASTMAN

Address  39 WEST 54TH STREET
         (Number and street)
         NEW YORK, NEW YORK 10019
         (City)        (State)        (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A    Form A—Published book manufactured in the United States of America.

Class A or B
{ Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
{ Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E
{ Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K
{ Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M
} Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received  9217 JUL 13 73 | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE:1970—O-403-836

*Page 2*

**Copyright** | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-119-378 (COHM)

|  |  |
|---|---|
| Title: | Stuck in the middle. |
| Note: | Written by Mark Farner. |
|  | Performed by aGrand Funk Railroad. |
| In: | Grand Funk lives. mFull Moon FMH 3625, c1981. 1 sound disc : 33 1/3 rpm ; 12 in. side 2, band 3 |
| Claimant: | Mark Farner d.b.a. Cram Renraff Company |
| Created: | 1981 |
| Published: | 23Sep81 |
| Registered: | 27Oct81 |
| Author on © Application: | words & music: caMark Farner. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M/L |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



Registered Works Database (Registration Number Search)
**Search For:**

PA-119-377 (COHM)

| | |
|---|---|
| Title: | Greed of man. |
| Note: | Written by Mark Farner. |
| | Performed by aGrand Funk Railroad. |
| In: | Grand Funk lives. mFull Moon FMH 3625, c1981. 1 sound disc : 33 1/3 rpm ; 12 in. side 2, band 4 |
| Claimant: | Mark Farner d.b.a. Cram Renraff Company |
| Created: | 1981 |
| Published: | 23Sep81 |
| Registered: | 27Oct81 |
| Title on © Application: | Tell me. |
| Author on © Application: | words & music: caMark Farner. |
| Miscellaneous: | C.O. corres. |
| | 3/M/L |

**Conduct Another Search**

Home | Search | ... | ... | ... | ...

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

PAu-437-781 (COHM)

| | |
|---|---|
| Title: | El Salvador / Mark Farner. |
| In: | Grand Funk Railroad. 1 sound cassette. selection no. 5 |
| Claimant: | Mark Farner d.b.a. acCram Renraff Company |
| Created: | 1982 |
| Registered: | 14Sep82 |
| Author on © Application: | words & music: Mark Farner d.b.a. Cram Renraff Company. |
| Special Codes: | 3/M |

[ Conduct Another Search ]

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

PAu-437-783 (COHM)

|  |  |
|---|---|
| Title: | Don't lie to me / Mark Farner. |
| In: | Grand Funk Railroad. 1 sound cassette. selection no. 7 |
| Claimant: | Mark Farner d.b.a. acCram Renraff Company |
| Created: | 1982 |
| Registered: | 14Sep82 |
| Author on © Application: | words & music: Mark Farner d.b.a. Cram Renraff Company. |
| Special Codes: | 3/M |

[ Conduct Another Search ]

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



Registered Works Database (Registration Number Search)
**Search For:**

PAu-512-379 (COHM)

|  |  |
|---|---|
| Title: | Innocent / by Mark Farner. |
| Description: | on 1 sound cassette + lyrics (1 p.) |
| Note: | (With Borderline) |
| Claimant: | Mark Farner d.b.a. acCram Renraff Company |
| Created: | 1983 |
| Registered: | 2May83 |
| Author on © Application: | words & music: Mark Farner d.b.a. Cram Renraff Company. 3/M |

**Conduct Another Search**

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

___

PAu-512-380 (COHM)

| | |
|---|---|
| Title: | Borderline / by Mark Farner. |
| Description: | on 1 sound cassette + lyrics (1 p.) |
| Note: | (With Innocent) |
| Claimant: | Mark Farner d.b.a. acCram Renraff Company |
| Created: | 1983 |
| Registered: | 2May83 |
| Author on © Application: | words & music: Mark Farner d.b.a. Cram Renraff Company. |
| <u>Special Codes:</u> | 3/M |

[ Conduct Another Search ]

___

<u>Home</u>  |  <u>Contact Us</u>  |  <u>Legal Notices</u>  |  <u>Freedom of Information Act (FOIA)</u>  |  <u>Library of Congress</u>

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



Registered Works Database (Title Search)
**Search For:** LONG WET KISS
*3 Items*
**For a list of commonly used abbreviations that appear in the catalog record,**                    .

1. Registration Number:    PA-1-016-073
                  Title:    Long wet kiss.
                   Note:    Performed by Tracy Lawrence.
                     In:    Lessons learned. mAtlantic 83269-2, c2000. Compact disc
               Claimant:    SLL Music, I-Forty Music, Hamstein Music Group
                Created:    1998
              Published:    1Feb00
             Registered:    10Jul00
   Author on © Application:    words & music: Tracy Lawrence, Rick Hackabay, Cleo Anderson (
                            Flip Anderson)
                            3/M/L

2. Registration Number:    PAu-2-431-702
                  Title:    Long wet kiss / w & m Richard David Huckabay , 1975-, Cleo
                            Anderson, Tracy Lawrence.
            Description:    Sound cassette.
               Claimant:    Songs of Hamstein Cumberland, I-40 Music, SSL Music
                Created:    1998
             Registered:    13Oct99
                            3/M

3. Registration Number:    SR-303-764
                  Title:    Lessons learned / aTracy Lawrence.
                Imprint:    Atlantic 83269-2, c2000.
            Description:    Compact disc.
               Claimant:    (c) (p) on sound recording & photography; acAtlantic Recording
                            Corporation (employer for hire)
                Created:    2000
              Published:    18Jan00
             Registered:    19Nov01
               Contents:    The holes that he dug.
                            Long wet kiss.
                            From the inside out.

Lessons learned.

The man I was.

Lonely.

Just you and me.

Steps.

From here to kingdom come.

Up all night.

Unforgiven.

7/U/L

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000


**Search Records Results**

Registered Works Database (Title Search)
**Search For:** SHE LOVED THE DEVIL OUT OF ME
**Items 1 - 5 of 5**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

> Conduct Another Search

---

| | |
|---|---|
| 1. Registration Number: | PA-1-088-689 |
| Title: | She loved the devil out of me. |
| Note: | Performed by Tracy Lawrence. |
| In: | Atlantic/Warner Bros. 9 48187-2, 2001. Compact disc |
| Claimant: | Mosaic Music Publishing, LLC d.b.a. Songs of Mosaic & Riostar Publishing, SSL Music |
| Created: | 1999 |
| Published: | 23Oct01 |
| Registered: | 12Jun02 |
| Author on © Application: | words & music: Richard David Huckabay , 1975-, Earl Clark & Tracy Lawrence. |
| Previous Related Version: | Prev. reg. 1999, PAu 2-441-585. |
| Special Codes: | 3/M/L |

---

| | |
|---|---|
| 2. Registration Number: | PA-1-127-015 |
| Title: | She loved the Devil out of me. |
| Note: | Performed by Tracy Lawrence. |
| In: | Tracy Lawrence. mAtlantic/Warner Brothers 9 48187-2, c2001. Compact disc |
| Claimant: | Earl Clark Music, SLL Music & Songs of Mosaic |
| Created: | 2001 |
| Published: | 1Oct01 |
| Registered: | 29Jan03 |
| Author on © Application: | words & music: Earl Cranston Clark, Rick Huckaby & Tracy Lawrence |
| Special Codes: | 3/M/L |

---

| | |
|---|---|
| 3. Registration Number: | PAu-2-441-585 |
| Title: | She loved the devil out of me / w & m Richard David Huckabay , 1975-, & Cleo Anderson. |
| Description: | Sound cassette. |
| Claimant: | Songs of Hamstein Cumberland, I-40 Music & Riostar Publishing |
| Created: | 1999 |
| Registered: | 13Oct99 |

| | |
|---|---|
| Miscellaneous: | See also She loved the devil out of me; REG 29Jan01; PAu 2-592-05 |
| Special Codes: | 3/M |

---

| | |
|---|---|
| 4. Registration Number: | PAu-2-592-058 |
| Title: | She loved the devil out of me. By Richard David Huckabay, Cleo Anderson. |
| Claimant: | SSL Music, Songs of Hamstein Cumberland, Riostar Publishing (on original appl.: I-40 Music, Songs of Hamstein Cumberland, Riostar Publishing) |
| Supplement to Registration: | PAu 2-441-585, 1999 |
| Effective Registration Date: | 29Jan01 |
| Author on © Application: | Earl Clark, Tracy Lawrence, Richard David Huckabay , 1975- (on original appl.: Cleo Anderson, Richard David Huckabay) |
| Special Codes: | 3/M/X |

---

| | |
|---|---|
| 5. Registration Number: | SR-307-005 |
| Title: | Tracy Lawrence. |
| Imprint: | Atlantic/Warner Brothers 9 48187-2, c2001. |
| Description: | Compact disc. |
| Claimant: | (c) (p) on recording, photos; acAtlantic Recording Corporation (employer for hire) |
| Created: | 2001 |
| Published: | 23Oct01 |
| Registered: | 26Feb02 |
| Contents: | Crawlin' again. |
| | Life don't have to be so hard. |
| | It's got you all over it. |
| | Getting back up. |
| | It's hard to be an outlaw. |
| | Meant to be. |
| | That was us. |
| | She loved the devil out of me. |
| | Whole lot of lettin' go. |
| | What a memory. |
| | God's green earth. |
| | I won all the battles. |
| Special Codes: | 7/U/L |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

Plaintiffs are not in possession of the copyright certificates for the following two claimed works.  Additionally, the copyright registration numbers for these works pre-date the earliest date for which printouts are available from the Copyright Office Website at www.copyright.gov.

| | | |
|---|---|---|
| Gone Gonna Rise Again | EU 424-245 | Joe Hill Music |
| Lawrence Jones | EU 522-384 | Si Khan |