# EXHIBIT D

| COMPOSITION | ARTIST | ALBUM/SOURCE |
|---|---|---|
| A Differnet Journey (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| Accidentals, Aragon Mill | Planxty | Words And Music |
| Aragon Mill | Si Kahn | Take Me Back |
| Aragon Mill | Peggy Seeger | Classic Labor Songs from Smithsonian Folkways |
| Aragon Mill | Jill Fielding | Triplicity |
| Aragon Mill | Charles Sawtelle | Music From Rancho Deville |
| Aragon Mill | Dan Bonis | Delivering The Cake |
| Aragon Mill | Dolores Keane | Dolores Keane |
| Ashes By Now | Rodney Crowell | Buy What Will The Neighbors Think |
| Ashes By Now | Rodney Crowell | The Rodney Crowell Collection |
| Ashes By Now (Karaoke - Demonstration) | Karaoke In The Style of Lee Ann Womack | Karaoke - Sing Like Lee Ann Womack v2 |
| Ashes By Now (Karaoke - Instrumental) | Karaoke In The Style of Lee Ann Womack | Karaoke - Sing Like Lee Ann Womack v2 |
| Ask Any Farmer | John McCutcheon | What It's Like |
| Autumn Sequence | Charles Lloyd Quartet | Dream Weaver |
| Awful Hilly Daddy - Willie Trip | John McCutcheon | Mail Myself To You |
| Big River | Ondar | Back Tuva Future |
| Bird Flight | Charles Lloyd Quartet | Dream Weaver |
| Black Sea | John McCutcheon | Live At Wolf Trap |
| Blues for O.T. | Chico Hamilton | Man From Two Worlds |
| Borderline (Album Version) | Grand Funk Railroad | What's Funk |
| Brady Bill (Gunfighter Without A Gun) | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| By The Side Of The Road | John McCutcheon | Signs Of The Times |
| Calling All The Children Home | John McCutcheon | Live At Wolf Trap |
| Calling All The Children Home | John McCutcheon | Supper's On The Table…Everybody Come In |
| Caught In The Crossfire | John McCutcheon | Gonna Rise Again |
| Caught In The Crossfire | John McCutcheon | Water From Another Time |
| Christmas In The Trenches | John McCutcheon | Water From Another Time |
| Christmas In The Trenches | John McDermott | Remembrance |
| Christmas In The Trenches | Coyote Run | Tend the Fire |
| Christmas In The Trenches | John McCutcheon | Winter Solstice |
| Christmas In The Trenches | Galipeau, Ken | Collection |
| Christmas In The Trenches | Will Hoppey | Acoustic |
| Christmas In The Trenches | Darryl Purpose | The Gift of the Magi (and other seasonal stories) |
| Christmas In The Trenches | Kith & Kin | Winter Measures |
| Christmas In The Trenches | Skip Healy's "The Cartel" | "The Cartel" - Songs … |

Dockets.Justia.com

| | | |
|---|---|---|
| Claudette Colvin Goes to Work | John McCutcheon | Mightier Than The Sword |
| Closing The Bookstore | John McCutcheon | Supper's On The Table…Everybody Come In |
| Cotton Mill Blues | Anne Price | Hearth & Fire |
| Creepin' | Grand Funk Railroad | Thirty Years of Funk (Feelin' Alright) |
| Creepin' | Grand Funk Railroad | 30 Years of Funk 1969-1999 The Anthology |
| Cultivo Una Rosa Blanca | John McCutcheon | Mightier Than The Sword |
| Cup Of Coffee | John McCutcheon | What It's Like |
| Dad's Got That Look | John McCutcheon | Family Garden |
| Dale Jarrett's Car | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Dark-Haired Woman | John McCutcheon | Between The Eclipse |
| Dead Man Walking | John McCutcheon | Supper's On The Table…Everybody Come In |
| Dearest Martha | John McCutcheon | Gonna Rise Again |
| Destitute And Losin' | Grand Funk | 30 Years of Funk 1969-1999 The Anthology |
| Destitute And Losin' | Grand Funk Railroad | Shinin' On |
| Don't Lie To Me (Album Version) | Grand Funk Railroad | What's Funk |
| Dream Weaver: Meditation, Dervish Dance | Charles Lloyd Quartet | Dream Weaver |
| El Salvador (Album Version) | Grand Funk Railroad | What's Funk |
| European Fantasy | Charles Lloyd Quartet | Charles Lloyd in Europe |
| Father-In-Law | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Feather Bed | Carawan Family | Home Brew |
| Featherbed | John McCutcheon | Water From Another Time |
| Fifteen Years Ago | Conway Twitty | Hello Darlin' 15 #1 Hits |
| Fifteen Years Ago | Conway Twitty | Oh Boy Classics Presents Conway Twitty |
| Fifteen Years Ago | Conway Twitty | The Very Best of Conway Twitty |
| Fifteen Years Ago | The Statler Brothers | Bed Of Roses |
| Fifteen Years Going Up (And One Night Coming Down) | George Strait | Chronicles [3 CD Econopak] |
| Forest Flower | Burt Conrad All Stars | Forward Looking Backwards |
| Forest Flower | Burt Conrad All Stars | Forward Looking Backwards Radio Edits |
| Forest Flower | Chico Hamilton | Man From Two Worlds |
| Forest Flower - Sunrise (Llive @ Monterey) | Charles Lloyd | Forest Flower: Charles Lloyd at Monterey |
| Forest Flower - Sunrise (Llive @ Monterey) | Charles Lloyd | Atlantic Jazz: Introspection |
| Forest Flower - Sunrise/Forest Flower - Sunset | Chico Hamilton | The House That Trane Built: The Story of Impulse Records |
| Forest Flower - Sunset (Llive @ Monterey) | Charles Lloyd | Forest Flower: Charles Lloyd at Monterey |
| Forest Flower '69 [LP Version] | Charles Lloyd | Soundtrack |

| | | |
|---|---|---|
| Forest Flower: Sunrise | Chico Hamilton | NEA Jazz Masters |
| Generations | Sally Rogers | Generations |
| Goin' To Memphis / Island Blues (Live In Norway) | Charles Lloyd Quartet | The Flowering |
| Gone Gonna Rise Again | The Gordons | Time Will Tell Our Story |
| Good Horses | Ondar | Back Tuva Future |
| Good Ol' Girls | John McCutcheon | Mightier Than The Sword |
| Greed Of Man (Album Version) | Grand Funk Railroad | Grand Funk Lives |
| Happy Adoption Day | John McCutcheon | Family Garden |
| Happy Adoption Day | John McCutcheon | Supper's On The Table…Everybody Come In |
| Harness Your Horse And Catch The Wind | Ondar | Back Tuva Future |
| Hej Da! (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| High Hearts | John McCutcheon | Live At Wolf Trap |
| High Maintenance Woman | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| If I Were A Featherbed | John McCutcheon | The Wind That Shakes The Barley |
| If I Were A Featherbed | Thomasina | Holding Back The Night |
| Immigrant (Previously Unreleased) | John McCutcheon | Supper's On The Table…Everybody Come In |
| In God & Alan Greenspan We Trust | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Innocent (Album Version) | Grand Funk Railroad | What's Funk |
| Island Blues | Cannonball Adderley | Fiddler On The Roof |
| Island Blues (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| It Takes A Village (To Raise A Nut) | Tim Wilson | It's A Sorry World |
| It's the Economy, Stupid | John McCutcheon | Mightier Than The Sword |
| Journey Within (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |
| Kargyraa Rap | Ondar | Back Tuva Future |
| Karma | Charles Lloyd Quartet | Charles Lloyd in Europe |
| Kindergarten Wall | John McCutcheon | Mail Myself To You |
| Kindergarten Wall | John McCutcheon | Water From Another Time |
| Know When To Move | John McCutcheon | What It's Like |
| La Mujer de Don Miguel | John McCutcheon | Mightier Than The Sword |
| Lawrence Jones | Various Artists | Coal Mining Women |
| Lawrence Jones | Various Artists | Harlan County USA: Songs of the Coal Miner's Struggle |
| Labor Day | John McCutcheon | Supper's On The Table…Everybody Come In |
| Leviathan | John McCutcheon | What It's Like |
| Little White Star | Hey Mom! | Singing On A Star |

| | | |
|---|---|---|
| Little Yurt On The Prairie | Ondar | Back Tuva Future |
| Lonesome Child | Chico Hamilton | Man From Two Worlds |
| Lonesome Child: Song / Dance (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |
| Long Way Back To Georgia | John McCutcheon | Gonna Rise Again |
| Long Wet Kiss | Tracy Lawrence | Lessons Learned |
| Love In (Live Version) | Charles Lloyd Quartet | Love-In |
| Love In / Island Blues | Charles Lloyd Quartet | The Flowering |
| Love Ship (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| Love Song To A Baby | Chico Hamilton | Man From Two Worlds |
| Love Song To A Baby | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| Luray Women | Hot Soup | Hot Soup! |
| Luray Women | Mr. Sea Tea | The Risk Involved |
| Mallet Dance | Chico Hamilton | Man From Two Worlds |
| Man With A Memory | Joe Nichols | Man With A Memory |
| Manhattan Carousel (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| Memphis Dues Again - Island Blues (Live Version) | Charles Lloyd Quartet | Love-In |
| Memphis Green | The Jack Brothers ( Bellnas | The Jack Bros. |
| Mending Fences | John McCutcheon | Supper's On The Table…Everybody Come In |
| Meteors/The Perseid | John McCutcheon | Supper's On The Table…Everybody Come In |
| Molly And The Whale/Rubber Blubber Whale | John McCutcheon | Howjadoo |
| My Tuva | Ondar | Back Tuva Future |
| No Mas! | John McCutcheon | Water From Another Time |
| No Turning Back Now | John McCutcheon | What It's Like |
| Nobody's Body But Mine | Cathy Fink & Marcy Marxer | Voice On The Wind |
| Ode to Common Things | John McCutcheon | Mightier Than The Sword |
| Oh To Be Kept By Jesus | GENE VIALE | A Light To This World |
| Oh To Be Kept By Jesus | Rev. James Cleveland | This Is Gospel Vol. 26 - Rev. James Cleveland- A |
| Oh To Be Kept By Jesus | Rev. James Cleveland | Treasures?The Golden Years Of The King |
| Oh To Be Kept By Jesus | Reverend James Cleveland | We Remember?The King |
| Old Brown's Head Light | John McCutcheon | Live At Wolf Trap |
| One Man's Trash | John McCutcheon | What It's Like |
| One Strong Arm | John McCutcheon | Water From Another Time |
| Our Flag Was Still There | John McCutcheon | Mightier Than The Sword |
| Passin' Thru | Chico Hamilton | Man From Two Worlds |
| People Like You | Sharon Dressen McKnight | My Backyard |
| Phobias | John McCutcheon | Family Garden |
| Pre-Dawn | Charles Lloyd | Soundtrack |

| Title | Artist | Album |
|---|---|---|
| Rock Me, Roll Me | Musicbear | Buddy |
| Room At The Top Of The Stair | John McCutcheon | Supper's On The Table…Everybody Come In |
| Room Here For Another | John McCutcheon | What It's Like |
| Rubber Blubber Whale | Ellen Edson | Family Fare: Folk Songs For Children And Their Families |
| Sail Away | John McCutcheon | Mightier Than The Sword |
| Santiago | John McCutcheon | Step By Step |
| She Needs Someone To Hold Her | Conway Twitty | |
| | | |
| | | |
| | | |
| She Loved the Devil Out of Me | Tracy Lawrence | Tracy Lawrence |
| Smack Dab In Paradise | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Sombrero Sam (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| Sombrero Sam [LP Version] | Charles Lloyd Quartet | Soundtrack |
| Soup | John McCutcheon | Supper's On The Table…Everybody Come In |
| Starlight | John McCutcheon | Supper's On The Table…Everybody Come In |
| Stone By Stone | John McCutcheon | What It's Like |
| Stuck In the Middle (Album Version) | Grand Funk Railroad | Grand Funk Lives |
| Sun Yen Yen (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| Sunburst | Montana Skies | Montana Skies |
| Sunburst | Jonathan Adams | Jonathan Adams: Guitarist |
| Sunburst | John Goulart | Toward The Millennium |
| Sweet Georgia Bright | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| Tagore (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| Temple Bells | Charles Lloyd Quartet | Love-In |
| The Farmer Is The Woman | John McCutcheon | Gonna Rise Again |
| The Other Side Of The Mountain | Ondar | Back Tuva Future |
| The Red Corvette | John McCutcheon | Water From Another Time |
| The Silver Run | John McCutcheon | What It's Like |
| The Vulture (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| The Young Ones Don't Remember | John McCutcheon | Gonna Rise Again |
| This Time Of Year | John McCutcheon | What It's Like |
| Too Stoned For Sturgis | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |

| Title | Artist | Album |
|---|---|---|
| Traveling In The Wilderness | John McCutcheon | Family Garden |
| Tribal Dance (Live Estonia USSR) | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| Tribal Dance (Live) | Charles Lloyd Quartet | Love-In |
| Tuva Groove | Ondar | Back Tuva Future |
| Voice In The Night (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| Voice In The Night [LP Version] | Charles Lloyd | Soundtrack |
| Water From Another Time | John McCutcheon | Gonna Rise Again |
| Water From Another Time | John McCutcheon | Water From Another Time |
| Water From Another Time | The Rite of Spring | Strangers To Comrades |
| Watermelon | John McCutcheon | Family Garden |
| What It's Like | John McCutcheon | What It's Like |
| What Will I Leave | Cathy Fink & Marcy Marxer | Voice On The Wind |
| What Will I Leave Behind | Charlie Bernhardt | A Bridge Between Two Worlds |
| Where Has My Country Gone? | Ondar | Back Tuva Future |
| Where Were You When | John McCutcheon | Live At Wolf Trap |
| Who'll Rock The Cradle | John McCutcheon | Supper's On The Table…Everybody Come In |
| Wild Rose Of The Mountain | John McCutcheon | The Wind That Shakes The Barley |
| Wild Rose Of The Mountain | Blue Rose | Blue Rose |
| Wild Rose Of The Mountain | BUTCH BALDASSARI; DAVID SCHNAUFER | Appalachian Mandolin & Dulcimer |
| Wild Rose Of The Mountain | J.P. Fraley | Wild Rose Of The Mountain |
| Wild Rose Of The Mountain / Wild Rose Of The Mountain | John McCutcheon | Water From Another Time |
| Wild Rose Of The Mountain | Hackensaw Boys | Give It Back |
| Willie's Waltz | John McCutcheon | Winter Solstice |
| Yesterday's Fools | John McCutcheon | Live At Wolf Trap |
| Yesterday's Fools - John McCutcheon | John McCutcheon | Raise the Roof - A Retrospective; Live from The Barns at Wolf Trap |
| Your Baby Doesn't Love You Anymore | The Carpenters | Carpenters Gold - 35th Anniversary Edition |
| Your Baby Doesn't Love You Anymore | The Carpenters | Voice Of The Heart |
| Your Will | Darius Brooks | Your Will |