| COMPOSITION | ARTIST | ALBUM/SOURCE |
| --- | --- | --- |
| April Fool | John McCutcheon | Four Seasons: Springsongs |
| Aragon Mill | Dry Branch Fire Squad | Tried & True |
| Aragon Mill | Dry Branch Fire Squad | Live! At Last |
| Babysitter | John McCutcheon | Howjadoo |
| Baseball On The Block | John McCutcheon | Family Garden |
| Bigger Than Yourself | John McCutcheon | Bigger Than Yourself |
| Bird Dog | John McCutcheon | Four Seasons: Autumnsongs |
| Campfire | John McCutcheon | Four Seasons: Autumnsongs |
| Camping In The Wilderness | John McCutcheon | Four Seasons: Summersongs |
| Christmas In The Trenches | John McCutcheon | Live At Wolf Trap |
| Christmas In The Trenches | John McDermott | A Time To Remember |
| Copper Rover Bounce | John McCutcheon | Live At Wolf Trap |
| Dad & Me | John McCutcheon | Four Seasons: Summersongs |
| Detroit, December | John McCutcheon | Winter Solstice |
| Dog's Life | John McCutcheon | Four Seasons: Springsongs |
| Dwija | Charles Lloyd Quartet | The Call |
| Each Season It's The Same | John McCutcheon | Nothing To Lose |
| Family Garden | John McCutcheon | Family Garden |
| Family Revival | John McCutcheon | Family Garden |
| Fishin' | John McCutcheon | Four Seasons: Springsongs |
| Forest Flower | Nate Morgan/Jeff Littleton/Fritz Wise | Live In Santa Barbara |
| Forest Flower: Sunrise / Sunset | Charles Lloyd | Voice In The Night |
| Friend And Companion | John McCutcheon | Signs Of The Times |
| Friends Don't Let Friends | John McCutcheon | Bigger Than Yourself |
| Friendship | John McCutcheon | Bigger Than Yourself |
| Frog On A Log | John McCutcheon | Four Seasons: Springsongs |
| Going To The Prom | John McCutcheon | Four Seasons: Springsongs |
| Going, Going Gone | John McCutcheon | Live At Wolf Trap |
| Government Of Horseback | John McCutcheon | Signs Of The Times |
| Grounded | John McCutcheon | Four Seasons: Springsongs |
| Haircut | John McCutcheon | Four Seasons: Summersongs |
| Half A World Away | John McCutcheon | Between The Eclipse |
| Halloween | John McCutcheon | Four Seasons: Autumnsongs |
| Happened To Me | John McCutcheon | Between The Eclipse |
| Happy Adoption Day | Various Artists | Sound And Spirit: Welcoming Children Into The World |

MCS Music America, Inc. et al v. Farner et al  
Doc. 1 Att. 13  
Dockets.Justia.com

| | | |
|---|---|---|
| Heaven's Wake | John McCutcheon | Sprout Wings And Fly |
| Here Is My Home | John McCutcheon | Signs Of The Times |
| Here On The Islands | John McCutcheon | Nothing To Lose |
| Hope I Make It | John McCutcheon | Four Seasons: Springsongs |
| How Many People | John McCutcheon | Family Garden |
| I Got A Dime | John McCutcheon | Bigger Than Yourself |
| I Love Summer | John McCutcheon | Four Seasons: Summersongs |
| Ice-Cream Man | John McCutcheon | Four Seasons: Summersongs |
| If I Ran The World | John McCutcheon | Family Garden |
| If I Were A Featherbed | John McCutcheon | Signs Of The Times |
| Imaginary Friend | John McCutcheon | Family Garden |
| Is My Family | John McCutcheon | Family Garden |
| It's Fall | John McCutcheon | Four Seasons: Autumnsongs |
| Jericho | John McCutcheon | Supper's On The Table…Everybody Come In |
| Junk Mail | John McCutcheon | Four Seasons: Springsongs |
| Kid Who Hates Summer | John McCutcheon | Four Seasons: Summersongs |
| Kids On Strike | John McCutcheon | Bigger Than Yourself |
| Labor Day | John McCutcheon | Four Seasons: Autumnsongs |
| Lament | John McCutcheon | Signs Of The Times |
| Leftovers | John McCutcheon | Nothing To Lose |
| Lefty's Bar Tonight | John McCutcheon | Nothing To Lose |
| Let's Keep It Straight | John McCutcheon | Signs Of The Times |
| Little White Star | John McCutcheon | Family Garden |
| Long Time Travelling/Long Time Friends | John McCutcheon | Signs Of The Times |
| Losers Like You | John McCutcheon | Nothing To Lose |
| Memphis Green (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |
| Mending Fences | John McCutcheon | Between The Eclipse |
| Meteors/The Perseid | John McCutcheon | Four Seasons: Summersongs |
| Mississippi Summer | June Tabor And The Oyster Band | Freedom And Rain |
| Mud | John McCutcheon | Four Seasons: Summersongs |
| Music In Your Hands | John McCutcheon | Signs Of The Times |
| My Old Man | John McCutcheon | Nothing To Lose |
| Natural Disaster | John McCutcheon | Four Seasons: Autumnsongs |
| New Kid In School | John McCutcheon | Four Seasons: Autumnsongs |
| No Mas | John McCutcheon | Signs Of The Times |
| Nothing To Lose | John McCutcheon | Nothing To Lose |
| Old Coat | John McCutcheon | Between The Eclipse |

# EXHIBIT E

| | | |
|---|---|---|
| One Strong Arm | John McCutcheon | Signs Of The Times |
| One Thin Swimsuit | John McCutcheon | Signs Of The Times |
| Own Backyard | John McCutcheon | Four Seasons: Summersongs |
| Paint Me A Picture | John McCutcheon | Nothing To Lose |
| Play Fair | John McCutcheon | Bigger Than Yourself |
| Power Mower | John McCutcheon | Four Seasons: Summersongs |
| Pumpkin Man | John McCutcheon | Autumnsongs |
| Riding My Bike | John McCutcheon | Four Seasons: Summersongs |
| Road To Bangor / Morrison's | John McCutcheon | Sprout Wings And Fly |
| Robbin Peter To Pay Paul | John McCutcheon | Step By Step |
| Rubber Blubber Whale | John McCutcheon | Water From Another Time |
| Running For President | John McCutcheon | Bigger Than Yourself |
| Safe At Home | John McCutcheon | Bigger Than Yourself |
| Same Small Town | John McCutcheon | Between The Eclipse |
| She | John McCutcheon | Between The Eclipse |
| Si Se Puede | John McCutcheon | Autumnsongs |
| Signs Of The Times | John McCutcheon | Signs Of The Times |
| Sing Me | John McCutcheon | Bigger Than Yourself |
| Snow In April | John McCutcheon | Four Seasons: Springsongs |
| Snow In April | John McCutcheon | Supper's On The Table…Everybody Come In |
| Someone Else Decide | John McCutcheon | Bigger Than Yourself |
| S'posed To Do | John McCutcheon | Between The Eclipse |
| Spring Cleaning | John McCutcheon | Four Seasons: Springsongs |
| Spring Fever | John McCutcheon | Four Seasons: Springsongs |
| Stick Together | John McCutcheon | Bigger Than Yourself |
| Still The Ones For Me | John McCutcheon | Bigger Than Yourself |
| Summer Is A-Coming | John McCutcheon | Four Seasons: Springsongs |
| Swimming Hole | John McCutcheon | Four Seasons: Summersongs |
| Thanksgiving Day | John McCutcheon | Four Seasons: Autumnsongs |
| The Hours After | John McCutcheon | Live At Wolf Trap |
| The Principle | John McCutcheon | Bigger Than Yourself |
| The Principle | John McCutcheon | Supper's On The Table…Everybody Come In |
| Voice In The Night | Charles Lloyd | Voice In The Night |
| Walk On | John McCutcheon | Nothing To Lose |
| Way It's Supposed To Be | John McCutcheon | Nothing To Lose |
| We Shall Rise | John McCutcheon | Between The Eclipse |
| Welcome To The World/Willie's Waltz | John McCutcheon | Signs Of The Times |

| | | |
|---|---|---|
| Whatchagonnabe | John McCutcheon | Bigger Than Yourself |
| Who'll Rock The Cradle | John McCutcheon | Sprout Wings And Fly |
| Wish You Goodnight | John McCutcheon | Nothing To Lose |
| Woman Like You | John McCutcheon | Between The Eclipse |
| World Series '57 | John McCutcheon | Four Seasons: Autumnsongs |
| Write It Down | John McCutcheon | Bigger Than Yourself |