## Nathan Thompson

| | |
|---|---|
| **From:** | Robin Schwartz [Robin.Schwartz@napster.com] |
| **Sent:** | Wednesday, September 07, 2005 2:16 PM |
| **To:** | Nathan Thompson |
| **Subject:** | MCS Music America Catalog Licensing |
| **Attachments:** | Napster mechanical license form template.doc |

Hi there, Nathan, it was really great speaking with you today. I'm so glad you're interested in working with us, as we'd love to acquire publishing rights to the catalogs you control.

As stated, I'm attaching a copy of our standard, mechanical licensing template for your review. Kindly let me know if you have any questions or need any additional information.

If all looks okay, we can work to towards getting you a sample copy of our royalty reporting statement and get from you a listing of those songs you control 100% for starters and sort by artist.

Let me know your comments about the contract as soon as possible.

Looking forward to working with you!

Have a great day :)

**Robin Schwartz**
Publishing Manager



**9044 Melrose Ave.**
**Los Angeles, CA 90069**
**310 281 5087**
**robin.schwartz@napster.com**
**www.napster.com**
**NASDAQ: NAPS**

EXHIBIT
G

# Nathan Thompson

| | |
|---|---|
| **From:** | Robin Schwartz [Robin.Schwartz@napster.com] |
| **Sent:** | Wednesday, September 07, 2005 5:58 PM |
| **To:** | Nathan Thompson |
| **Subject:** | FW: MCS Music America Catalog Licensing |
| **Attachments:** | Napster mechanical license form template.doc |

Hey there, Nathan, just wanted to mention one thing in case I didn't mention it on the phone. Can't remember if I did or not.

In terms of whose license covers us on the publishing side for each territory, it depends on which label delivered the content. For example, if your song appears on an album delivered from a label who is contractually supposed to clear all rights, master and publishing, we would be covered by the label so we wouldn't need a license for that particular use. However, if your song appears on an album delivered from a label who is contractually supposed to only clear the DPD (purchase) mechanical, we'd have to clear all else.

Hope that's clear and just wanted to make sure you knew that some labels clear everything while others do not.

---

**From:** Robin Schwartz
**Sent:** Wednesday, September 07, 2005 12:16 PM
**To:** 'Nathan Thompson (nathan.thompson@mcsamerica.net)'
**Subject:** MCS Music America Catalog Licensing

Hi there, Nathan, it was really great speaking with you today. I'm so glad you're interested in working with us, as we'd love to acquire publishing rights to the catalogs you control.

As stated, I'm attaching a copy of our standard, mechanical licensing template for your review. Kindly let me know if you have any questions or need any additional information.

If all looks okay, we can work to towards getting you a sample copy of our royalty reporting statement and get from you a listing of those songs you control 100% for starters and sort by artist.

Let me know your comments about the contract as soon as possible.

Looking forward to working with you!

Have a great day :)

**Robin Schwartz**
Publishing Manager

napster

**9044 Melrose Ave.**
**Los Angeles, CA  90069**
**310 281 5087**
**robin.schwartz@napster.com**
**www.napster.com**
**NASDAQ: NAPS**

## Nathan Thompson

**From:** Robin Schwartz [Robin.Schwartz@napster.com]

**Sent:** Tuesday, October 11, 2005 1:28 PM

**To:** Nathan Thompson

**Cc:** Aileen Atkins; Avery Kotler

**Subject:** Publishing Catalogs (various artists)

Hi Nathan, it was nice speaking with you today.

As discussed, I'll wait to hear back from you regarding your attorney's comments on the proposed mechanical license that I emailed to you on September 7th. Let me know if you have any questions.

Since your catalog is extremely large, we would likely have to break down your catalogs by prioritizing the songs and compare those songs you control 100% against what content we've actually received from the labels. As you suggested, it might be good to start with the largest income-earning songs first, see if they've been delivered and then separate out the ones where you control 100%. That way we could add the most subscription rights to the most content right away and then work from there.

So I'll await your comments. If there's any other information you need from me, please feel free to contact me directly at the phone number below.

Thanks!

**Robin Schwartz**
Publishing Manager



**9044 Melrose Ave.**
**Los Angeles, CA 90069**
**310 281 5087**
**robin.schwartz@napster.com**
**www.napster.com**
**NASDAQ: NAPS**

This correspondence is from Napster, Inc. or its affiliated entities and is intended only for use by the recipient named herein. This correspondence may contain privileged, proprietary and/or confidential information, and is intended only to be seen and used by named addressee(s). You are notified that any discussion, dissemination, distribution or copying of this correspondence and any attachments, is strictly prohibited, unless otherwise authorized or consented to in writing by the sender. If you have received this correspondence in error, please notify the sender immediately, and please permanently delete the original and any copies of it and any attachment and destroy any related printouts without reading or copying them.