IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MCS MUSIC AMERICA, INC., et al.            )
                                           )
v.                                         ) NO. 3:06-1197
                                           ) JUDGE CAMPBELL
NAPSTER, INC., et al.                      )

ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration of Order Transferring this Action to the Central District of California (Docket No. 57). For the reasons stated in the Court's prior Memorandum (Docket No. 55), Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE