MCS Music America, Inc. et al v. Farner et al — Doc.

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Michael T. Zeller (Bar No. 196417) |
| 2 | (michaelzeller@quinnemanuel.com)<br>Michael E. Williams (Bar No. 181299) |
| 3 | (michaelwilliams@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000 |
| 5 | Facsimile: (213) 443-3100 |
| 6 | Attorneys for Defendants |
| 7 | Napster, Inc. and Napster, LLC |
| 8 | [Continued on page 2] |

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DSF (SHx)

| | | |
|---|---|---|
| 11 | MCS MUSIC AMERICA, INC., a | CASE NO. CV 07-2297-R-(E) |
| 12 | California Corporation, et al., | Dale S. Fischer |
| 13 | Plaintiffs, | Hon. ~~Manuel L. Real~~ |
| 14 | | |
| 15 | v. | STIPULATION TO EXTEND TIME<br>TO RESPOND TO COMPLAINT; |
| 16 | NAPSTER, INC., a Delaware<br>Corporation, and NAPSTER, LLC, a<br>Delaware Corporation, | AND |
| 17 | Defendants. | [~~PROPOSED~~] ORDER |
| 18 | | Discovery Cut-off: None set |
| 19 | | Motion Cut-off: None set<br>Pretrial Conference Date: None set<br>Trial Date: None set |

LODGED
2007 APR 26 PM 4:27

DOCKETED ON CM
MAY 17 2007
BY _____ 067

20046/2105341.1

Case No. CV 07-2297-R (E)

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Dockets.Justia.co

1  [Counsel con't]

2  Garry L. Montanari
   MICHAELIS MONTANARI & JOHNSON
3  4333 Park Terrace Dr. #110
   Westlake Village, CA 91361
4  Telephone: (818) 865-0444
   Facsimile: (818) 865-8444
5
   Attorneys for Plaintiffs
6  MCS Music America, Inc., Music
   Copyright Solutions, PLC, Mark Farner,
7  Danny Simpson, David Hoffner, Charlie
   Black, R Gant Music Group Incorporated,
8  Charles Lloyd, Darius Brooks, Happy
   Sack Music, Ltd., Si Kahn, Laurence
9  Weiss, SLL Music. LLC, Timothy Wilson,
   Dyyor, Inc., and John McCutcheon

20046/2105341.1

-1-   Case No. CV 07-2297-R (E)
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1     WHEREAS, the time for defendants Napster, Inc. and Napster, LLC ("Napster") to answer and/or move against the Complaint in this Action is April 26, 2007;

5     WHEREAS, Plaintiffs have filed a Notice of Related Case seeking to have this Action transferred to the Honorable Dale S. Fischer and, in the event of transfer, intend to file a motion to consolidate this Action with <u>Napster, Inc. and Napster, LLC v. MCS Music America, et al.</u>, Case No. CV 06-7285-DSF (SHx) (the "Napster Action"), currently pending before Judge Fischer; and

11     WHEREAS, transfer of this Action to Judge Fischer and consolidation with the Napster Action will potentially obviate at least in part Napster's currently contemplated motion to dismiss portions of Plaintiffs' Complaint pursuant to <u>Federal Rule of Civil Procedure</u> 13(a) in the event that this Action is not transferred and consolidated with the Napster Action.

17     THEREFORE, pursuant to <u>Local Rule</u> 8-3, Napster and Plaintiffs, through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

    Napster need not answer and/or move against Plaintiffs' Complaint until such time as the Court rules upon the matters of transfer and consolidation of this Action with the Napster Action.

    The time for Napster's response to the Complaint has not been previously extended. The purpose of this Stipulation is not to cause delay but to

25 ///
26 ///
27 ///
28 ///

1  allow time for potential transfer and consolidation that would potentially obviate, at
2  least in part, potential motion practice with respect to the Complaint in this Action.
3
4           IT IS SO STIPULATED.
5
   DATED: April 25, 2007            QUINN EMANUEL URQUHART OLIVER &
6                                   HEDGES, LLP
7
8                                   By /s/ Michael T. Zeller
                                       Michael T. Zeller
9                                      Attorneys for Defendants
                                       Napster, Inc. and Napster, LLC
10
11 DATED: April 25, 2007            MICHAELIS MONTANARI & JOHNSON
12
13                                  By /s/ Garry Montanari
                                       Garry L. Montanari
14
                                       Attorneys for Plaintiffs
15                                     MCS Music America, Inc., Music
                                       Copyright Solutions, PLC, Mark Farner,
16                                     Danny Simpson, David Hoffner, Charlie
                                       Black, R Gant Music Group Incorporated,
17                                     Charles Lloyd, Darius Brooks, Happy Sack
                                       Music, Ltd., Si Kahn, Laurence Weiss, SLL
18                                     Music. LLC, Timothy Wilson, Dyyor, Inc.,
                                       and John McCutcheon
19      IT IS SO ORDERED.
20
21 DATED: 5-18-07                   /s/ Dale S. Fischer
                                    Hon. ~~Manuel L. Real~~ DALE S. FISCHER
22                                  United States District Judge
23
24
25
26
27
28