ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

P-SEND

| | |
|---|---|
| Case No.   CV 07-2297 DSF (SHx) | Date   September 19, 2007 |
| Title   MSC MUSIC AMERICA, INC. et al. -v- NAPSTER, LLC. | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Sandy Eagle | NOT PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NOT PRESENT | NOT PRESENT |

**Proceedings:**   (IN CHAMBERS)   ORDER TAKING UNDER SUBMISSION PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS (FLD 8/31/07)

The Court, on its own motion, takes the above-referenced proceedings off the hearing calendar for Monday, September 24, 2007 at 1:30 p.m. and takes the motion **under submission.** A written order will follow.


