UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

PRIORITY SEND

| | |
|---|---|
| Case No.: CV 07-2297 DSF (SHx) | Date: September 19, 2007 |
| Title: MCS Music America, Inc., et al. v. Napster, Inc., et al. | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order GRANTING Motion to Consolidate

This matter is before the Court on Plaintiffs' Motion to Consolidate Related Actions ("Motion"). Plaintiffs seek consolidation of this matter with <u>Napster, Inc., et al. v. MCS MUSIC AMERICA, INC., et al.</u>, No. CV 06-7285 DSF (SHx) (the "Napster Action"). The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 24, 2007 is removed from the Court's calendar. Plaintiffs' Motion is GRANTED.

Billy Strange, a defendant in the Napster Action, filed an "Opposition of Billy Strange to Motion to Consolidate" ("Strange Motion") in the Napster Action on September 10, 2007. The Court is not persuaded by Strange's arguments against consolidation, which focus substantively on Federal Rule of Civil Procedure 20 ("Rule 20") standards for permissive joinder and severance of claims, rather than consolidation under Federal Rule of Civil Procedure 42. To the extent Strange intended to move for severance of his claims, that motion is DENIED. The Strange Motion was not timely served, as required by Local Rule 6-1, and Strange did not meet and confer with opposing counsel before filing the motion, as is required by Local Rule 7-3. In addition, the Court finds that severance of Strange's claim is not required by Rule 20, which is to be "construed liberally in order to promote trial convenience and to expedite the final determination of disputes, thereby preventing multiple lawsuits." See <u>League to Save Lake Tahoe v. Tahoe Reg'l Planning Agency</u>, 558 F.2d 914, 917 (9th Cir. 1977).

The Napster Action is designated as the master file. All documents filed after this date shall bear the names and numbers of both the Napster Action and this action. The name and number of the Napster Action shall appear first. All future documents shall be

//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

filed in the Napster Action only. In addition, the clerk shall note in the docket that no further documents are to be filed in this action.

IT IS SO ORDERED.

Initials of Deputy Clerk